Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar #221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

ADR

E-FILING

FILED

NOV 0 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

        Petitioner

v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

        Respondent

Case No. C07 05535 JF HRL

_____/

### ADMINISTRATIVE ORDER TO FILE UNDER SEAL

Upon consideration of Petitioner's Administrative Motion to File Under Seal, it is this ____ day of _____, 2007, **ORDERED**:

1. That Petitioner's Administrative Motion to File Under Seal is hereby GRANTED.

Order to File Under Seal        1

2.  The (Proposed) Show Cause Order in this matter shall be filed under seal, with only a redacted version of the (Proposed) Show Cause order to be placed in the public file.

Dated: 11-8-07

United States Judge
United States District Court for the
Northern District of California, San Jose Division