# EXHIBIT

# A

**FILE UNDER SEAL**

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar #221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

      Petitioner

v.                                    Case No.  C07 05535 JF HRL

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

      Respondent
_____/

### SHOW CAUSE ORDER

**The Convention on the Civil Aspects of International Child Abduction, done at the Hague On October 25, 1980; International Child Abduction Remedies Act, 42 U.S.C. 11601 et seq.**

    Before the Court is the Verified Petition for Return of Child to Petitioner and Request for Issuance of Show Cause Order. This Order addresses only the Petitioner's request for a Show Cause Order and makes no determination as to the merits of the Verified Petition for Return. Upon considering the Verified Petition, the Convention, ICARA, and the Request for Expedited

Show Cause Order                          1

**FILE UNDER SEAL**

Consideration of Verified Petition it is this ___ day of _____, 2007,

**ORDERED:**

1. That George Petroutsas is prohibited from removing the child, Andonio-Georgios Petroutsas, or causing the child to be removed from the jurisdiction of this Court pending final disposition of the above-referenced Verified Petition.

2. That George Petroutsas shall appear before this Court on the ___ day _____, 2007, at ___ a.m./p.m. in Courtroom ___ of the United States District Court for the Northern District of California, San Jose Division, 280 South 1st Street, San Jose, California 95113, with the child, Andonio-Georgios Petroutsas, and with any and all passports and travel documents for the minor child and the Respondent, for an initial hearing so that a date may be set for an expedited hearing on the merits of the Verified Petition for Return of the Child to Petitioner. The Respondent may appear with or without counsel.

3. That if the Respondent either fails to appear on the ___ day of _____, 2007 at ___ a.m./p.m. with the minor child and with the aforementioned passports and travel documents, or removes Andonio-Georgios Petroutsas, or causes the child to be removed from the jurisdiction of this Court, the Court shall issue a warrant for the arrest of the Respondent and appearance for a contempt hearing.

4. That a copy of this Order, a copy of the Verified Petition for Return of the Child to Petitioner, together with all attachments, and all other filings shall be served forthwith upon the Respondent by U.S. Marshal.

Dated: _____

United States Judge
United States District Court for the
Northern District of California, San Jose Division

Show Cause Order                              2

# EXHIBIT

# B

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

      Petitioner

v.                                            Case No. C-O7-05535 JF/HRL

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

      Respondent

_____/

## DECLARATION OF RENÉE C. DAY IN SUPPORT OF EMERGENCY MOTION TO SERVE BY E-MAIL

1. I, Renée C. Day, declare as follows:

2. I am an attorney licensed to practice in the State of California and admitted to the United States District Court, Northern District of California. I am an associate with HOOVER & BECHTEL, LLP counsel for Petitioner herein.

3. On November 9, 2007 Angie Prudencio of Hoover & Bechtel, LLP hand delivered to the U.S. District Court, Northern District in San Jose, the Show Cause Order issued on November 8, 2007 with related documents to present to the U.S. Marshal for personal service on Respondent:

4. Included in the service instructions were Respondent's home address of 300 Plum Street #69, Capitola, CA 95010 and Respondent's last known business address of 9035 Soquel Avenue, Suite 105, Santa Cruz, California. Also included in the instructions was a photograph of Respondent.

5. Since Monday, November 12, 2007 was a court holiday; my staff telephoned the U.S. Marshal's office on November 13, 2007 to obtain a status on service. Deputy Schobar indicated that he did not receive the documents to be served until November 13, 2007. Deputy Schobar was instructed to attempt service as soon as possible as time was of the essence.

6. On November 14, 2007 at 9:10 a.m. I received a telephone call from Tim Schobar of the U.S. Marshal's office. He indicated that he had gone to Respondent's residence to effect personal service. No one was home and a car parked in the driveway was covered with a car-cover and appeared not to have been driven in some time. Deputy Schobar further informed me that he had gone to Respondent's last known place of employment. The employees there informed Deputy Schobar that Respondent had not been at work for several weeks and they believed that he had gone to Greece. Deputy Schobar was instructed to continue to attempt personal service on Respondent.

7. I declare under penalty of perjury the foregoing is true and correct based upon facts known to me or based upon my information and belief.

8. This Declaration was executed on November 14, 2007 at San Jose, Santa Clara County, California.

_____
Renée C. Day

# EXHIBIT C

 

# Minute Orders

**Home**　　**Complaints/Parties**　　**Actions**　　**Minutes**
**Pending Hearings**　　**Case Report**

**Action:**　(Choose)

**TRIAL SETTING ON HAGUE PETITION AND FURTHER STATUS CONFERENCE 09/21/2007 - 8:30 AM DEPT. 4**

HONORABLE COMMISSIONER IRWIN H. JOSEPH, PRESIDING
CLERK: RENEE RODRIGUEZ
REPORTER: LINDA PARKS
-
-
APPEARANCES:
MITCHELL PAGE, ESQ., COUNSEL APPEARING WITH GEORGE PETROUTSAS
KRISTEN COX, ESQ., COUNSEL PRESENT FOR DESPINA ASVESTA PETROUTSAS
JEFFREY GELLER, ESQ., CO-COUNSEL, APPEARING TELEPHONICALLY FOR DESPINA ASVESTA PETROUTSAS
-
-
-
THE CASE IS REGULARLY CALLED FOR HEARING.
-
-
COUNSEL ADDRESS(ES) THE ISSUES NOW BEFORE THE COURT.
COUNSEL ADDRESS THE ISSUES NOW BEFORE THE COURT.
THE COURT IS ADVISED THE HAGUE PETITION SHALL BE FILED IN FEDERAL COURT.
-
-
THE COURT NOTES THIS MATTER SHALL BE REVIEWED EVERY 60 DAYS PENDING NOTIFICATION OF THE
FEDERAL COURT FILING.
-
NEXT COURT DATE:
THIS MATTER IS CONTINUED TO 11/30/07 AT 08:31 IN DEPARTMENT 4.
-
-
========== MINUTE ORDER END/RR ==========