Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

      Petitioner

v.                                                          Case No.  C-07-05535 JF

GEORGE PETROUTSAS

      Respondent
_____/

### (PROPOSED) ORDER FOR ALTERNATIVE SERVICE

Upon consideration of Petitioner's Emergency Motion for Alternative Service, it is this __15__ day of November, 2007, **ORDERED**:

    1.    That Petitioner's Emergency Motion for Alternative Service is hereby GRANTED.

    2.    That the Petitioner shall serve this Court's Show Cause Order dated November 8, 2007 upon the Respondent via 1) e-mail to his personal e-mail address: gpetroutsas@yahoo.com; 2) delivery of the Show Cause Order to the Respondent's home address with a copy to be placed in Respondent's mailbox; and 3) personal service on Respondent's counsel, Mitchell Page, Esq.

Order for Alternative Service            1

Dated: November 15, 2007

_____
Judge Jeremy Fogel
United States District Court for the
District of California, San Jose Division