## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, November 16, 2007
**Case Number:** CV-07-5535-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**         **DESPINA ASVESTA V. GEORGE PETROUTSAS**

           **PLAINTIFF**                             **DEFENDANT**

**Attorneys Present:** Stephen Cullen, Kelly Powers    **Attorneys Present:**

---

PROCEEDINGS:
    Show cause hearing held. Counsel for plaintiff is present. The Court grants Plaintiff's request for an Order to enter the child's name into the NCIC database and to issue an arrest warrant to pick up the child. Counsel shall submit the proposed orders. Continued to 11/30/07 at 9:00 a.m. for further show cause hearing.