Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division



DESPINA ASVESTA,

    Petitioner

v.                                 Case No. C-O7-05535 JF/HRL

GEORGE PETROUTSAS

    Respondent

_____/

### Redacted
### ORDER FOR ENTRY INTO N.C.I.C. DATABASE

This matter having come before the Court for a hearing on this Court's Show Cause Order dated November 8, 2007, Petitioner having appeared with counsel, Respondent having failed to appear and this Court having been satisfied that the Respondent was served pursuant to this Court's Order for Alternative Service dated November 15, 2007 and that the Respondent had proper notice of the hearing; it is this 16th day of November, 2007, hereby

ORDERED, that pursuant to Petitioner's request in paragraph 35 (d) of her Verified Petition for Return of Child to Petitioner and Issuance of Show Cause Order

Order For Entry Into
N.C.I.C. Database

filed on October 31, 2007, the United States Marshal for the Northern District of California or any other peace officer shall forthwith enter ███████████████ date of birth May 21, 2005, into the N.C.I.C. missing persons section database as a missing child; and it is further

    ORDERED, that upon entry into the N.C.I.C. database, the United States Marshal or other peace officer shall immediately notify this Court and counsel of record.

DATED: Nov. 16, 2007

                                                _____
                                                United States District Judge for the
                                                Northern District of California
                                                San Jose Division