Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

Filed
NOV 1 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,

Petitioner

v.                                                                        Case No. C-O7-05535 JF/HRL

GEORGE PETROUTSAS

Respondent

_____/

*Redacted*

## ORDER AND WARRANT OF ARREST

This matter came on for an emergency hearing pursuant to an Order to Show Cause on Friday, November 16, 2007, pursuant to Petitioner's Verified Petition for Return of Child to Petitioner and Issuance of Show Cause Order. At the hearing, Respondent failed to appear with the minor child and has therefore failed to comply with this Court's November 8, 2007 Show Cause Order after service upon the Respondent in accordance with this Court's November 15, 2007 Order for Alternative Service.

Therefore, the Respondent George Petroutsas is in contempt of the November 8, 2007 Order.

Order and Warrant of Arrest (1)

Given the Respondent's retention of the minor child and the Respondent's contempt of the November 8, 2007 Order, there is no alternative but to issue a Warrant of Arrest for the pick-up of the minor child.

It is therefore,

ORDERED, that:

1. The United States Marshal for the Northern District of California shall serve upon Respondent this Order and Warrant of Arrest, and shall simultaneously execute this Order and Warrant of Arrest by picking up ▬▬▬▬▬▬▬▬▬▬ date of birth – May 21, 2005- a minor child, and transporting him forthwith to Courtroom 3 in the United States Courthouse, where the minor child shall be delivered to his mother, the Petitioner.

2. This Order and Warrant of Arrest authorizes the United States Marshal and any peace officer assisting in the execution of this Order and Warrant of Arrest to search any place in the Northern District of California, where upon information and belief, it is reasonably believed that ▬▬▬▬▬▬▬▬ the minor child, is present.

3. The United States Marshal and any peace officer assisting him in the execution of this Order and Warrant of Arrest are authorized to use reasonable forceful entry if an initial peaceful entry is unsuccessful.

4. This Order shall be deemed as, and hereby is, a Warrant of Arrest.

5. This Order and Warrant of Arrest is sealed until further Order of this Court.

Order and Warrant of Arrest (1)

▇▇▇▇▇▇▇▇▇▇▇▇

                                         *[signature]*
                                         United States District Judge
                                         United States District Court for the
                                         Northern District of California
                                         San Jose Division

DATED: November 16, 2007
             San Jose, California

Order and Warrant of Arrest (1)