Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

      Petitioner,

v.                                           Case No. C-07-05535 JF

GEORGE PETROUTSAS,

      Respondent.
_____/

**MOTION TO RE-ISSUE SHOW CAUSE ORDER FOR NOVEMBER 30, 2007 HEARING**

Petitioner, Despina Asvesta ("Ms. Asvesta"), by and through her undersigned attorneys, hereby requests that the Court re-issue the Show Cause Order previously issued by this Court on November 8, 2007 with a new return date, and as reasons therefor, states as follows:

1.      On October 31, 2007, Ms. Asvesta filed suit in the United States District Court for the Northern District of California against Respondent George Petroutsas ("Mr. Petroutsas") and requested the immediate issuance of a show cause order. This civil action was brought by Ms. Asvesta as a result of the abduction and wrongful removal of Ms. Asvesta's two-year-old son from Greece, the child's habitual residence.

2. A Show Cause Order was issued by this Court on November 8, 2007.

3. The Show Cause Order set the matter for a hearing on November 16, 2007, and required the Petitioner's Verified Petition for Return of the Child to Petitioner, filed on October 31, 2007, and the Show Cause Order to be served on Mr. Petroutsas by the U.S. Marshal.

4. Deputy Tim Schobar of the United States Marshal's office attempted to serve Mr. Petroutsas at his home address and work address. Mr. Petroutsas evaded service. A copy of the Declaration of Renee C. Day in Support of Emergency Motion to Serve by E-Mail is attached hereto and incorporated herein as Petitioner's **Exhibit A**.

5. On November 15, 2007, Petitioner filed an Emergency Motion for Alternative Service With Incorporated Memorandum of Law, requesting for this Court to allow service on the Respondent by e-mail, by personal service on Respondent's attorney, and by leaving a copy of the Show Cause order in Respondent's mailbox.

6. On November 15, 2007, in response to Petitioner's Emergency Motion for Alternative Service With Incorporated Memorandum of Law, this Court issued an Order for Alternative Service, authorizing Ms. Asvesta to serve the Respondent by e-mail, by personal service on the Respondent's attorney, Mitchell Page, Esquire[1], and by delivery of the Show Cause Order to the Respondent's home address with a copy to be placed in Respondent's mailbox.

7. All three methods of service were properly completed. Copies of the following are attached hereto and incorporated herein collectively as Petitioner's **Exhibit C**: the e-mail sent to Respondent on November 15, 2007 with attached receipt of delivery; Declaration of Service for

---

[1] On November 19, 2007, Respondent retained BJ Fadem, Esquire as counsel in this federal court matter. Petitioner's counsel confirmed such representation by telephone call to BJ Fadem, Esquire on November 19, 2007. Respondent's counsel in the parties' state court matter, Mitchell Page, Esquire does not undertake to represent Respondent in this matter. A copy of a letter submitted to this Court on November 16, 2007 by Mitchell Page, Esquire is attached hereto and incorporated herein as Petitioner's **Exhibit B.**

personal service on Mitchell Page, Esquire; Declaration of Service for delivery to Respondent's home address.

8. On November 16, 2007, Ms. Asvesta appeared with counsel for the Show Cause hearing ordered in this Court's Show Cause Order dated November 8, 2007.

9. Respondent failed to appear, despite the Court being satisfied that he received proper notice of the hearing.

10. As a result, on November 16, 2007 this Court issued an Order for Entry Into N.C.I.C. Database, specifically requiring the U. S. Marshal or any other peace officer to enter the minor child's name into the N.C.I.C. missing persons section database as a missing child.

11. On November 16, 2007, this Court also issued an Order and Warrant of Arrest, requiring the United States Marshal or any other peace officer to serve the Order and Warrant of Arrest on the Respondent, and simultaneously pick up the minor child to be delivered to the United States Courthouse for return to Ms. Asvesta.

12. At the November 16, 2007 Show Cause hearing, the Court set the matter in for a new Show Cause hearing on November 30, 2007 at 9:00 a.m.

13. In order to obtain Respondent's appearance at the hearing set for November 30, 2007, Ms. Asvesta requests that this Court re-issue the November 8, 2007 Show Cause Order, setting November 30, 2007 at 9:00 a.m. as the date for the Respondent to appear before this Court.

14. Pursuant to this Court's power to take appropriate measures to protect the well-being of Petitioner's child and prevent his further removal and concealment, and due to Respondent's demonstrated evasion of service in this matter as recognized by this Court in issuing the Order for Alternative Service on November 15, 2007, Ms. Asvesta respectfully proposes to serve the re-issued

Show Cause Order on the Respondent via: 1) e-mail[2] to his personal e-mail address: gpetroutsas@yahoo.com; 2) delivery of the Show Cause Order to the Respondent's home address with a copy to be placed in Respondent's mailbox; and 3) personal service on Respondent's counsel, BJ Fadem, Esquire.

WHEREFORE, for the foregoing reasons, Petitioner, Despina Asvesta requests that this Court enter an Order:

A. Granting the instant Motion;

B. Re-Issuing the Show Cause Order of November 8, 2007;

C. Permitting service of the Re-Issued Show Cause Order upon Respondent via 1) e-mail to his personal e-mail address: gpetroutsas@yahoo.com; 2) delivery of the Show Cause Order to the Respondent's home address with a copy to be placed in Respondent's mailbox; and 3) personal service on Respondent's counsel, BJ Fadem, Esquire; and

D. Granting such other and further relief that the Court may deem necessary and just.

---

[2] Based upon e-mail correspondence between Petitioner and Respondent, undersigned counsel has obtained Respondent's e-mail address, which is gpetroutsas@yahoo.com.

Respectfully Submitted,

/s/
_____
Renee C. Day, Esquire
Hoover & Bechtel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-bechtel.com

/Kelly A Powers/
_____
Stephen J. Cullen, Esquire
Kelly A. Powers, Esquire
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

*Attorneys for Petitioner*