# EXHIBIT

# A

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

   Petitioner

  v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

   Respondent

Case No. C-O7-05535 JF/HRL

_____/

### DECLARATION OF RENÉE C. DAY IN SUPPORT OF EMERGENCY MOTION
### TO SERVE BY E-MAIL

1. I, Renée C. Day, declare as follows:

2. I am an attorney licensed to practice in the State of California and admitted to the
   United States District Court, Northern District of California. I am an associate
   with HOOVER & BECHTEL, LLP counsel for Petitioner herein.

3. On November 9, 2007 Angie Prudencio of Hoover & Bechtel, LLP hand delivered to the U.S. District Court, Northern District in San Jose, the Show Cause Order issued on November 8, 2007 with related documents to present to the U.S. Marshal for personal service on Respondent:

4. Included in the service instructions were Respondent's home address of 300 Plum Street #69, Capitola, CA 95010 and Respondent's last known business address of 9035 Soquel Avenue, Suite 105, Santa Cruz, California. Also included in the instructions was a photograph of Respondent.

5. Since Monday, November 12, 2007 was a court holiday; my staff telephoned the U.S. Marshal's office on November 13, 2007 to obtain a status on service. Deputy Schobar indicated that he did not receive the documents to be served until November 13, 2007. Deputy Schobar was instructed to attempt service as soon as possible as time was of the essence.

6. On November 14, 2007 at 9:10 a.m. I received a telephone call from Tim Schobar of the U.S. Marshal's office. He indicated that he had gone to Respondent's residence to effect personal service. No one was home and a car parked in the driveway was covered with a car-cover and appeared not to have been driven in some time. Deputy Schobar further informed me that he had gone to Respondent's last known place of employment. The employees there informed Deputy Schobar that Respondent had not been at work for several weeks and they believed that he had gone to Greece. Deputy Schobar was instructed to continue to attempt personal service on Respondent.

7. I declare under penalty of perjury the foregoing is true and correct based upon facts known to me or based upon my information and belief.

8. This Declaration was executed on November 14, 2007 at San Jose, Santa Clara County, California.

_____
Renee C. Day

# EXHIBIT

# B

# Page, Salisbury & Dudley · Attorneys at Law

605 Center Street · Santa Cruz · California 95060-3804

Mitchell Page
Gordon J. Salisbury
Arthur Dudley
Celeste DeNardo
Nikki Whitehead
Desiree Young
Jesse D. Ruben

Telephone (831) 429-9966
Facsimile (831) 427-2132

November 16, 2007

**Sent by Facsimile & U.S. Mail this Date**

The Honorable Jeremy Fogel
United States District Court
280 S. First Street, #2112
San Jose, California 95113-3008

RE: Despina Asvesta v. George Petroutsas
Case Number: C07 05535-JF
**Court Date: November 16, 2007; 8:30 AM**

To the Honorable Judge Fogel:

I have been representing, and continue to represent, George Petroutsas, defendant herein, in the dissolution action filed in the State of California, County of Santa Cruz. Mr. Petroutsas has had custody orders granted by the Santa Cruz County Court since January, 2006.

At an appearance in that court, I requested a courtesy copy of any filings in federal court. I have just received what appears to be a courtesy copy of the Show Cause Order with attachments in this case. I do not practice in federal courts and have not undertaken to represent Mr. Petroutsas in federal court. To my knowledge, as of this writing, Mr. Petroutsas has not been served with the show cause order.

Thank you for your consideration.

Respectfully,

Mitchell Page

MP/mcb

cc: Renee C. Day, Esq.
    Hoover & Betchel, L.L.P.

# EXHIBIT

# C

## Renee Day

| | |
|---|---|
| **From:** | Renee Day |
| **Sent:** | Thursday, November 15, 2007 3:32 PM |
| **To:** | 'gpetroutsas@yahoo.com' |
| **Subject:** | Papers |
| **Attachments:** | petition and OSC.pdf; show cause order.pdf; req for expedited consideration.pdf; ORDER re service.pdf |

Mr. Petroutsas,

Attached are a Petition and Order to Show Cause; Show Cause Order; Request for Expedited Consideration; and Order re Service. The United States District Court for the Northern District of California, San Jose Division has ordered that you appear in court on November 16, 2007 at 9:00 a.m.

Thank you.

Renée C. Day
Associate Attorney
Hoover & Bechtel, L.L.P.
1570 The Alameda, Suite 101
San Jose, CA 95126
Ph: (408) 947-7600
Fax: (408) 947-7603
www.hoover-bechtel.com

**Renee Day**

| | |
|---|---|
| **From:** | postmaster@hoover-bechtel.com |
| **Sent:** | Thursday, November 15, 2007 3:32 PM |
| **To:** | Renee Day |
| **Subject:** | Delivery Status Notification (Relay) |
| **Attachments:** | ATT61396.txt; Papers |

This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested delivery status notifications may not be generated by the destination.

    gpetroutsas@yahoo.com

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

RENEE C. DAY, ESQ.
HOOVER & BECHTEL. LLP
1570 THE ALAMEDA. SUITE 101
SAN JOSE. CA 95126
Telephone: (408) 947-7600

Attorney for: Petitioner

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| DESPINA ASVESTA | CASE NUMBER |
| Plaintiff. | C07 05535 (JF) (HRL) |
| GEORGE PETROUTSAS | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of
eighteen, and not a party to this action; I served copies of the:
SEE ATTACHED DOCUMENT LIST

in the within action by personally delivering true copies thereof to the
person served as follows:

     Served          : GEORGE PETROUTSAS

     By Serving     :No Answer At The Residence.  Documents Placed In A
                       Conspicuous Place Up Against The Mailbox.
     Address      : ( Home )

                     300 Plum Street. Space 69
                     Capitola, Ca 95010
     Date of Service : November 15, 2007

     Time of Service : 5:49PM

I declare under penalty of perjury under the laws of the United States of
America that the foregoing information is true and correct.

Date: November 15. 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1027

Signature: _____
                  TERRY GRAAP

## ASVESTA v. PETROUTSAS

9:00 November 16, 2007, Courtroom 3, United States District Court, 280 So. 1st Street, Judge Jeremy Fogel

### TABLE OF CONTENTS

EXHIBIT 1       CIVIL COVER SHEET

EXHIBIT 2       VERIFIED PETITION FOR RETURN OF CHILD TO PETITIONER AND ISSUANCE OF SHOW CAUSE ORDER

EXHIBIT 3       REQUEST FOR EXPEDITED CONSIDERATION OF VERIFIED PETITION FOR RETURN OF CHILD TO PETITIONER AND ISSUANCE OF SHOW CAUSE ORDER

EXHIBIT 4       NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

EXHIBIT 5       CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

EXHIBIT 6       MOTION FOR ADMISSION *PRO HAC VICE* (**KELLY POWERS**)

EXHIBIT 7       MOTION FOR ADMISSION *PRO HAC VICE* (**STEPHEN CULLEN**)

EXHIBIT 8       ADMINSTRATIVE MOTION TO FILE UNDER SEAL

EXHIBIT 9       UNITED STATES DISCTRICT COURT OF CALIFORNIA NORTHERN DISTRICT (SAN JOSE) CIVIL DOCKET

EXHIBIT 10      EMERGENCY MOTION FOR ALTERNATIVE SERVICE WITH INCORPORATED MEMORANDUM OF LAW

EXHIBIT 11      STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT DATED 5/25/06

EXHIBIT 12      WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION AND DIVISION GUIDELINES DATED/SIGNED BY VAUGHN WALKER, USDC JUDGE SIGNED BY 05-11-07

EXHIBIT 13      ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

EXHIBIT 14      ORDER FOR ADMISSION *PRO HAC VICE* (KELLY POWERS)

EXHIBIT 15     ORDER FOR ADMISSION *PRO HAC VICE* (STEPHEN J. CULLEN)

EXHIBIT 16     SHOW CAUSE ORDER (W/O JUDGE'S SIGNATURE AND BLACKENED OUT CHILD'S NAME)

EXHIBIT 17     SHOW CAUSE ORDER

EXHIBIT 18     ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES  (CAND ECF DOCUMENT 6)

EXHIBIT 19     ADMINSTRATIVE ORDER TO FILE UNDER SEAL   (CAND ECF DOCUMENT 9)

EXHIBIT 20     (PROPOSED) ORDER FOR ALTERNATIVE SERVICE (CAND ECF DOCUMENT 15)

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

RENEE C. DAY, ESQ.

HOOVER & BECHTEL, LLP
1570 THE ALAMEDA, SUITE 101
SAN JOSE, CA 95126
Telephone: (408) 947-7600

Attorney for: Petitioner

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| DESPINA ASVESTA | CASE NUMBER |
| Plaintiff. | C07 05535 (JF) (HRL) |
| GEORGE PETROUTSAS | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SEE ATTACHED COVER PAGES FOR A LIST OF DOCUMENTS SERVED

in the within action by personally delivering true copies thereof to the person served as follows:

        Served          : MITCHELL A. PAGE, ESQ.

        By Serving       :Mary "Doe" (Company Policy Prohibits Disclosing Last
                          Name), Office Manager / Authorized To Accept Service
        Address          : ( Business )

                          605 Center Street
                          Santa Cruz, Ca 95060-3804
        Date of Service  : November 14, 2007

        Time of Service  : 3:47PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: November 14, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700                    Signature: _____
Registered SANTA CLARA
Number 652                                              MATTHEW CLARK

JS 44 - CAND (Rev. 11/04)

**E-FILING**  **CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**                                    **DEFENDANTS**

DESPINA ASVESTA    **ADR**                              GEORGE PETROUTSAS    **JF**

                                                        **C07    05535    HRL**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF        COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(EXCEPT IN U.S. PLAINTIFF CASES)                            (IN U.S. PLAINTIFF CASES ONLY)
                                                        NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
Piraeus, Greece                                            TRACT OF LAND INVOLVED.    Santa Cruz

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)    ATTORNEYS (IF KNOWN)
Miles & Stockbridge PC, One West Pennsylvania Avenue, Suite    Mitchell A. Page
900, Towson, MD 21204, (410) 821-6565                         605 Center Street, Santa Cruz, CA 95060-3804, (831) 429-9966

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)       **III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF
                                                                  (For diversity cases only)                  AND ONE BOX FOR DEFENDANT)

|  |  | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| | | Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☒ 3 |

**IV. ORIGIN**        (PLACE AN "X" IN ONE BOX ONLY)

☒ Original Proceeding    ☐ Removed from State Court    ☐ Remanded from Appellate Court    ☐ Reinstated or Reopened    ☐ Transferred from Another district (specify)    ☐ Multidistrict Litigation    ☐ Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT**    (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury Med Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐365 Personal Injury | ☐625 Drug Related Seizure of Property 21 USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault Libel & Slander | Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers Liability | ☐368 Asbestos Personal Injury Product Liability | ☐640 RR & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | **PERSONAL PROPERTY** | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐345 Marine Product Liability | ☐370 Other Fraud | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐480 Consumer Credit |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐350 Motor Vehicle | ☐371 Truth in Lending | ☐690 Other | **SOCIAL SECURITY** | ☐490 Cable/Satellite TV |
| ☐160 Stockholders Suits | ☐355 Motor Vehicle Product Liability | ☐380 Other Personal Property Damage | **LABOR** | ☐861 HIA (1395ff) | ☐810 Selective Service |
| ☐190 Other Contract | ☐360 Other Personal Injury | ☐385 Property Damage Product Liability | ☐710 Fair Labor Standards Act | ☐862 Black Lung (923) | ☐850 Securities/Commodities/ Exchange |
| ☐195 Contract Product Liability | | | ☐720 Labor/Mgmt Relations | ☐863 DIWC/DIWW (405(g)) | ☐875 Customer Challenge 12 USC 3410 |
| ☐196 Franchise | | | ☐730 Labor/Mgmt Reporting & Disclosure Act | ☐864 SSID Title XVI | ☐891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐740 Railway Labor Act | ☐865 RSI (405(g)) | ☐892 Economic Stabilization Act |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motion to Vacate Sentence Habeas Corpus: | ☐790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐893 Environmental Matters |
| ☐220 Foreclosure | ☐442 Employment | ☐530 General | ☐791 Empl.Ret. Inc. Security Act | ☐870 Taxes (US Plaintiff or Defendant) | ☐894 Energy Allocation Act |
| ☐230 Rent Lease & Ejectment | ☐443 Housing | ☐535 Death Penalty | | ☐871 IRS - Third Party 26 USC 7609 | ☐895 Freedom of Information Act |
| ☐240 Torts to Land | ☐444 Welfare | ☐540 Mandamus & Other | | | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☐550 Civil Rights | | | ☐950 Constitutionality of State Statutes |
| ☐290 All Other Real Property | ☐445 Amer w/ disab - Empl | ☐555 Prison Condition | | | ☒890 Other Statutory Actions |
| | ☐446 Amer w/ disab - Other | | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION    DEMAND $_____    CHECK YES only if demanded in complaint:
UNDER F.R.C.P. 23                                                                   JURY DEMAND: ☐ YES    ☐ NO

**VIII. RELATED CASE(S)**    PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
**IF ANY**                   "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)        ☐ SAN FRANCISCO/OAKLAND    ☒ SAN JOSE

DATE  10/30/07          SIGNATURE OF ATTORNEY OF RECORD

                        _Renée Day_

**FILE UNDER SEAL**

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

        Petitioner

        v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

        Respondent

_____/

**C07    05535**

Case No. _____

JF

HRL

## SHOW CAUSE ORDER

**The Convention on the Civil Aspects of International Child Abduction, done at the Hague
On October 25, 1980; International Child Abduction Remedies Act, 42 U.S.C. 11601 et seq.**

    Before the Court is the Verified Petition for Return of Child to Petitioner and Request for

Issuance of Show Cause Order. This Order addresses only the Petitioner's request for a Show

Cause Order and makes no determination as to the merits of the Verified Petition for Return.

Upon considering the Verified Petition, the Convention, ICARA, and the Request for Expedited

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221254
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 710
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

**ADR**

**E-FILING**

**FILED**

NOV 08 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

       Petitioner

    v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

       Respondent

Case No. **C07 05535 JF**

**HRL**

_____/

## ADMINISTRATIVE ORDER TO FILE UNDER SEAL

Upon consideration of Petitioner's Administrative Motion to File Under Seal, it is
this ___ day of _____, 2007, **ORDERED:**

1.    That Petitioner's Administrative Motion to File Under Seal is hereby
GRANTED.

Order to File Under Seal

          1

ADR

ORIGINAL
FILED

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

E-FILING

07  AM 9: 40

R. W. WIEKING
CLERK
U.S. DISTRICT COURT
(S.J.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

      Petitioner

   v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

      Respondent

_____/

C 07   05535   JF

Case No. _____

HRL

## ADMINISTRATIVE MOTION TO FILE UNDER SEAL

### I. Preamble

1.    As a result of the recent unlawful abduction by the Respondent of the

parties' child to the United States from the jurisdiction of Greece, the Petitioner has filed

a Verified Petition for Return of the Child to Petitioner and Issuance of Show Cause

Order (hereinafter, "Verified Petition") pursuant to The Convention on the Civil Aspects

Administrative Motion to
File Under Seal

     1

**Applicant:**     **Kelly A. Powers**
**Miles & Stockbridge P.C.**
**One W. Pennsylvania Ave., Suite 900**
**Towson, Maryland 21204**
**(410) 823-8161 (direct)**
**(410) 823-6565 (main line)**



ORIGINAL
FILED

07 OCT 31  AM 9: 29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT
NO. DISTRICT COURT
S.J.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Pireas, Greece
            Petitioner



            v.

Case No. C07 05535 JF HRL

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

            /

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, **Kelly A. Powers**, an associate in the law firm of

Miles & Stockbridge P.C., an active member in good standing of the bar of **The Court of**

**Appeals of Maryland**, admitted December 14, 2006, hereby applies for admission to

practice in the Northern District of California on a pro hac vice basis representing

Petitioner, Despina Asvesta, in the above entitled action.

In support of this application, I certify on oath that:

1.      I am an active member in good standing of a United States Court or of the

highest court of another State or the District of Columbia, as indicated

above;

Petitioner's Motion for Admission          1
*Pro Hac Vice* – Kelly A. Powers, Esquire

**Applicant:**    Kelly A. Powers
                  Miles & Stockbridge P.C.
                  One W. Pennsylvania Ave., Suite 900
                  Towson, Maryland 21204
                  (410) 823-8161 (direct)
                  (410) 823-6565 (main line)

RECEIVED
2007 OCT 31  AM 9:29
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Pireas, Greece
                              Petitioner

**C07   05535   JF**
                                          **HR**

        v.

Case No. _____
                 (Proposed)
GEORGE PETROUTSAS               **ORDER GRANTING**
300 Plum Street, SPC 69         **APPLICATION FOR**
Capitola, California 95010      **ADMISSION OF ATTORNEY**
                                *PRO HAC VICE*

_____/

### ORDER FOR ADMISSION *PRO HAC VICE*

Kelly A. Powers, an associate in the law firm of Miles & Stockbridge P.C., an

active member in good standing of the bar of **The Court of Appeals of Maryland,**

admitted December 14, 2006, whose business address and telephone number is:

                    Miles & Stockbridge P.C.
                    One West Pennsylvania Avenue
                    Suite 900
                    Towson, Maryland 21204
                    (410) 823-8161

having applied in the above-entitled action for admission to practice in the northern

District of California on a *pro hac vice* basis, representing Petitioner, Despina Asvesta,

Order for Admission                      1
*Pro Hac Vice* – Kelly A. Powers, Esquire

FILE UNDER SEAL

ADR

ORIGINAL
FILED

07 OCT 31 AM 9: 42

RICH...
...KING

E-FILING

COURT

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

      Petitioner

      v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

      Respondent

_____/

**C07   05535**   **JF
HRL**

Case No. _____

## SHOW CAUSE ORDER

**The Convention on the Civil Aspects of International Child Abduction, done at the Hague
On October 25, 1980; International Child Abduction Remedies Act, 42 U.S.C. 11601 et seq.**

      Before the Court is the Verified Petition for Return of Child to Petitioner and Request for

Issuance of Show Cause Order. This Order addresses only the Petitioner's request for a Show

Cause Order and makes no determination as to the merits of the Verified Petition for Return.

Upon considering the Verified Petition, the Convention, ICARA, and the Request for Expedited

Show Cause Order            1

**ADR**

**E-FILING**

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, LLP
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

ORIGINAL FILED

07 OCT 31 AM 9:42

RICHARD W. WIEKING

CLERK U.S. DISTRICT COURT

N.D. CAL. S.J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

       Petitioner

    v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

       Respondent

_____/

Case No. _____

**C07   05535**

JF

HRL

## SHOW CAUSE ORDER

**The Convention on the Civil Aspects of International Child Abduction, done at the Hague On October 25, 1980; International Child Abduction Remedies Act, 42 U.S.C. 11601 et seq.**

    Before the Court is the Verified Petition for Return of Child to Petitioner and Request for Issuance of Show Cause Order. This Order addresses only the Petitioner's request for a Show Cause Order and makes no determination as to the merits of the Verified Petition for Return.

    Upon considering the Verified Petition, the Convention, ICARA, and the Request for Expedited

Show Cause Order            1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ADR

DESPINA ASVESTA,

Plaintiff (s)

**E-FILING**

v.

GEORGE PETROUTSAS,
Defendant(s).

ORIGINAL
FILED

07 OCT 31 AM 9: 39
RICHARD W. WIEKING
CLERK
S.J

No. C 07-05535 JF

ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE
AND ADR DEADLINES

IT IS HEREBY ORDERED that this action is assigned to the Honorable Jeremy Fogel. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order  and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at www.adr.cand.uscourts.gov. A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

## CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|------|-------|----------------|
| 10/31/2007 | Complaint filed | |
| 2/8/2008 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 2/22/2008 | *Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil L.R . 16-9 |
| 2/29/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC)  in Courtroom 3, 5th Floor, SJ at 10:30 AM | Civil L.R. 16-10 |

\*  If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.

## STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

### CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

Commencing March 1, 2007, all judges of the Northern District of California will require the identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1.    Jurisdiction and Service:  The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2.    Facts: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3.    Legal Issues: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

4.    Motions: All prior and pending motions, their current status, and any anticipated motions.

5.    Amendment of Pleadings: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6.    Evidence Preservation: Steps taken to preserve evidence relevant to the issues reasonably evident in this action, including interdiction of any document-destruction program and any ongoing erasures of e-mails, voice mails, and other electronically-recorded material.

7.    Disclosures: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.

8.    Discovery: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, and a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

9.    Class Actions: If a class action, a proposal for how and when the class will be certified.

10.    Related Cases: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11.    Relief: All relief sought through complaint or counterclaim, including the amount of any

**ADR**

Applicant:     **Stephen J. Cullen**
**Miles & Stockbridge P.C.**
**One W. Pennsylvania Ave., Suite 900**
**Towson, Maryland 21204**
**(410) 823-8140 (direct)** E-FILING
**(410) 823-6565 (main line)**

*ORIGINAL FILED*
*07 OCT 31 AM 9: 30*
*RICHARD W. WIEKING*
*U.S. DISTRICT COURT CLERK*
*NO. DIST. COURT S.J.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Pireas, Greece

       Petitioner

    v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

_____/

**C07   05535   JF   HRL**

Case No. _____

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, **Stephen J. Cullen**, a principal attorney with the law

firm of Miles & Stockbridge P.C., an active member in good standing of the following

bars:

    A.  The District of Columbia Court of Appeals, December 6, 1993;

    B.  The U.S. District Court for the District of Maryland, January 7, 1994;

    C.  The U.S. District Court for the District of Columbia, April 11, 1994;

    D.  The Court of Appeals of Maryland, June 23, 1994;

    E.  The U.S. Court of Appeals for the Fourth Circuit, October 4, 1994;

    F.  The Supreme Court of the United States of America, July 17, 1998;

    G.  The U.S. District Court for the District of Colorado, June 1, 2001;

**ADR**

RECEIVED

2007 OCT 31  AM 9: 31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA  S.J.

Applicant:     Stephen J. Cullen
               Miles & Stockbridge P.C.
               One W. Pennsylvania Ave., Suite 900
               Towson, Maryland 21204
               (410) 823-8140 (direct) **E-FILING**
               (410) 823-6565 (main line)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Pireas, Greece
      Petitioner

   v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

_____/

**C07  05535  JF**
**HRL**

Case No. _____

(Proposed)
**ORDER GRANTING**
**APPLICATION FOR**
**ADMISSION OF ATTORNEY**
*PRO HAC VICE*

### ORDER FOR ADMISSION *PRO HAC VICE*

    **Stephen J. Cullen**, a principal attorney in the law firm of Miles & Stockbridge

P.C., an active member in good standing of the following bars:

    A.  The District of Columbia Court of Appeals, December 6, 1993;

    B.  The U.S. District Court for the District of Maryland, January 7, 1994;

    C.  The U.S. District Court for the District of Columbia, April 11, 1994;

    D.  The Court of Appeals of Maryland, June 23, 1994;

    E.  The U.S. Court of Appeals for the Fourth Circuit, October 4, 1994;

    F.  The Supreme Court of the United States of America, July 17, 1998;

    G.  The U.S. District Court for the District of Colorado, June 1, 2001;

    H.  The U.S. Court of Appeals for the Tenth Circuit, July 30, 2001;

1

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221292
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

ADR

E-FILING

ORIGINAL
FILED

07 OCT 31  AM 9: 44

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
DIST. OF CA S.J.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

    Petitioner

    v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

    Respondent

Case No. _C07 05535 JF HRL_

_____/

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

### I. Preamble

1.     As a result of the recent unlawful abduction by the Respondent of the

parties' child to the United States from the jurisdiction of Greece, the Petitioner has filed

a Verified Petition for Return of the Child to Petitioner and Issuance of Show Cause

Order (hereinafter, "Verified Petition") pursuant to The Convention on the Civil Aspects

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda,
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

ADR

E-FILING

ORIGINAL
FILED

07 OCT 31 AM 9: 39

RICHARD W. WIEKING
U.S. CLERK
DISTRICT COURT
S.J.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

       Petitioner

    v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

       Respondent

_____/

**C07  05535  JF  HR**

Case No. _____

## NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

### I. Preamble

1.    As a result of the recent unlawful abduction by the Respondent of the parties'
child to the United States from the jurisdiction of Greece, the Petitioner has filed a Verified
Petition for Return of the Child to Petitioner and Issuance of Show Cause Order (hereinafter,
"Verified Petition") pursuant to The Convention on the Civil Aspects of International Child

**ADR**

**OFFICE OF THE CLERK**
# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

280 SOUTH FIRST STREET
SAN JOSE, CA. 95113
408-535-5364

**JF**

E-FILING **C 07    05535    HRL**

## WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION

In addition to the Local Rules, the following guidelines have been provided to ensure that the filing process is accomplished with ease and accuracy. Please help us to assist in making your visit to the U.S. District Court Clerk's Office productive and worthwhile.

1. When submitting a Proof of Service that is not attached to the back of a document, you must attach a cover sheet showing case caption and number in accordance with the Local Rules.

2. Appropriate sized self-addressed envelopes are to be included with proposed orders or when filing documents by mail.

3. In order to facilitate the file stamping process, original documents should be submitted on top of their copies. In other words, group like or corresponding documents together.

4. This office will <u>retain the ORIGINAL plus ONE COPY of most documents</u> submitted. We will conform as many copies as you bring (*within reason*) for your use.

5. The copies retained go directly to the assigned judge or magistrate judge. *Courtesy copies, or instructions for couriers to delivery a copy directly to chambers are inappropriate unless you have been instructed to do so by court order.*

6. The document caption should include the appropriate judge or magistrate judge who is involved in that particular matter or before whom an appearance is being made.

7. The case number must include the initials of the judge and magistrate judge as well as the initials designating the case to Early Neutral Evaluation (ENE) or Arbitration (ARB).

8. The case number must include whether it is a civil or criminal matter by the inclusion of a "C" or "CR" at the beginning of the number.

9. Documents must be <u>stapled and/or ACCO fastened</u> at the top. **NO BINDER CLIPS OR RUBBER BANDS PLEASE.**

10. Two holes-punched at the top of bulky or thick documents at the top of pages will facilitate processing.

# U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. **This means that you must** (check off the boxes ☑ when done):

☐ **1) Serve** this ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

Each attorney representing a party must also:

☐ **2) Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, do not register again, your registration is valid for life on all ECF cases in this district.

☐ **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

☐ **4)** Access dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that – it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

ADR

**ORIGINAL
FILED**

07 OCT 31  AM 9: 43

RICHARD W. ~~KING~~

*COURT*

E-FILING

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

       Petitioner

      v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

      Respondent

C07  Case No. 05535  JF HRL

_____/

## REQUEST FOR EXPEDITED CONSIDERATION OF VERIFIED PETITION
## FOR RETURN OF CHILD TO PETITIONER AND
## ISSUANCE OF SHOW CAUSE ORDER

The Petitioner, Despina Asvesta ("Ms. Asvesta"), by her undersigned attorneys,

pursuant to 28 U.S.C. 1657, 42 U.S.C. 11604 (2001) and article 11 of The Convention on

the Civil Aspects of International Child Abduction, done at the Hague on October 25,

1980 (hereinafter the "Hague Convention" or "Convention") and for good cause, hereby

Petitioner's Request for
Expedited Consideration

      1

**ADR**

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

**E-FILING**

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

ORIGINAL
FILED

OCT 3 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

        Petitioner

v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

        Respondent

JF

Case No. **C07   05535** H R

_____/

## <u>VERIFIED PETITION FOR RETURN OF CHILD TO PETITIONER AND ISSUANCE OF SHOW CAUSE ORDER</u>

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 42 U.S.C. 11601 et seq.**

### I. Preamble

1.    As a result of the recent unlawful abduction by the Respondent of the parties' child to the United States from the jurisdiction of Greece, this Verified Petition is brought pursuant to The Convention on the Civil Aspects of International Child

1

Petitioner's Verified Petition
For Return of Child