**FILE UNDER SEAL**

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

**Filed**

NOV 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

      Petitioner,

    v.

GEORGE PETROUTSAS,

      Respondent.

Case No.: C-07-05535 JF

*Redacted*

### (PROPOSED) RE-ISSUED SHOW CAUSE ORDER

**The Convention on the Civil Aspects of International Child Abduction, done at the Hague On October 25, 1980; International Child Abduction Remedies Act, 42 U.S.C. 11601 et seq.**

    Before the Court is the Verified Petition for Return of Child to Petitioner and Request for Issuance of Show Cause Order filed on October 31, 2007, and the Motion to Re-Issue Show Cause Order filed on November 19, 2007. This Order addresses only the Petitioner's request for a Show Cause Order and makes no determination as to the merits of the Verified Petition for Return. Upon considering the Verified Petition, the Convention, ICARA, Request for Expedited Consideration of Verified Petition, and Motion Re-Issue Show Cause Order it is this 20th day of November_____, 2007, **ORDERED:**

Re-Issued Show Cause Order           1

**FILE UNDER SEAL**

1.  That George Petroutsas is prohibited from removing the child, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮or causing the child to be removed from the jurisdiction of this Court pending final disposition of the above-referenced Verified Petition.

2.  That George Petroutsas shall appear before this Court on the 30th day of November, 2007, at 9:00 a.m. in Courtroom 3 of the United States District Court for the Northern District of California, San Jose Division, 280 South 1st Street, San Jose, California 95113, with the child, ▮▮▮▮▮▮▮▮▮▮▮▮, and with any and all passports and travel documents for the minor child and the Respondent, for a show cause hearing so that a date may be set for the hearing on the merits of the Verified Petition for Return of the Child to Petitioner. The Respondent may appear with or without counsel.

3.  That if the Respondent either fails to appear on the 30th day of November, 2007 at 9:00 a.m. with the minor child and with the aforementioned passports and travel documents, or removes ▮▮▮▮▮▮▮▮▮▮▮ or causes the child to be removed from the jurisdiction of this Court, the Court shall issue a warrant for the arrest of the Respondent and appearance for a contempt hearing.

4.  That a copy of this Order, a copy of the Verified Petition for Return of the Child to Petitioner, together with all attachments, and all other filings shall be served forthwith upon the Respondent via 1) e-mail to his personal e-mail address: gpetroutsas@yahoo.com; 2) delivery of the Show Cause Order to the Respondent's home address with a copy to be placed in Respondent's mailbox; and 3) personal service on Respondent's counsel, B.J. Fadem, Esquire.

**FILE UNDER SEAL**

Dated: _____    _____
United States Judge
United States District Court for the
Northern District of California,
San Jose Division