B J Fadem, Esquire, Bar #118819
LAW OFFICES OF B J FADEM, APC
255 N. Market Street, Suite 210
San Jose, California 95110
408-280-1220 (voice)
408-292-4100 (fax)
fademlaw@sbcglobal.net

RECEIVED

2007 NOV 20 PM 2: 46

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

    Petitioner

v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

    Respondent

_____/

Case No.  C 07 05535 JF

[PROPOSED] ORDER
REMOVING MINOR
CHILD FROM N.C.I.C.
DATABASE

Upon consideration of Respondent's Emergency Motion of November 19, 2007 to remove the minor child from the N.C.I.C. database as ordered by this Court on November 16, 2007, and good cause showing; **IT IS SO ORDERED:**

1. The United States Marshall for the Northern District of California or any other peace officer shall forthwith *remove* Andonios Georgios Petroutsas, date of birth May 21, 2005 from the N.C.I.C. missing persons section database as a missing child; and

Order to Remove Minor from
N.C.I.C. Database
C-07-05535 JF

- 1 -

2. That upon removal of said entry from the N.C.IC. database, the United States Marshall or other peace officer shall immediately notify this Court and counsel of record.

Dated: _____

_____
Honorable Jeremy Fogel
United States District Court for the
District of California, San Jose Division

Order to Remove Minor from            - 2 -
N.C.I.C. Database
C-07-05535 JF