B J Fadem, Esquire, Bar #118819
LAW OFFICES OF B J FADEM, APC
255 N. Market Street, Suite 210
San Jose, California 95110
408-280-1220 (voice)
408-292-4100 (fax)
fademlaw@sbcglobal.net

RECEIVED

2007 NOV 20  PM 2: 46

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

        Petitioner

   v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

        Respondent

_____/

Case No.  C 07 05535 JF

[PROPOSED] ORDER
RECALLING ARREST
WARRANT

Upon consideration of Respondent's Emergency Motion of November 19, 2007 to recall the Warrant for his Arrest issued by this Court on November 16, 2007, and good cause showing;  **IT IS SO ORDERED:**

1. The Order and Warrant of Arrest issued on November 16, 2007 issued by this Court to be served upon Respondent by the United States Marshall for the Northern District of California shall be immediately recalled as well as the Order to simultaneously execute any such order to pick up Andonios Georgios Petroutsas, born May 21, 2005, a minor child.

2.  The United States Marshall nor any other peace officer is authorized to execute any Order or Warrant of Arrest for Respondent nor search any place in the Northern District of California for Respondent and/or Andonios Georgios Petroutsas.

3.  Respondent, GEORGE PETROUTSAS shall appear November 30, 2007 at 9:00 a.m. in Courtroom 3 of the United States District Court with any and all passports and travel documents for the minor child.

Dated: _____         _____
                               Honorable Jeremy Fogel
                               United States District Court for the
                               District of California, San Jose Division