# PROOF OF SERVICE

FILED
2007 NOV 20 P 2: 48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

TITLE OF CASE: DESPINA ASVESTA VS. GEORGE PETROUTSAS
CASE NUMBER: C-07-05535 JF/HRL

I am employed in the County of Santa Clara, State of California, over the age of eighteen years, and am not a party to the within entitled action: my business address is: JAMES SQUARE - 255 North Market Street, Suite 210, San Jose, California 95113.

On November 20, 2007, I served the foregoing document(s) described as EMERGENCY MOTION FOR RECALL OF WARRANT AND ORDER TO REMOVE MINOR CHILD FROM N.C.I.C., EXHIBIT 1-8, PROPOSED ORDER RECALLING ARREST WARRANT, PROPOSED ORDER REMOVING MINOR CHILD FROM N.C.I.C. DATABASE on concerned parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

[] BY MAIL. I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Jose, California. Executed on November 20, 200711/20/07, at San Jose, California.

[XX] BY FACSIMILE

RENEE DAY, ESQ.
HOOVER & BETCHEL, L.L.P.
THE GARDEN ALAMEDA
1570 THE ALAMEDA, SUITE 101
SAN JOSE, CA 95126
FAX #: 408-947-7603

[] BY PERSONAL SERVICE: I caused such document(s) to be delivered to __ at the address listed below. Executed November 20, 2007.

[xx] STATE: I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

[XX] FEDERAL: I declare that I am employed in this office of a member of the Bar of this Court at whose direction the service was made.

Dated: 11/20/2007

Brenda Martinez
BRENDA MARTINEZ

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4853 |
| CONNECTION TEL | 14089477603 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 11/20 13:57 |
| USAGE T | 01'55 |
| PGS. SENT | 8 |
| RESULT | OK |

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4852 |
| CONNECTION TEL | 14089477603 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 11/20 13:54 |
| USAGE T | 02'20 |
| PGS. SENT | 8 |
| RESULT | OK |

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4851 |
| CONNECTION TEL | 14089477603 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 11/20 13:52 |
| USAGE T | 01'42 |
| PGS. SENT | 8 |
| RESULT | OK |

*************************
*** ERROR TX REPORT ***
*************************

TX FUNCTION WAS NOT COMPLETED

| | |
|---|---|
| TX/RX NO | 4850 |
| CONNECTION TEL | 14089477603 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 11/20 13:49 |
| USAGE T | 01'39 |
| PGS. SENT | 8 |
| RESULT | NG #001 |

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4849 |
| CONNECTION TEL | 14089477603 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 11/20 13:46 |
| USAGE T | 01'54 |
| PGS. SENT | 8 |
| RESULT | OK |

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4854 |
| CONNECTION TEL | 14089477603 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 11/20 14:00 |
| USAGE T | 01'44 |
| PGS. SENT | 8 |
| RESULT | OK |





*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4855 |
| CONNECTION TEL | 14089477603 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 11/20 14:02 |
| USAGE T | 01'48 |
| PGS. SENT | 8 |
| RESULT | OK |



********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4856 |
| CONNECTION TEL | 14089477603 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 11/20 14:05 |
| USAGE T | 00'55 |
| PGS. SENT | 4 |
| RESULT | OK |