## PROOF OF SERVICE      FILED

TITLE OF CASE: DESPINA ASVESTA VS. GEORGE PETROUTSAS
CASE NUMBER: C-07-05535 JF/HRL

2007 NOV 20  P 2: 47

RICHARD W. WIEKING
CLERK
NO. DIST. OF CA. S. JAMES

I am employed in the County of Santa Clara, State of California, over the age of eighteen years, and am not a party to the within entitled action: my business address is: S. JAMES SQUARE - 255 North Market Street, Suite 210, San Jose, California 95113.

On November 20, 2007, I served the foregoing document(s) described as EMERGENCY MOTION FOR RECALL OF WARRANT AND ORDER TO REMOVE MINOR CHILD FROM N.C.I.C., EXHIBIT 1-8, PROPOSED ORDER RECALLING ARREST WARRANT, PROPOSED ORDER REMOVING MINOR CHILD FROM N.C.I.C. DATABASE on concerned parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

[] BY MAIL. I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Jose, California. Executed on November 20, 200711/20/07, at San Jose, California.

[XX] BY FACSIMILE
STEPHEN J. CULLEN, ESQ.
KELLY A. POWERS, ESQ.
MILES & STOCKBRIDGE, P.C.
ONE WEST PENNSYLVANIA AVENUE, SUITE 900
TOWSON, MARYLAND 212204
FAX #: 410-385-3709

[] BY PERSONAL SERVICE: I caused such document(s) to be delivered to __ at the address listed below. Executed November 20, 2007.

[xx] STATE: I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

[XX] FEDERAL: I declare that I am employed in this office of a member of the Bar of this Court at whose direction the service was made.

Dated: 11/20/2007

BRENDA MARTINEZ

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

TRANSMISSION OK

TX/RX NO                4841
CONNECTION TEL          0760454073247639900
SUBADDRESS
CONNECTION ID
ST. TIME                11/20 13:16
USAGE T                 01'48
PGS. SENT                   8
RESULT                  OK
```

```
*********************
***   TX REPORT    ***
*********************
```

TRANSMISSION OK

TX/RX NO                4842
CONNECTION TEL          0430414073247658000
SUBADDRESS
CONNECTION ID
ST. TIME                11/20 13:19
USAGE T                 02'07
PGS. SENT               8
RESULT                  OK

```
                    ********************
                    ***  TX REPORT   ***
                    ********************

        TRANSMISSION OK

        TX/RX NO               4843
        CONNECTION TEL         0240486073247674800
        SUBADDRESS
        CONNECTION ID
        ST. TIME               11/20 13:22
        USAGE T                01'53
        PGS. SENT                  8
        RESULT                 OK
```

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                4844
CONNECTION TEL          0430435073247691000
SUBADDRESS
CONNECTION ID
ST. TIME                11/20 13:25
USAGE T                 03'42
PGS. SENT               8
RESULT                  OK
```

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                  4845
CONNECTION TEL            0200426073247730200
SUBADDRESS
CONNECTION ID
ST. TIME                  11/20 13:31
USAGE T                   01'52
PGS. SENT                 8
RESULT                    OK
```

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO                4846
CONNECTION TEL          0430439073247746500
SUBADDRESS
CONNECTION ID
ST. TIME                11/20 13:34
USAGE T                 02'19
PGS. SENT               8
RESULT                  OK
```

```
        *********************
        ***   TX REPORT    ***
        *********************

TRANSMISSION OK

TX/RX NO                4847
CONNECTION TEL          0310419073247773600
SUBADDRESS
CONNECTION ID
ST. TIME                11/20 13:39
USAGE T                 02'39
PGS. SENT               8
RESULT                  OK
```

```
                    ********************
                    ***   TX REPORT   ***
                    ********************

TRANSMISSION OK

TX/RX NO                 4848
CONNECTION TEL           0430450073247793700
SUBADDRESS
CONNECTION ID
ST. TIME                 11/20 13:42
USAGE T                  01'16
PGS. SENT                    4
RESULT                   OK
```