# EXHIBIT

# A

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

        Petitioner

        v.                        Case No. C-O7-05535 JF/HRL

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

        Respondent

_____/

## DECLARATION OF RENÉE C. DAY IN SUPPORT OF EMERGENCY MOTION TO SERVE BY E-MAIL

1.  I, Renée C. Day, declare as follows:

2.  I am an attorney licensed to practice in the State of California and admitted to the

    United States District Court, Northern District of California. I am an associate

    with HOOVER & BECHTEL, LLP counsel for Petitioner herein.

3. On November 9, 2007 Angie Prudencio of Hoover & Bechtel, LLP hand delivered to the U.S. District Court, Northern District in San Jose, the Show Cause Order issued on November 8, 2007 with related documents to present to the U.S. Marshal for personal service on Respondent:

4. Included in the service instructions were Respondent's home address of 300 Plum Street #69, Capitola, CA 95010 and Respondent's last known business address of 9035 Soquel Avenue, Suite 105, Santa Cruz, California. Also included in the instructions was a photograph of Respondent.

5. Since Monday, November 12, 2007 was a court holiday; my staff telephoned the U.S. Marshal's office on November 13, 2007 to obtain a status on service. Deputy Schobar indicated that he did not receive the documents to be served until November 13, 2007. Deputy Schobar was instructed to attempt service as soon as possible as time was of the essence.

6. On November 14, 2007 at 9:10 a.m. I received a telephone call from Tim Schobar of the U.S. Marshal's office. He indicated that he had gone to Respondent's residence to effect personal service. No one was home and a car parked in the driveway was covered with a car-cover and appeared not to have been driven in some time. Deputy Schobar further informed me that he had gone to Respondent's last known place of employment. The employees there informed Deputy Schobar that Respondent had not been at work for several weeks and they believed that he had gone to Greece. Deputy Schobar was instructed to continue to attempt personal service on Respondent.

7. I declare under penalty of perjury the foregoing is true and correct based upon facts known to me or based upon my information and belief.

8. This Declaration was executed on November 14, 2007 at San Jose, Santa Clara County, California.

Renée C. Day

# EXHIBIT

# B

# Page, Salisbury & Dudley • Attorneys at Law
### 605 Center Street • Santa Cruz • California 95060-3804

Mitchell Page
Gordon J. Salisbury
Arthur Dudley
Celeste DeNardo
Nikki Whitehead
Desiree Young
Jesse D. Ruben

Telephone (831) 429-9966
Facsimile (831) 427-2132

November 16, 2007

**Sent by Facsimile & U.S. Mail this Date**

The Honorable Jeremy Fogel
United States District Court
280 S. First Street, #2112
San Jose, California 95113-3008

RE: Despina Asvesta v. George Petroutsas
    Case Number: C07 05535-JF
    **Court Date: November 16, 2007; 8:30 AM**

To the Honorable Judge Fogel:

I have been representing, and continue to represent, George Petroutsas, defendant herein, in the dissolution action filed in the State of California, County of Santa Cruz. Mr. Petroutsas has had custody orders granted by the Santa Cruz County Court since January, 2006.

At an appearance in that court, I requested a courtesy copy of any filings in federal court. I have just received what appears to be a courtesy copy of the Show Cause Order with attachments in this case. I do not practice in federal courts and have not undertaken to represent Mr. Petroutsas in federal court. To my knowledge, as of this writing, Mr. Petroutsas has not been served with the show cause order.

Thank you for your consideration.

Respectfully,

Mitchell Page

MP/mcb

cc: Renee C. Day, Esq.
    Hoover & Betchel, L.L.P.

# EXHIBIT

# C

**Renee Day**

| | |
|---|---|
| **From:** | Renee Day |
| **Sent:** | Thursday, November 15, 2007 3:32 PM |
| **To:** | 'gpetroutsas@yahoo.com' |
| **Subject:** | Papers |
| **Attachments:** | petition and OSC.pdf; show cause order.pdf; req for expedited consideration.pdf; ORDER re service.pdf |

Mr. Petroutsas,

Attached are a Petition and Order to Show Cause; Show Cause Order; Request for Expedited Consideration; and Order re Service. The United States District Court for the Northern District of California, San Jose Division has ordered that you appear in court on November 16, 2007 at 9:00 a.m.

Thank you.


Renée C. Day
Associate Attorney
Hoover & Bechtel, L.L.P.
1570 The Alameda, Suite 101
San Jose, CA 95126
Ph: (408) 947-7600
Fax: (408) 947-7603
www.hoover-bechtel.com

1

## Renee Day

| | |
|---|---|
| **From:** | postmaster@hoover-bechtel.com |
| **Sent:** | Thursday, November 15, 2007 3:32 PM |
| **To:** | Renee Day |
| **Subject:** | Delivery Status Notification (Relay) |
| **Attachments:** | ATT61396.txt; Papers |

This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested delivery status notifications may not be generated by the destination.

    gpetroutsas@yahoo.com

1

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

RENEE C. DAY, ESQ.
HOOVER & BECHTEL, LLP
1570 THE ALAMEDA, SUITE 101
SAN JOSE, CA 95126
Telephone: (408) 947-7600

Attorney for: Petitioner

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| DESPINA ASVESTA | CASE NUMBER |
| Plaintiff, | C07 05535 (JF) (HRL) |
| GEORGE PETROUTSAS | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SEE ATTACHED DOCUMENT LIST

in the within action by personally delivering true copies thereof to the person served as follows:

        Served        : GEORGE PETROUTSAS

        By Serving     :No Answer At The Residence.  Documents Placed In A
                        Conspicuous Place Up Against The Mailbox.
        Address        : ( Home )

                        300 Plum Street, Space 69
                        Capitola, Ca 95010
        Date of Service : November 15, 2007

        Time of Service : 5:49PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: November 15, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700                    Signature: _____
Registered SANTA CLARA                                   TERRY GRAAP
Number 1027

·

## ASVESTA v. PETROUTSAS
9:00 November 16, 2007, Courtroom 3, United States District Court, 280 So. 1st Street,
Judge Jeremy Fogel

### TABLE OF CONTENTS

EXHIBIT 1          CIVIL COVER SHEET

EXHIBIT 2          VERIFIED PETITION FOR RETURN OF CHILD TO PETITIONER
                   AND ISSUANCE OF SHOW CAUSE ORDER

EXHIBIT 3          REQUEST FOR EXPEDITED CONSIDERATION OF VERIFIED
                   PETITION FOR RETURN OF CHILD TO PETITIONER AND
                   ISSUANCE OF SHOW CAUSE ORDER

EXHIBIT 4          NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

EXHIBIT 5          CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

EXHIBIT 6          MOTION FOR ADMISSION *PRO HAC VICE* (KELLY POWERS)

EXHIBIT 7          MOTION FOR ADMISSION *PRO HAC VICE* (STEPHEN CULLEN)

EXHIBIT 8          ADMINSTRATIVE MOTION TO FILE UNDER SEAL

EXHIBIT 9          UNITED   STATES   DISCTRICT   COURT   OF   CALIFORNIA
                   NORTHERN DISTRICT (SAN JOSE) CIVIL DOCKET

EXHIBIT 10         EMERGENCY MOTION FOR ALTERNATIVE SERVICE WITH
                   INCORPORATED MEMORANDUM OF LAW

EXHIBIT 11         STANDING ORDER FOR ALL JUDGES OF THE NORTHERN
                   DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE
                   MANAGEMENT STATEMENT DATED 5/25/06

EXHIBIT 12         WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE
                   NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN
                   JOSE DIVISION AND DIVISION GUIDELINES DATED/SIGNED BY
                   VAUGHN WALKER, USDC JUDGE SIGNED BY 05-11-07

EXHIBIT 13         ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE
                   AND ADR DEADLINES; STANDING ORDER REGARDING CASE
                   MANAGEMENT IN CIVIL CASES

EXHIBIT 14         ORDER FOR ADMISSION *PRO HAC VICE* (KELLY POWERS)

EXHIBIT 15     ORDER FOR ADMISSION *PRO HAC VICE* (STEPHEN J. CULLEN)

EXHIBIT 16     SHOW CAUSE ORDER (W/O JUDGE'S SIGNATURE AND BLACKENED OUT CHILD'S NAME)

EXHIBIT 17     SHOW CAUSE ORDER

EXHIBIT 18     ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (CAND ECF DOCUMENT 6)

EXHIBIT 19     ADMINSTRATIVE ORDER TO FILE UNDER SEAL (CAND ECF DOCUMENT 9)

EXHIBIT 20     (PROPOSED) ORDER FOR ALTERNATIVE SERVICE (CAND ECF DOCUMENT 15)

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

RENEE C. DAY, ESQ.
HOOVER & BECHTEL, LLP
1570 THE ALAMEDA, SUITE 101
SAN JOSE, CA 95126
Telephone: (408) 947-7600

Attorney for: Petitioner

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| DESPINA ASVESTA | CASE NUMBER |
| Plaintiff, | C07 05535 (JF) (HRL) |
| GEORGE PETROUTSAS | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SEE ATTACHED COVER PAGES FOR A LIST OF DOCUMENTS SERVED

in the within action by personally delivering true copies thereof to the person served as follows:

    Served          : MITCHELL A. PAGE, ESQ.

    By Serving       :Mary "Doe" (Company Policy Prohibits Disclosing Last
                      Name), Office Manager / Authorized To Accept Service
    Address         : ( Business )

                      605 Center Street
                      Santa Cruz, Ca 95060-3804
    Date of Service : November 14, 2007

    Time of Service : 3:47PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: November 14, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 652

Signature: _____
                    MATTHEW CLARK

JS 44 – CAND (Rev. 11/04)

**E-FILING   CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**

DESPINA ASVESTA   ADR

**DEFENDANTS**

GEORGE PETROUTSAS

C07 05535   JF   HRL

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

Piraeus, Greece

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Santa Cruz

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Miles & Stockbridge PC, One West Pennsylvania Avenue, Suite 900, Towson, MD 21204, (410) 821-6565

ATTORNEYS (IF KNOWN)

Mitchell A. Page
605 Center Street, Santa Cruz, CA 95060-3804, (831) 429-9966

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐1 U.S. Government Plaintiff
- ☐2 U.S. Government Defendant
- ☒3 Federal Question (U.S. Government Not a Party)
- ☐4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐3 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒1 Original Proceeding
- ☐2 Removed from State Court
- ☐3 Remanded from Appellate Court
- ☐4 Reinstated or Reopened
- ☐5 Transferred from Another district (specify)
- ☐6 Multidistrict Litigation
- ☐7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance<br>☐120 Marine<br>☐130 Miller Act<br>☐140 Negotiable Instrument<br>☐150 Recovery of Overpayment & Enforcement of Judgment<br>☐151 Medicare Act<br>☐152 Recovery of Defaulted Student Loans (Excl Veterans)<br>☐153 Recovery of Overpayment of Veteran's Benefits<br>☐160 Stockholders Suits<br>☐190 Other Contract<br>☐195 Contract Product Liability<br>☐196 Franchise | **PERSONAL INJURY**<br>☐310 Airplane<br>☐315 Airplane Product Liability<br>☐320 Assault, Libel & Slander<br>☐330 Federal Employers Liability<br>☐340 Marine<br>☐345 Marine Product Liability<br>☐350 Motor Vehicle<br>☐355 Motor Vehicle Product Liability<br>☐360 Other Personal Injury | **PERSONAL INJURY**<br>☐362 Personal Injury Med Malpractice<br>☐365 Personal Injury Product Liability<br>☐368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐370 Other Fraud<br>☐371 Truth in Lending<br>☐380 Other Personal Property Damage<br>☐385 Property Damage Product Liability | ☐610 Agriculture<br>☐620 Other Food & Drug<br>☐625 Drug Related Seizure of Property 21 USC 881<br>☐630 Liquor Laws<br>☐640 RR & Truck<br>☐650 Airline Regs<br>☐660 Occupational Safety/Health<br>☐690 Other | ☐422 Appeal 28 USC 158<br>☐423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐820 Copyrights<br>☐830 Patent<br>☐840 Trademark | ☐400 State Reapportionment<br>☐410 Antitrust<br>☐430 Banks and Banking<br>☐450 Commerce/ICC Rates/etc.<br>☐460 Deportation<br>☐470 Racketeer Influenced and Corrupt Organizations<br>☐480 Consumer Credit<br>☐490 Cable/Satellite TV<br>☐810 Selective Service<br>☐850 Securities/Commodities/Exchange<br>☐875 Customer Challenge 12 USC 3410<br>☐891 Agricultural Acts<br>☐892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐893 Environmental Matters<br>☐894 Energy Allocation Act |
| ☐210 Land Condemnation<br>☐220 Foreclosure<br>☐230 Rent Lease & Ejectment<br>☐240 Torts to Land<br>☐245 Tort Product Liability<br>☐290 All Other Real Property | ☐441 Voting<br>☐442 Employment<br>☐443 Housing<br>☐444 Welfare<br>☐440 Other Civil Rights<br>☐445 Amer w/ disab - Empl<br>☐446 Amer w/ disab - Other | ☐510 Motion to Vacate Sentence Habeas Corpus:<br>☐530 General<br>☐535 Death Penalty<br>☐540 Mandamus & Other<br>☐550 Civil Rights<br>☐555 Prison Condition | ☐710 Fair Labor Standards Act<br>☐720 Labor/Mgmt Relations<br>☐730 Labor/Mgmt Reporting & Disclosure Act<br>☐740 Railway Labor Act<br>☐790 Other Labor Litigation<br>☐791 Empl.Ret. Inc. Security Act | ☐861 HIA (1395ff)<br>☐862 Black Lung (923)<br>☐863 DIWC/DIWW (405(g))<br>☐864 SSID Title XVI<br>☐865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐870 Taxes (US Plaintiff or Defendant)<br>☐871 IRS - Third Party 26 USC 7609 | ☐895 Freedom of Information Act<br>☐900 Appeal of Fee Determination Under Equal Access to Justice<br>☐950 Constitutionality of State Statutes<br>☐890 Other Statutory Actions |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION   DEMAND $_____ CHECK YES only if demanded in complaint:
UNDER F.R.C.P. 23   JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**   PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)   ☐ SAN FRANCISCO/OAKLAND   ☒ SAN JOSE

DATE 10/30/07   SIGNATURE OF ATTORNEY OF RECORD
*Renée Day*

**FILE UNDER SEAL**

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

ORIGINAL
07 OCT 31

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

        Petitioner

    v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

        Respondent

**C 07    05535**

**JF**

**HRL**

Case No. _____

_____/

### SHOW CAUSE ORDER

**The Convention on the Civil Aspects of International Child Abduction, done at the Hague On October 25, 1980; International Child Abduction Remedies Act, 42 U.S.C. 11601 et seq.**

    Before the Court is the Verified Petition for Return of Child to Petitioner and Request for

Issuance of Show Cause Order. This Order addresses only the Petitioner's request for a Show

Cause Order and makes no determination as to the merits of the Verified Petition for Return.

Upon considering the Verified Petition, the Convention, ICARA, and the Request for Expedited

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar #221254
Hoover & Betchel, LLP
The Garden Alameda
1570 The Alameda, Suite 1015
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

**ADR**

**E-FILING**

**FILED**

NOV 0 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

   Petitioner

  v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

   Respondent

Case No. **C07 05535 JF**

**HRL**

_____/

## ADMINISTRATIVE ORDER TO FILE UNDER SEAL

Upon consideration of Petitioner's Administrative Motion to File Under Seal, it is

this _____ day of _____, 2007, ORDERED:

  1. That Petitioner's Administrative Motion to File Under Seal is hereby

GRANTED.

Order to File Under Seal        1

ADR

ORIGINAL
FILED

E-FILING

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

07 NOV 21 AM 9: 40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. (S.J.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

        Petitioner

      v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

        Respondent

_____/

C07 05535 JF

HRL

Case No. _____

## ADMINISTRATIVE MOTION TO FILE UNDER SEAL

### I. Preamble

1.    As a result of the recent unlawful abduction by the Respondent of the

parties' child to the United States from the jurisdiction of Greece, the Petitioner has filed

a Verified Petition for Return of the Child to Petitioner and Issuance of Show Cause

Order (hereinafter, "Verified Petition") pursuant to The Convention on the Civil Aspects

Administrative Motion to          1
File Under Seal

Applicant:  **Kelly A. Powers**
**Miles & Stockbridge P.C.**
**One W. Pennsylvania Ave., Suite 900**
**Towson, Maryland 21204**
**(410) 823-8161 (direct)**
**(410) 823-6565 (main line)**

ORIGINAL
FILED

07 OCT 31 AM 9: 29

RICHARD W. WIEKING
U.S. CLERK
NO. DISTRICT COURT
S.J.

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Pireas, Greece
                    Petitioner

      v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

Case No. **C07  05535 JF HRL**

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

_____/

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, **Kelly A. Powers**, an associate in the law firm of

**Miles & Stockbridge P.C.**, an active member in good standing of the bar of **The Court of**

**Appeals of Maryland**, admitted December 14, 2006, hereby applies for admission to

practice in the Northern District of California on a pro hac vice basis representing

Petitioner, Despina Asvesta, in the above entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the

highest court of another State or the District of Columbia, as indicated

above;

Petitioner's Motion for Admission          1
*Pro Hac Vice* – Kelly A. Powers, Esquire

Applicant:   **Kelly A. Powers**
          **Miles & Stockbridge P.C.**
          **One W. Pennsylvania Ave., Suite 900**
          **Towson, Maryland 21204**
          **(410) 823-8161 (direct)**
          **(410) 823-6565 (main line)**

RECEIVED
2007 OCT 31  AM 9: 29
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Pireas, Greece
        Petitioner

   v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

**C07   05535   JF HR**

Case No. _____

(Proposed)
**ORDER GRANTING
APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

## ORDER FOR ADMISSION *PRO HAC VICE*

    **Kelly A. Powers**, an associate in the law firm of Miles & Stockbridge P.C., an

active member in good standing of the bar of **The Court of Appeals of Maryland,**

admitted December 14, 2006, whose business address and telephone number is:

        Miles & Stockbridge P.C.
        One West Pennsylvania Avenue
        Suite 900
        Towson, Maryland 21204
        (410) 823-8161

having applied in the above-entitled action for admission to practice in the northern

District of California on a *pro hac vice* basis, representing Petitioner, Despina Asvesta,

Order for Admission
*Pro Hac Vice* — Kelly A. Powers, Esquire

       1

**FILE UNDER SEAL**

ORIGINAL
FILED

ADR

07 OCT 31 AM 9: 42

E-FILING

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

        Petitioner

      v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

        Respondent

_____/

**C07 05535 JF HRL**

Case No. _____

### SHOW CAUSE ORDER

**The Convention on the Civil Aspects of International Child Abduction, done at the Hague On October 25, 1980; International Child Abduction Remedies Act, 42 U.S.C. 11601 et seq.**

Before the Court is the Verified Petition for Return of Child to Petitioner and Request for

Issuance of Show Cause Order. This Order addresses only the Petitioner's request for a Show

Cause Order and makes no determination as to the merits of the Verified Petition for Return.

Upon considering the Verified Petition, the Convention, ICARA, and the Request for Expedited

Show Cause Order           1

**ADR**

**E-FILING**

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

ORIGINAL
FILED
07 OCT 31 AM 9:

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, LLP
The Garden Alameda
1570 The Alameda, Suite 100
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

        Petitioner

    v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

        Respondent

_____/

**C07   05535**

**JF**

**HRL**

Case No. _____

## SHOW CAUSE ORDER

**The Convention on the Civil Aspects of International Child Abduction, done at the Hague On October 25, 1980; International Child Abduction Remedies Act, 42 U.S.C. 11601 et seq.**

    Before the Court is the Verified Petition for Return of Child to Petitioner and Request for Issuance of Show Cause Order. This Order addresses only the Petitioner's request for a Show Cause Order and makes no determination as to the merits of the Verified Petition for Return.

    Upon considering the Verified Petition, the Convention, ICARA, and the Request for Expedited

Show Cause Order              1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ADR

DESPINA ASVESTA,

Plaintiff(s)

**E-FILING**

v.

GEORGE PETROUTSAS,
Defendant(s).

ORIGINAL
FILED

07 OCT 31 AM 9: 39

RICHARD W. WIEKING

No. C 07-05535 JF

ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE
AND ADR DEADLINES

IT IS HEREBY ORDERED that this action is assigned to the Honorable Jeremy Fogel. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order  and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at www.adr.cand.uscourts.gov.  A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

## CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|------|-------|----------------|
| 10/31/2007 | **Complaint filed** | |
| 2/8/2008 | **\*Last day to:** <br> • meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP  26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil  L.R. 16-8 |
| 2/22/2008 | **\*Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov)** | FRCivP 26(a) (1) <br> Civil  L.R . 16-9 |
| 2/29/2008 | **INITIAL CASE MANAGEMENT CONFERENCE (CMC)  in Courtroom 3, 5th Floor, SJ at 10:30 AM** | Civil  L.R.  16-10 |

\*   If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

**CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

Commencing March 1, 2007, all judges of the Northern District of California will require the identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1.    Jurisdiction and Service:  The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2.    Facts: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3.    Legal Issues: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

4.    Motions: All prior and pending motions, their current status, and any anticipated motions.

5.    Amendment of Pleadings: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6.    Evidence Preservation: Steps taken to preserve evidence relevant to the issues reasonably evident in this action, including interdiction of any document-destruction program and any ongoing erasures of e-mails, voice mails, and other electronically-recorded material.

7.    Disclosures: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.

8.    Discovery: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, and a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

9.    Class Actions: If a class action, a proposal for how and when the class will be certified.

10.    Related Cases: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11.    Relief: All relief sought through complaint or counterclaim, including the amount of any

-1-

**ADR**

**Applicant:**  Stephen J. Cullen
Miles & Stockbridge P.C.
One W. Pennsylvania Ave., Suite 900
Towson, Maryland 21204
(410) 823-8140 (direct)
(410) 823-6565 (main line)

**E-FILING**

ORIGINAL
FILED

07 OCT 31  AM 9: 30

RICHARD W. WIEKING
U.S. CLERK
NO. DISTRICT COURT
S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Pireas, Greece
                    Petitioner

          v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

_____/

**C07    05535    JF    HRL**

Case No. _____

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, **Stephen J. Cullen**, a principal attorney with the law

firm of Miles & Stockbridge P.C., an active member in good standing of the following

bars:

A. The District of Columbia Court of Appeals, December 6, 1993;

B. The U.S. District Court for the District of Maryland, January 7, 1994;

C. The U.S. District Court for the District of Columbia, April 11, 1994;

D. The Court of Appeals of Maryland, June 23, 1994;

E. The U.S. Court of Appeals for the Fourth Circuit, October 4, 1994;

F. The Supreme Court of the United States of America, July 17, 1998;

G. The U.S. District Court for the District of Colorado, June 1, 2001;

1

ADR

RECEIVED
2007 OCT 31 AM 9:31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

Applicant:    Stephen J. Cullen
Miles & Stockbridge P.C.
One W. Pennsylvania Ave., Suite 900
Towson, Maryland 21204
(410) 823-8140 (direct) E-FILING
(410) 823-6565 (main line)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Pireas, Greece
                Petitioner

        v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

_____/

Case No. _____

C07 05535 JF
HRL

(Proposed)
ORDER GRANTING
APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

### ORDER FOR ADMISSION *PRO HAC VICE*

**Stephen J. Cullen**, a principal attorney in the law firm of Miles & Stockbridge

P.C., an active member in good standing of the following bars:

A. The District of Columbia Court of Appeals, December 6, 1993;

B. The U.S. District Court for the District of Maryland, January 7, 1994;

C. The U.S. District Court for the District of Columbia, April 11, 1994;

D. The Court of Appeals of Maryland, June 23, 1994;

E. The U.S. Court of Appeals for the Fourth Circuit, October 4, 1994;

F. The Supreme Court of the United States of America, July 17, 1998;

G. The U.S. District Court for the District of Colorado, June 1, 2001;

H. The U.S. Court of Appeals for the Tenth Circuit, July 30, 2001;

1

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

ADR

E-FILING

Renee C. Day, Esquire, Bar # 221292
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 100
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

ORIGINAL
FILED
07 OCT 31 AM 9: 44
RICHARD W. WIEKING
U.S. CLERK
DISTRICT COURT
N.D. C.J.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

           Petitioner

v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

           Respondent

_____/

C07 05535 JF
HRL

Case No. _____

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

### I. Preamble

1.     As a result of the recent unlawful abduction by the Respondent of the

parties' child to the United States from the jurisdiction of Greece, the Petitioner has filed

a Verified Petition for Return of the Child to Petitioner and Issuance of Show Cause

Order (hereinafter, "Verified Petition") pursuant to The Convention on the Civil Aspects

Petitioner's Certification           1

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221292
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

ADR

E-FILING

ORIGINAL
FILED

07 OCT 24 AM 9: 39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N.D. S.J.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

        Petitioner

    v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

        Respondent

_____/

**C07 05535 JF**

**HR**

Case No. _____

## NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

### I. Preamble

1.    As a result of the recent unlawful abduction by the Respondent of the parties'

child to the United States from the jurisdiction of Greece, the Petitioner has filed a Verified

Petition for Return of the Child to Petitioner and Issuance of Show Cause Order (hereinafter,

"Verified Petition") pursuant to The Convention on the Civil Aspects of International Child

Petitioner's Notice of
Other Actions

       1

**ADR**

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

280 SOUTH FIRST STREET
SAN JOSE, CA. 95113
408-535-5364

**JF**

E-FILING **C 07    05535    H R L**

## WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION

In addition to the Local Rules, the following guidelines have been provided to ensure that the filing process is accomplished with ease and accuracy. Please help us to assist in making your visit to the U.S. District Court Clerk's Office productive and worthwhile.

1.  When submitting a Proof of Service that is not attached to the back of a document, you must attach a cover sheet showing case caption and number in accordance with the Local Rules.

2.  Appropriate sized self-addressed envelopes are to be included with proposed orders or when filing documents by mail.

3.  In order to facilitate the file stamping process, original documents should be submitted on top of their copies. In other words, group like or corresponding documents together.

4.  This office will **retain the ORIGINAL plus ONE COPY of most documents** submitted. We will conform as many copies as you bring (*within reason*) for your use.

5.  The copies retained go directly to the assigned judge or magistrate judge. *Courtesy copies, or instructions for couriers to delivery a copy directly to chambers are inappropriate unless you have been instructed to do so by court order.*

6.  The document caption should include the appropriate judge or magistrate judge who is involved in that particular matter or before whom an appearance is being made.

7.  The case number must include the initials of the judge and magistrate judge as well as the initials designating the case to Early Neutral Evaluation (ENE) or Arbitration (ARB).

8.  The case number must include whether it is a civil or criminal matter by the inclusion of a "C" or "CR" at the beginning of the number.

9.  Documents must be **stapled and/or ACCO fastened** at the top. **NO BINDER CLIPS OR RUBBER BANDS PLEASE.**

10. Two holes-punched at the top of bulky or thick documents at the top of pages will facilitate processing.

# U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. <u>This means that you **must**</u> (check off the boxes ☑ when done):

☐ **1) Serve** <u>this</u> ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

<u>Each attorney representing a party must also:</u>

☐ **2) Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, <u>do not</u> register again, your registration is valid for life on all ECF cases in this district.

☐ **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

☐ **4)** Access dockets and documents using PACER (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856.**

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

Version 5/14/2007

**ADR**

**E-FILING**

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar #221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

ORIGINAL FILED
07 OCT 31  AM 9: 43
RICHARD W. ...ING
...  COURT
...

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

        Petitioner

v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

        Respondent

_____/

Case No. **C 07   05535**   JF HRL

## REQUEST FOR EXPEDITED CONSIDERATION OF VERIFIED PETITION
## FOR RETURN OF CHILD TO PETITIONER AND
## ISSUANCE OF SHOW CAUSE ORDER

      The Petitioner, Despina Asvesta ("Ms. Asvesta"), by her undersigned attorneys,

pursuant to 28 U.S.C. 1657, 42 U.S.C. 11604 (2001) and article 11 of The Convention on

the Civil Aspects of International Child Abduction, done at the Hague on October 25,

1980 (hereinafter the "Hague Convention" or "Convention") and for good cause, hereby

Petitioner's Request for
Expedited Consideration

         1

**ADR**

Stephen J. Cullen, Esquire
*pro hac vice* (pending)
Kelly A. Powers, Esquire
*pro hac vice* (pending)
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
**E-FILING** Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

      Petitioner

      v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

      Respondent

_____/

ORIGINAL FILED

OCT 31 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Case No. **C07 05535** JF HR

## VERIFIED PETITION FOR RETURN OF CHILD TO PETITIONER AND ISSUANCE OF SHOW CAUSE ORDER

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 42 U.S.C. 11601 *et seq.***

### I. Preamble

    1.    As a result of the recent unlawful abduction by the Respondent of the

parties' child to the United States from the jurisdiction of Greece, this Verified Petition is

brought pursuant to The Convention on the Civil Aspects of International Child

1

Petitioner's Verified Petition
For Return of Child

# EXHIBIT

# D

**U.S. Department of Justice**
**United States Marshals Service**

ENTERED

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DESPINA ASVESTA | C07-05535 JF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| GEORGE PETROUTSAS | SEE BELOW |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

GEORGE PETROUTSAS

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**AT** 300 PLUM STREET, SPC 69 CAPITOLA, CA 95010

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

RENEE C. DAY
HOOVER & BETCHEL, L.L.P.
THE GARDEN ALAMEDA
1570 THE ALAMEDA, SUITE 101
SAN JOSE, CA 95126

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

*Filed*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold                                                                                      Fold

1. SUMMONS AND COMPLAINT
2. SHOW CAUSE ORDER
3. ALL OTHER FILINGS

NOV 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| GORDANA MACIC *(signature)* | | 408-535-5382 | 11/8/2007 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 11/9/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address *(complete only if different than shown above)* | Date of Service | Time | am / pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 95 | 68.40 | — | 113.40 | — | 113.40 | |

REMARKS: 4 ATTEMPTS MADE WITH ZERO CONTACT.
11/9/07, 11/13/07, & 11/15/07

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

DESPINA ASVESTA            **ENTERED**            **SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07-05535 JF

### V.

GEORGE PETROUTSAS

TO:

GEORGE PETROUTSAS

300 Plum Street, SPC 69

Capitola, CA 95010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

**Renee C. Day**
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, CA 95126

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Richard W. Wieking_
CLERK

_Gordana Macic_
Gordana Macic
(BY) DEPUTY CLERK

_November 8, 2007_
DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11 9 07 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| TIM SNOBAR | DUSm |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒   Returned unexecuted: 4 ATTEMPTS MADE (LISTED ON BACK) _____
_____
_____

☐   Other *(specify):* _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              *Date*                         *Signature of Server*

                                         _____
                                         *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1ST ATTEMPT MADE ON 11/9/07 AT 12:00 pm (RESIDENCE) NO CONTACT

2ND ATTEMPT MADE ON 11/13/07 AT 12:00 pm (POSSIBLE WORK ADDRESS)
9035 SOQUEL (NO LONGER WORKS THERE-)

3RD ATTEMPT MADE ON 11/15/07 AT 2:00 pm (AUNTS ADDRESS) NO CONTACT

4TH ATTEMPT MADE ON 11/15/07 AT 3:30 pm (RESIDENCE) NO CONTACT

# EXHIBIT

# E

Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,

      Petitioner,

v.

                             Case No.  C-07-05535 JF

GEORGE PETROUTSAS,

      Respondent.

_____/

## AFFIDAVIT OF GREEK ATTORNEY JOSEPH-DIMITRIOS E. PARASCHOS, ESQUIRE

    I, Joseph-Dimitrios E. Paraschos, Esquire, counsel for the Petitioner, Despina Asvesta, in

proceedings substantially related to the above-referenced case, hereby depose and say as follows:

    1.    I am at least eighteen (18) years of age, have personal knowledge of the matters

herein and I am competent to testify on the matters and facts set forth herein.

    2.    I am counsel to the Petitioner, Despina Asvesta in Greece and in that capacity I

have provided legal services to her in connection with the Hague Convention proceedings filed

against her in Greece by the Respondent, George Petroutsas.

Affidavit of Greek attorney
Joseph-Dimitrios E. Paraschos, Esquire        1

3.     On February 20, 2006, Respondent filed a Hague Convention action in the Greek courts, alleging that Ms. Asvesta had wrongfully removed the child from the United States of America to Greece. The Greek Piraeus One-Member Court of First Instance Court dismissed the Respondent's petition on March 24, 2006, finding that Ms. Asvesta's move to Greece with the child was not illegal, as the Respondent had given written consent, and he was not exercising his rights of custody with the minor child at the time of the relocation to Greece.

4.     The Greek Court, in both the Respondent's Hague Convention action against Ms. Asvesta, and in Ms. Asvesta's custody action against the Respondent, has determined that Greece is the child's habitual residence within the meaning of Article 3 of the Hague Convention.

5.     Although there is currently an appeal pending in the Greek Hague Convention matter, the decision and order of the Greek trial court remains in full force and effect and is a valid final order of the Greek courts, which may not be re-litigated apart from any appeal. The order in the Greek Hague Convention matter against Ms. Asvesta is binding on all parties involved until further order of the Greek appellate Court.

6.     I hereby certify that I fluently speak, read and write the English language.

I HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE OF THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.

_____
Joseph-Dimitrios E. Paraschos, Esquire

Affidavit of Greek attorney
Joseph-Dimitrios E. Paraschos, Esquire                    2

# EXHIBIT

# F

# Superior Court of California
### COUNTY OF SANTA CRUZ



JEFF ALMQUIST
Judge of the Superior Court

701 Ocean Street, Room 110
Santa Cruz, CA 95060
Phone: (831) 454-2380

January 26, 2007

Bob Lee, District Attorney
County of Santa Cruz
701 Ocean Street, Room 200
Santa Cruz, CA  95060

   Re:  *People v. Despina A. Asvesta, Case No. F14665*
        *Arrest Warrant*

Dear Mr. Lee:

I am returning, unsigned, the arrest warrant your office prepared in the above matter based on my conclusion that your office must have failed to carefully review the matters attached, which make it clear to me that this is not a case in which an arrest warrant should issue. In particular, I would direct your attention to the detailed, final judgment of a competent Greek court, acting on a child abduction petition filed by the Greek Minister of Justice on behalf of the child's father. This was done under the provisions of the Hague Convention on International Child Abduction of 1980.  The judgment determined that the mother, a Greek citizen, properly retained custody of the child, a Greek citizen, in Greece. While it is my belief that this finding is likely to give the mother a superior jurisdictional claim to the determinations of custody in the dissolution proceeding she has pending in Greece, it is clear to me that this vitiates any claim that her continuing retention of the child in Greece amounts to a criminal act.

The Greek petition proceeded with the participation of both parties, unlike the custody order here, which was obtained on a default basis after the mother failed to return from Greece.  The child has substantial connections with Greece as a citizen.  She is a lifelong resident of Greece who owns substantial real property there (as does the father).  Accordingly, you are now, and will be for the foreseeable future, be unable to demonstrate any *mens rea* sufficient to sustain prosecution for a criminal act.

Additionally, it appears that the mother may have filed and obtained a temporary order of custody in the Greek courts before she was served with notice of her husband's initiation of the custody proceedings here in Santa Cruz County.

The case of People v. Gerchberg (1982) 131 Cal. App. 3d 618, 620 [181 Cal. Rptr. 505] (conviction for concealment of children from legal custodian reversed because the defendant formed the intent and concealed the children while residing with them in  New York, and did not attempt to commit the

January 26, 2007
Page Two

offense in California) was cited with approval as to its jurisdictional holding in People v. Morante, 20 Cal. 4th 403, 421 (Cal. 1999). There is no evidence in any of the documents supporting issuance of the warrant that substantially refute a conclusion that the formation of the mother's intent to remain in Greece occurred after she arrived there, perhaps, as she alleges, in response to a death threat allegedly made to her telephonically while she was in Greece. Unlike the situation in People v. Lazarevich, 95 Cal. App. 4th 416, the removal of the child was not done in violation of any court order as the only order was obtained by default after the mother decided not to come home. There is substantial information in the investigatory materials that the mother was told by the father that Greece would be their permanent home; that she was invited by the husband to move there with the child shortly before she left; that the husband made substantial steps to perfect his Greek citizenship and initiated financial plans to live and work in Greece; and a good deal more, all of which lends an impression as to the correctness of the Greek judgment on the merits, and inferentially, that their ties to Greece were more significant than their ties to Santa Cruz.

There is also a substantial double jeopardy issue. My reading of the Greek judgment is that the proceeding was quasi-criminal in nature, given that the Ministry of Justice was proceeding on a petition in which Mr. Petroutsas sought an order for the child to be returned and a fine and imprisonment be imposed on the failure of the mother to comply, as is set forth in the judgment dismissing his petition.

The materials submitted with the arrest warrant are also rife with factual allegations that place the father in a poor light, including allegations that various reporters claim would support prosecution here for possession of unregistered weapons and criminal threats, and in Greece for violation of firearms laws, and other inappropriate conduct. The father's representations about the marriage conveyed to the Family Court may have been misleading as it appears that the marital relationship broke down long before the trip to Greece in question; according to the mother, the father was indifferent to both her and the child until she decided to stay in her lifelong home.

This is obviously a complicated civil law matter. The Greek judgment is on appeal; the Santa Cruz County Superior Court judgment recently entered may also be appealed. It is not a case in which it is appropriate for a criminal authority to weigh in. For these reasons, I am unwilling to sign the arrest warrant.

Sincerely,

JEFF ALMQUIST
Judge of the Superior Court

JA:sos

cc:    G. David Genochio, Assistant District Attorney        Mitchell Page, Esq.
       Heather Morse, Presiding Judge                        George A. Petroutsas
       Irwin Joseph, Court Commissioner                      Despina A. Asvesta
       Court Clerk

Courtesy copy: Robert Hoover