Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

      Petitioner,

v.                                                        Case No. C-07-05535 JF

GEORGE PETROUTSAS,

      Respondent.
_____/

### (PROPOSED) ORDER FOR HEARING ON NOVEMBER 30, 2007 ON RESPONDENT'S EMERGENCY MOTION FOR RECALL OF WARRANT AND TO REMOVE CHILD FROM N.C.I.C

Upon consideration of Respondent's Emergency Motion for Recall of Warrant and to Remove Child From N.C.I.C. filed on November 20, 2007 and Petitioner's Opposition thereto filed on November 21, 2007, it is this ____ day of November, 2007, **ORDERED**:

    1.    That the hearing on Respondent's Emergency Motion for Recall of Warrant and to Remove Child From N.C.I.C., scheduled for November 27, 2007, be and the same is hereby VACATED and CANCELLED.

2.  That a hearing on Respondent's Emergency Motion for Recall of Warrant and to Remove Child From N.C.I.C., and Petitioner's Opposition thereto shall be held on November 30, 2007 at 9:00 a.m. in the United States District Court for the Northern District of California, San Jose Division in Courtroom 3.

3.  That this Court's Order and Warrant of Arrest dated November 16, 2007 and Order for Entry of Child Into N.C.I.C. Database dated November 16, 2007, shall remain in full force and effect until the Show Cause Hearing on November 30, 2007.

4.  That Respondent and Respondent's counsel shall produce the minor child forthwith to the United States Marshal Service for the Northern District of California, pursuant to this Court's Order and Warrant of Arrest dated November 16, 2007.

5.  That this Court's Re-Issued Show Cause Order dated November 19, 2007 shall remain in full force and effect.

6.  That this matter shall proceed to the Show Cause Hearing scheduled for November 30, 2007.


Dated:_____

_____
United States District Judge
United States District Court for the
Northern District of California,
San Jose Division

Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
San Jose Division

DESPINA ASVESTA,

      Petitioner,

v.                                                                          Case No. C-07-05535 JF

GEORGE PETROUTSAS,

      Respondent.
_____/

**(PROPOSED) ORDER DENYING RESPONDENT'S EMERGENCY MOTION FOR RECALL OF WARRANT AND TO REMOVE CHILD FROM N.C.I.C**

Upon consideration of Respondent's Emergency Motion for Recall of Warrant and to Remove Child From N.C.I.C. filed on November 20, 2007 and Petitioner's Opposition thereto filed on November 21, 2007, it is this ____ day of November, 2007, **ORDERED**:

1.      That Respondent's Emergency Motion for Recall of Warrant and to Remove Child From N.C.I.C. filed on November 20, 2007, be and the same is hereby DENIED; and it is further

2. That the hearing on Respondent's Emergency Motion for Recall of Warrant and to Remove Child From N.C.I.C., scheduled for November 27, 2007, be and the same is hereby VACATED and CANCELLED.

3. That this Court's Order and Warrant of Arrest dated November 16, 2007 and Order for Entry of Child Into N.C.I.C. Database dated November 16, 2007, shall remain in full force and effect.

4. That Respondent and Respondent's counsel shall produce the minor child forthwith to the United States Marshal Service for the Northern District of California, pursuant to this Court's Order and Warrant of Arrest dated November 16, 2007.

5. That this Court's Re-Issued Show Cause Order dated November 19, 2007 shall remain in full force and effect.

6. That this matter shall proceed to the Show Cause Hearing scheduled for November 30, 2007.


Dated:_____

_____
United States District Judge
United States District Court for the
Northern District of California,
San Jose Division