B J Fadem, Esquire, Bar #118819
LAW OFFICES OF B J FADEM, APC
255 N. Market Street, Suite 210
San Jose, California 95110
408-280-1220 (voice)
408-292-4100 (fax)
fademlaw@sbcglobal.net

FILED

2007 NOV 21  A 10: 10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

    Petitioner

v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

    Respondent

_____/

Case No.   C 07 05535 JF

NOTICE OF MOTION

PLEASE TAKE NOTICE that on **November 27, 2007 at 9:00 a.m.** in Courtroom 3 of the above-entitled court, located at 280 South First Street, San Jose, California; Respondent, GEORGE PETROUTSAS, will request an order to recall the warrant of arrest issued for Respondent on November 16, 2007; the order of November 16, 2007 to turn the minor child over to Petitioner, DESPINA ASVESTA, and for an order removing the minor child from the N.C.I.C. database.

Said Motion will be based on this Notice and the verified Motion and supporting law previously served upon all counsel on November 20, 2007; on the pleadings and

records on file herein, and on such oral and documentary evidence as may be presented at the hearing on this motion.

Dated: 11/20/07

                                      LAW OFFICES OF B J FADEM, APC

                                      By:   B J Fadem, Esq.

## PROOF OF SERVICE

TITLE OF CASE: DESPINA ASVESTA VS. GEORGE PETROUTSAS
CASE NUMBER: C-07-05535 JF/HRL

I am employed in the County of Santa Clara, State of California, over the age of eighteen years, and am not a party to the within entitled action: my business address is: JAMES SQUARE - 255 North Market Street, Suite 210, San Jose, California 95113.

On November 21, 2007, I served the foregoing document(s) described as NOTICE OF MOTION, EMERGENCY MOTION FOR RECALL OF WARRANT AND ORDER TO REMOVE MINOR CHILD FROM N.C.I.C., EXHIBIT 1-8, PROPOSED ORDER RECALLING ARREST WARRANT, PROPOSED ORDER REMOVING MINOR CHILD FROM N.C.I.C. DATABASE on concerned parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

[] BY MAIL. I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Jose, California. Executed on

[] BY FACSIMILE

[XX] BY PERSONAL SERVICE: I caused such document(s) to be delivered at the address listed below. Executed November 21, 2007.

> RENEE DAY, ESQ.
> HOOVER & BETCHEL, L.L.P.
> THE GARDEN ALAMEDA
> 1570 THE ALAMEDA, SUITE 101
> SAN JOSE, CA 95126

[xx] STATE: I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

[XX] FEDERAL: I declare that I am employed in this office of a member of the Bar of this Court at whose direction the service was made.

Dated: 11/21/2007

_____
BRENDA MARTINEZ

## PROOF OF SERVICE

TITLE OF CASE: DESPINA ASVESTA VS. GEORGE PETROUTSAS
CASE NUMBER: C-07-05535 JF/HRL

I am employed in the County of Santa Clara, State of California, over the age of eighteen years, and am not a party to the within entitled action: my business address is: JAMES SQUARE - 255 North Market Street, Suite 210, San Jose, California 95113.

On November 21, 2007, I served the foregoing document(s) described as NOTICE OF MOTION, EMERGENCY MOTION FOR RECALL OF WARRANT AND ORDER TO REMOVE MINOR CHILD FROM N.C.I.C., EXHIBIT 1-8, PROPOSED ORDER RECALLING ARREST WARRANT, PROPOSED ORDER REMOVING MINOR CHILD FROM N.C.I.C. DATABASE on concerned parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

[] BY MAIL. I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Jose, California. Executed on November 21, 2007
[XX] BY FACSIMILE

Stephen J. Cullen, Esq.
Kelly A. Powers, Esq.
MILES & STOCKBRIDGE, P.C.
One West Pennsylvania Avenue, Suite 900
Towson, Maryland 21204
FAX #: 410-385-3709

[] BY PERSONAL SERVICE: I caused such document(s) to be delivered at the address listed below. Executed November 21, 2007.

[] STATE: I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

[XX] FEDERAL: I declare that I am employed in this office of a member of the Bar of this Court at whose direction the service was made.

Dated: 11/21/2007

_____
BRENDA MARTINEZ