| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| RENEE C. DAY, ESQ.<br>HOOVER & BECHTEL, LLP<br>1570 THE ALAMEDA, SUITE 101<br>SAN JOSE, CA 95126 | (408) 947-7600 | |
| ATTORNEY FOR (NAME): Petitioner | | |

Insert name of court and name of judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff:
DESPINA ASVESTA

Defendant:
GEORGE PETROUTSAS

| REFERENCE NO.:<br>110778513 | PROOF OF SERVICE | CASE NUMBER:<br>C07 05535 (JF) (HRL) |
|---|---|---|

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:

RE-ISSUED SHOW CAUSE ORDER; MOTION TO RE-ISSUE SHOW CAUSE ORDER FOR NOVEMBER 30, 2007 HEARING

in the within action by personally delivering true copies thereof to the person served as follows:

    Served                : MITCHELL PAGE, ESQ.

    By serving          : Adriana Cruz, Office Manager / Authorized To
                           Accept Service Of Process

    Address              : ( Business )
                           605 Center Street
                           Santa Cruz, Ca 95060

    Date of Service    : November 21, 2007
    Time of Service    : 10:05AM

Person serving:
TERRY GRAAP

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered in Santa Clara County
Registered California Process Server No.658
Professional Photocopier No.071

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.:1027
(3) County: SANTA CLARA
(4) Reg. Exp. Date: January 16, 2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 21, 2007              Signature: _____