| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)    TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|
| RENEE C. DAY, ESQ.                                      (408) 947-7600<br>HOOVER & BECHTEL, LLP<br>1570 THE ALAMEDA, SUITE 101<br>SAN JOSE, CA 95126<br>ATTORNEY FOR (NAME) Petitioner | |

Insert name of court and name of judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff :
DESPINA ASVESTA

Defendant :
GEORGE PETROUTSAS

| REFERENCE NO.:<br>110778514 | **PROOF OF SERVICE** | CASE NUMBER:<br>C07 05535 (JF) (HRL) |
|---|---|---|

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:

RE-ISSUED SHOW CAUSE ORDER; MOTION TO RE-ISSUE SHOW CAUSE ORDER FOR NOVEMBER 30, 2007 HEARING

in the within action by personally delivering true copies thereof to the person served as follows:

Served           : GEORGE PETROUTSAS

By serving       : No Answer At The Residence.  Documents Placed In
                   A Conspicuous Place Up Against The Mailbox.

Address          : ( Home )
                   300 Plum Street #69
                   Capitola, Ca 95010

Date of Service  : November 21, 2007
Time of Service  : 9:11AM

Person serving:
TERRY GRAAP

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered in Santa Clara County
Registered California Process Server No.658
Professional Photocopier No.071

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.:1027
(3) County: SANTA CLARA
(4) Reg. Exp. Date: January 16, 2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 21, 2007                    Signature: _____