| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| RENEE C. DAY, ESQ.<br>HOOVER & BECHTEL, LLP<br>1570 THE ALAMEDA, SUITE 101<br>SAN JOSE, CA 95126 | (408) 947-7600 | |
| ATTORNEY FOR (NAME) Petitioner | | |
| Insert name of court and name of judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE | | |
| Petitioner :<br>DESPINA ASVESTA | | |
| Respondent :<br>GEORGE PETROUTSAS | | |
| REFERENCE NO.:<br>110778508 | **PROOF OF SERVICE** | CASE NUMBER:<br>C07 05535 (JF) (HRL) |

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:
RE-ISSUED SHOW CAUSE ORDER; MOTION TO RE-ISSUE SHOW CAUSE ORDER FOR NOVEMBER 30, 2007 HEARING

in the within action by personally delivering true copies thereof to the person served as follows:

    Served              : BJ FADEM, ESQ.

    By serving          : Brenda Martinez, Person In Charge / Authorized To
                          Accept Service Of Process
    Address             : ( Business )
                          255 N. Market St. #210
                          San Jose, Ca 95110

    Date of Service     : November 20, 2007
    Time of Service     : 3:26PM

Person serving:
JASON L. TRETHEWAY

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered in Santa Clara County
Registered California Process Server No.658
Professional Photocopier No.071

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.:652
(3) County: SANTA CLARA
(4) Reg. Exp. Date:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 20, 2007        Signature: _____