**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Status Conference, November 26, 2007
**Case Number:** CV-07-5535-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Not reported

---

TITLE:        **DESPINA ASVESTA V. GEORGE PETROUTSAS**

**PLAINTIFF**                                **DEFENDANT**

Attorneys Present:                           Attorneys Present:

---

PROCEEDINGS:
   Status conference held.  Counsel for parties are present telephonically.
The Court stays all orders until November 30, 2007, based on the stipulation of counsel.
The case remains set for hearing on 11/30/07 at 9:00 a.m.  Parties to be present with
all passports.