Fee Paid

Applicant: Katherine D. Fones
Miles & Stockbridge P.C.
One W. Pennsylvania Ave., Suite 900
Towson, Maryland 21204
(410) 823-8172 (direct)
(410) 823-6565 (main line)

FILED

2007 NOV 29 A 9: 07

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

    Petitioner

v.

GEORGE PETROUTSAS

Case No. C-07-05535 JF

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, **Katherine D. Fones**, an associate in the law firm of Miles & Stockbridge P.C., an active member in good standing of the following bars:

    A.    The Court of Appeals of Maryland, December 13, 2000 ;

    B    U. S. District Court for the District of Maryland, February 13, 2003; and

    B.    The Supreme Court of the United States of America, November 1, 2006,

hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing, as additional counsel for the Petitioner, Despina Asvesta, in the above entitled action due to Stephen J. Cullen's unavailability for the hearing scheduled for Friday, November 30, 2007

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action, The name, address and telephone number of that attorney is:

> Renee C. Day, Esquire
> Hoover & Bechtel, L.L.P.
> The Garden Alameda
> 1570 The Alameda, Suite 101
> San Jose, California 95126
> (408) 947-7600

I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: 11.28.07

_____
Katherine D. Fones
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 823-8172

Attorneys for Petitioner