Applicant: Katherine D. Fones
Miles & Stockbridge P.C.
One W. Pennsylvania Ave., Suite 900
Towson, Maryland 21204
(410) 823-8172 (direct)
(410) 823-6565 (main line)



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

    Petitioner

v.

GEORGE PETROUTSAS

Case No. C-07-05535 JF
(Proposed)
ORDER GRANTING
APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

### ORDER FOR ADMISSION *PRO HAC VICE*

**Katherine D. Fones**, an associate in the law firm of Miles & Stockbridge P.C., an active member in good standing of the following bars:

    A.    The Court of Appeals of Maryland, December 13, 2000 ;

    B    U. S. District Court for the District of Maryland, February 13, 2003; and

    B.    The Supreme Court of the United States of America, November 1, 2006,

whose business address and telephone number is:

    Miles & Stockbridge P.C.
    One West Pennsylvania Avenue
    Suite 900
    Towson, Maryland 21204
    (410) 823-8172

having applied in the above-entitled action for admission to practice in the northern District of California on a *pro hac vice* basis, representing Petitioner, Despina Asvesta,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

United States Judge
United States District Court for the
Northern District of California, San Jose Division