Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

FILED
2007 NOV 29 A 9:01
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,

    Petitioner,

v.                        Case No. C-07-05535 JF

GEORGE PETROUTSAS,

    Respondent.

_____/

### PROOF OF SERVICE

I hereby certify that on this 28th day of November, 2007, a copy of the foregoing Motion for Admission *Pro Hac Vice* and (Proposed) Order for Admission *Pro Hac Vice* were sent via facsimile to counsel for the Respondent, BJ Fadem at (408) 292-4100 at 4:15 p.m. Eastern Standard Time.

_____
Kelly A. Powers