# DEPARTMENT OF STATE
## BUREAU OF CONSULAR AFFAIRS

### OFFICE OF CHILDREN'S ISSUES

2201 C Street, NW, SA-29, 4th Floor, Washington, D.C. 20520-2818
FAX NO. (202) 736-9133    TEL. NO. (202) 736-9164
Home page: http://travel.state.gov

**U.S. CENTRAL AUTHORITY FOR THE HAGUE CONVENTION ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION**

August 15, 2007

Mr. George A. Petroutsas
300 Plum Street
#69
Capitola, CA 95010

Dear Mr. Petroutsas:

I am sure that you are happy to have Andonios back in the United States with you. As your son is now in the United States, we have closed the case in our office regarding his retention in Greece.

We have also informed the Greek Central Authority that Andonios is in the United States. Because the Hague process was initiated and in process at the time that Andonios returned to the United States, additional steps may be required to address the Hague application before the Greek Central Authority is able to close your case in their office. In the event that the application is not able to be withdrawn because of it's current status in the Greek judicial system, we will re-open our case, continue to monitor it's progress, and keep you informed.

If you have any questions or concerns regarding this letter, or the case of Andonios' retention in Greece, please do not hesitate to contact me directly. Should you want information that could assist in preventing a future removal or retention, please contact our Prevention Unit by phone 202-736-9156, or by e-mail PreventAbduction@state.gov.

Sincerely,

*Thelma B. McDonald*
Thelma B. McDonald
Citizens Services Specialist
For the U.S. Central Authority