11/29/07
Re: George Petroutsas

To Whom It May Concern:

I have known George both professionally and socially for aver ten years. He is a solid member of the community where I live and hold public office. I have observed him with his son Andoni in numerous occasions where he displayed consistent attentive parenting skills. We have also worked together as members of a service organization where he applies himself with great energy to the benefit of his fellow human.

In closing, I have never considered George anything other than a long time stable member of our community.

Sincerely,

Michael V. Termini
Mayor
City of Capitola



138 Crest Drive   Manresa Beach, CA 95076

November 28, 2007

To whomever it may concern,

Andoni Petroutsas is currently enrolled in our pre-K program weekdays at our licensed facility #444407921 also known as Susun Gallery Artschool. It is an art based academic program that covers subjects recommended for preschool by California State mandate.

He is an enthusiastic student, participates in curriculum and enjoys playing with other children. I enjoy having him in the program.

Susun Gallery Levey
Director

(831) 728-4050

## PROOF OF SERVICE

TITLE OF CASE: DESPINA ASVESTA VS. GEORGE PETROUTSAS
CASE NUMBER: C-07-05535 JF/HRL

I am employed in the County of Santa Clara, State of California, over the age of eighteen years, and am not a party to the within entitled action: my business address is:   JAMES SQUARE - 255 North Market Street, Suite 210, San Jose, California 95113.

On November 29, 2007, I served the foregoing document(s) described as SUPPLEMENTAL MEMORANDUM on concerned parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

[]    BY MAIL.  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Jose, California.  Executed on November 29, 200711/29/07, at San Jose, California.

[]    BY FACSIMILE

[X]   BY PERSONAL SERVICE: I caused such document(s) to be delivered to _Gloria_ at the address listed below.  Executed November 29, 2007.

> HOOVER & BETCHEL, L.L.P.
> THE GARDEN ALAMEDA
> 1570 THE ALAMEDA, SUITE 101
> SAN JOSE, CA  95126

[xx]  STATE: I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

[XX]  FEDERAL: I declare that I am employed in this office of a member of the Bar of this Court at whose direction the service was made.

Dated:  11/29/2007

BRENDA MARTINEZ

# PROOF OF SERVICE

TITLE OF CASE: DESPINA ASVESTA VS. GEORGE PETROUTSAS
CASE NUMBER: C-07-05535 JF/HRL

I am employed in the County of Santa Clara, State of California, over the age of eighteen years, and am not a party to the within entitled action: my business address is: JAMES SQUARE - 255 North Market Street, Suite 210, San Jose, California 95113.

On November 29, 2007, I served the foregoing document(s) described as SUPPLEMENTAL MEMORANDUM on concerned parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

[] BY MAIL. I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Jose, California. Executed on November 29, 2007 11/29/07, at San Jose, California.

[X] BY FACSIMILE

> Kelly A. Powers, Esq.
> Stephen Cullen, Esq.
> Miles & Stockbridge, P.C.
> 410-823-8123

[] BY PERSONAL SERVICE: I caused such document(s) to be delivered to _ at the address listed below. Executed November 29, 2007.

[] STATE: I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

[XX] FEDERAL: I declare that I am employed in this office of a member of the Bar of this Court at whose direction the service was made.

Dated: 11/29/2007

BRENDA MARTINEZ