# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, November 30, 2007
**Case Number:** CV-07-5535-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**        **DESPINA ASVESTA V. GEORGE PETROUTSAS**

            **PLAINTIFF**                    **DEFENDANT**

**Attorneys Present: Kelly Powers, Katherine Fones**        **Attorneys Present: BJ Fadem**
Renee day, Bob Hoover

---

PROCEEDINGS:

Further show cause hearing held.  Parties are present. The Court sets the case for evidentiary hearing on 12/17/07 at 9:00 a.m.  The Court orders the parties to surrender the minor's passports, stays the arrest warrant for the child, and awards the mother supervised visitation prior to her return to Greece.  The Court further orders the parties shall maintain the status quo and the minor shall remain in California.

Parties shall file any additional briefs by 12/10/07.  The admission of exhibits 1 and 2- Affidavit of Greek Law and Affidavit of Greek Attorney, remains pending.