**Applicant:** Katherine D. Fones
Miles & Stockbridge P.C.
One W. Pennsylvania Ave., Suite 900
Towson, Maryland 21204
(410) 823-8172 (direct)
(410) 823-6565 (main line)

RECEIVED    NOV 30 2007
2007 NOV 29 AM 9: CLERK
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.
FILED
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,

　　　　Petitioner

　　v.

GEORGE PETROUTSAS

Case No. C-07-05535 JF
**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

### ORDER FOR ADMISSION *PRO HAC VICE*

**Katherine D. Fones**, an associate in the law firm of Miles & Stockbridge P.C., an active member in good standing of the following bars:

　　A.　The Court of Appeals of Maryland, December 13, 2000 ;

　　B　U. S. District Court for the District of Maryland, February 13, 2003; and

　　B.　The Supreme Court of the United States of America, November 1, 2006,

whose business address and telephone number is:

　　　　Miles & Stockbridge P.C.
　　　　One West Pennsylvania Avenue
　　　　Suite 900
　　　　Towson, Maryland 21204
　　　　(410) 823-8172

having applied in the above-entitled action for admission to practice in the northern District of California on a *pro hac vice* basis, representing Petitioner, Despina Asvesta,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____    _____
United States Judge
United States District Court for the
Northern District of California, San Jose Division