*efiled 12/5/07

Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

    Petitioner,

v.                                    Case No.:  C-07-05535 JF

GEORGE PETROUTSAS,

    Respondent.
_____/

### ~~(PROPOSED)~~ ORDER TO STAY WARRANT OF ARREST

Following a hearing held on November 30, 2007 at which the Petitioner and Respondent appeared represented by counsel, and at which the Respondent produced the minor child, it is this  5th  day of  December , 2007, **ORDERED**:

    1.    That this Court's Order and Warrant of Arrest to pick up the minor child dated November 16, 2007 be and the same is hereby TEMPORARILY STAYED and that the United States Marshal and any other peace officer shall not execute said warrant of arrest until further order of this court; and

     2.     That this matter shall proceed to the evidentiary hearing on December 17, 2007 at 9:00 a.m. in courtroom 3, at which time both parties shall appear and the Respondent shall produce the minor child.

Dated: 12/5/07

*[signature]*
United States Judge
United States District Court for the
Northern District of California
San Jose Division
Case No.: C-07-05535 JF

Order to Stay Warrant of Arrest     2