B J Fadem, Esquire, Bar #118819
LAW OFFICES OF B J FADEM, APC
255 N. Market Street, Suite 210
San Jose, California 95110
408-280-1220 (voice)
408-292-4100 (fax)
fademlaw@sbcglobal.net



**Filed**

DEC - 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

      Petitioner

      Case No. C 07 05535 JF

v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

      Respondent

### AMENDED (PROPOSED) ORDER TO STAY WARRANT OF ARREST

Following a hearing held on November 30, 2007 at which the Petitioner and Respondent appeared represented by counsel, and at which the Respondent produced the minor child, it is this 6th day of December, 2007, **ORDERED**:

1. That this Court's Order and Warrant of Arrest to pick up the minor child dated November 16, 2007 be and the same is hereby TEMPORARILY STAYED and that the United States Marshal and any other peace officer shall not execute said warrant of arrest until further order of this court; and

Proposed Order to Stay
Warrant of Arrest, et al.
C-07-05535 JF

    - 1 -

2. That this Court's Order to enter the minor child into the N.C.I.C. database is hereby TEMPORARILY STAYED and that, if, in fact, the minor child has been so entered, he is to be removed from said database immediately, without prejudice.

2. That this matter shall proceed to the evidentiary hearing on December 17, 2007 at 9:00 a.m. in courtroom 3, at which time both parties shall appear and the Respondent shall produce the minor child.

Dated: 12-6-07

United States Judge
United States District Court for the
Northern District of California
San Jose Division
Case No.: C-07-05535 JF

Proposed Order to Stay
Warrant of Arrest, et al.
C-07-05535 JF

- 2 -