**PROOF OF SERVICE**    FILED

TITLE OF CASE: DESPINA ASVESTA VS. GEORGE PETROUTSAS
CASE NUMBER: C-07-05535 JF/HRL

2007 DEC -7 P 2: 12

RICHARD W. WIEKING
CLERK

I am employed in the County of Santa Clara, State of California, over the age of eighteen years, and am not a party to the within entitled action: my business address is: JAMES SQUARE - 255 North Market Street, Suite 210, San Jose, California 95113.

On December 6, 2007, I served the foregoing document(s) described as AMENDED ORDER TO STAY WARRANT OF ARREST on concerned parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

[ ]    BY MAIL. I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Jose, California. Executed on December 6, 2007 12/6/07, at San Jose, California.

[XX]   BY FACSIMILE

    RENEE DAY, ESQ.
    HOOVER & BETCHEL, L.L.P.
    THE GARDEN ALAMEDA
    1570 THE ALAMEDA, SUITE 101
    SAN JOSE, CA 95126
    FAX #: 408-947-7603

[ ]    BY PERSONAL SERVICE: I caused such document(s) to be delivered to __ at the address listed below. Executed December 6, 2007.

[xx]   STATE: I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

[XX]   FEDERAL: I declare that I am employed in this office of a member of the Bar of this Court at whose direction the service was made.

Dated: 12/6/2007

                                            MICHELLE SANCHEZ



```
                    ********************
                    ***   TX REPORT   ***
                    ********************

    TRANSMISSION OK

    TX/RX NO                4926
    CONNECTION TEL          14089477603
    SUBADDRESS
    CONNECTION ID
    ST. TIME                12/06 10:43
    USAGE T                 00'47
    PGS. SENT                 3
    RESULT                  OK
```