Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,

    Petitioner,

v.                                    Case No.: C-07-05535 JF

GEORGE PETROUTSAS,

    Respondent.

_____/

### PROOF OF SERVICE

I HEREBY CERTIFY that on the 10th day of December, 2007, a copy of the foregoing Petitioner's Evidentiary Hearing Memorandum, along with Petitioner's Exhibits A-I was sent via facsimile at 7:55 a.m./(p.m.) Eastern Standard Time to BJ Fadem, Esquire, attorney for the Respondent at (408) 292-4100.

                              /s/
                              Kelly A. Powers