## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Evidentiary Hearing, December 17, 2007
**Case Number:** CV-07-5535-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz/Patty Cromwell
**Court Reporter:** Summer Clanton/Jana Ridenour

---

**TITLE:**           **DESPINA ASVESTA V. GEORGE PETROUTSAS**

**PLAINTIFF**                                    **DEFENDANT**

**Attorneys Present: Stephen Cullen, Kelly Powers**        **Attorneys Present: BJ Fadem**

---

PROCEEDINGS:

Evidentiary hearing held.  Parties are present. The Court grants the motion to exclude witnesses.  Counsel make opening statements.  The following witnesses are sworn and examined:  Despina Asvesta, George Petroutsas and Stilianos Gregoriou. Plaintiff's exhibits, 1 through 34, and Defendant's exhibits, A through N, are admitted into evidence.  The Court receives Affidavits by Nineta Papadavid, Susan Rohol, Bessie Petroutsas, Claudia Morales, Dionysis Heliotis and Jordan Kokkoris.

The issues are taken under submission.  Continued to 1/16/08 at 1:30 p.m. for the Court's ruling.  The parties and the minor child are to be present at said hearing.  The Court directs the parties to participate in mediation.