# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

## CIVIL MINUTES

**Court Proceedings:** Further Hearing on Petition, January 16, 2008
**Case Number:** CV-07-5535-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:           **DESPINA ASVESTA V. GEORGE PETROUTSAS**

**PLAINTIFF**                                                          **DEFENDANT**

**Attorneys Present:** Stephen Cullen, Renee Day         **Attorneys Present:** B.J. Fadem

---

PROCEEDINGS:

Further hearing on Petition for Return of Child to Petitioner held. Parties are present. After in chambers discussions with counsel and parties, court reconvenes. The Court grants the petition; and stays the order pending appeal. The Court directs the parties to propose a visitation schedule pending appeal; and orders petitioner shall have unsupervised visitation today. Continued to 1/17/08 at 3:00 p.m. for further hearing. The Court directs Mr. Cullen to prepare a proposed order. Parties are ordered to be present for said hearing.