# UNITED STATES DISTRICT COURT
## Judge Jeremy Fogel, Presiding
Courtroom 3, 5th Floor

## Civil Minute Order

Court Proceedings:  Further Hearing, January 17, 2008 3:00 PM
Case Number: C 07-05535JF

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Summer Clanton                    Time in Court: 20 min

---

**TITLE:**   **DESPINA ASVESTA v. GEORGE PETROUTSAS**

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Despina Asvesta | George Petroutsas |
| **Attorney(s) present:** | **Attorney(s) present:** |
| Stephen J. Cullen | B.J. Fadem |
| Renee C. Day | |

---

**PROCEEDINGS:**   **FURTHER HEARING**

   All parties present. The Order Direction Return of Minor Child is approved and signed.  The written interim order, after discussion between Court and Counsel off the record, is approved and entered subject to the written order being submitted for filing after agreed upon additions are added.  Said conditions were placed on the record in open court and the parties were voir dired as to the proposed order.  The Court orders the child's three passports to be released forthwith.  Court is adjourned.