Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Robert L. Hoover, Bar # 30684
Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
robert@hoover-betchel.com
renee@hoover-betchel.com

FILED
JAN 1 7 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

    Petitioner,

v.                                                         Case No.  C-07-05535 JF

GEORGE PETROUTSAS,

    Respondent.
_____/

### ORDER DIRECTING RETURN OF MINOR CHILD TO COUNTRY OF HABITUAL RESIDENCE AND IMMEDIATE STAY PENDING APPEAL

The Court orders, pursuant to the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention") and the International Child Abduction Remedies Act, 42 U.S.C. 11601 et. seq., that ANDONIOS GEORGIOS PETROUTSAS (the "minor child"), born May 21, 2005, be returned in the company of his mother, Despina Asvesta a/k/a Despoina Asvesta, to the sovereign nation of Greece, and that she report the delivery of the minor child to the appropriate Central Authority.

By virtue of this Order, Despina Asvesta, a/k/a Despoina Asvesta, has the exclusive right to the custody of the minor child for the limited purpose of returning the minor child to Greece, the minor child's habitual residence.

This Court now immediately STAYS this Return Order pending any appeal to the United States Court of Appeals for the Ninth Circuit or further order of this Court and by separate Order for Child Access enters a parenting access schedule that determines forthwith each party's parenting time with the minor child during the pendency of this Stay.

This Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention.

The Order of this Court is made under the authority of 42 U.S.C. 11603(a), conferring original jurisdiction upon this Court.

This Order is effective the date below written, and shall continue in force and effect until modified or cancelled by this Court.

IT IS SO ORDERED:

1-17-08
Date

Honorable Jeremy Fogel
United State District Judge
United States District Court for the
Northern District of California
San Jose Division