Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Robert L. Hoover, Esquire Bar # 30684
Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com
robert@hoover-betchel.com

Filed
JAN 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

      Petitioner,

v.                                      Case No. C-07-05535 JF

GEORGE PETROUTSAS,

      Respondent.
_____/

**ORDER FOR CHILD ACCESS DURING THE PERIOD OF IMMEDIATE STAY PENDING APPEAL OF THIS COURT'S ORDER DIRECTING RETURN OF MINOR CHILD TO COUNTRY OF HABITUAL RESIDENCE**

Pursuant to the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention") and the International Child Abduction Remedies Act, 42 U.S.C. 11601 et. seq., during the period of the immediate stay of this Court's Order Directing Return of Minor Child to Country of Habitual Residence, it is hereby

**ORDERED**, that Despina Asvesta, a/k/a Despoina Asvesta, (the "Mother") has the exclusive right to the custody of Andonios Georgios Petroutsas, date of birth May 21, 2005, (the "minor child") for the limited purpose of returning the minor child to Greece; and it is further

1

**ORDERED**, that neither party shall file any further custody action relating to the minor child anywhere in the world without the express leave of this Court; and it is further

**ORDERED**, that the parties shall have equal parenting time with the minor child during the period of this immediate stay in accordance with the schedule set forth herein (which schedule may be truncated or extended by this Court) and subject to further Order of this Court; and it is further

**ORDERED**, that the minor child shall be with the Respondent, George Petroutsas, (the "Father") in the United States from the entry of this Order until May 1, 2008; and it is further

**ORDERED**, that from May 1, 2008 until August 1, 2008, the minor child shall be with the Mother in Greece; and it is further

**ORDERED**, that from August 1, 2008 until November 1, 2008, the minor child shall be with the Father in the United States; and it is further

**ORDERED**, that from November 1, 2008 until February 1, 2009, the minor child shall be with the Mother in Greece; and it is further

**ORDERED**, that from February 1, 2009 until May 1, 2009, the minor child shall be with the Father in the United States; and it is further

**ORDERED**, that from May 1, 2009 until August 1, 2009, the minor child shall be with the Mother in Greece; and it is further

**ORDERED**, that the Mother shall be responsible for transporting the minor child to and from the United States and Greece for the Father's parenting time, at the Father's sole expense, such expenses to solely constitute the reasonable airline fares and reasonable lodging for the Mother and the minor child; and it is further

**ORDERED**, that the Mother shall arrange all travel for herself and for the minor child for the alternating parenting time and shall make the initial payment for any travel and lodging expenses incurred for herself and on behalf of the minor child. The Mother shall promptly provide all receipts to the Father by e-mail, who shall reimburse the Mother within ten (10) days of receiving said receipts; and it is further

**ORDERED**, that the Greek Passport No. 785007 for the minor child who is named therein as "Andonios Geor Petroutsas", the United States Passport No. 057887269 for the minor child who is named therein as "Andonios Georgios Petroutsas" and the United States Passport No. 428640876 for the minor child who is named therein as "Andonios Georgios Petroutsas" currently held by this Court shall be released to the Mother forthwith; and it is further

**ORDERED**, that each party shall timely execute any and all required airline consents for the minor child's travel between the United States and Greece for the limited purpose of the alternating access schedule as set forth herein; and it is further

**ORDERED**, that during the Father's parenting time with the minor child in the United States, the Mother shall have up to one (1) full continuous week of unsupervised overnight access with the minor child in the United States, at her own expense, upon not less than two (2) weeks prior written notice to the Father by e-mail at gpetroutsas@yahoo.com, setting forth the beginning and ending time for the said access period; and it is further

**ORDERED**, that during the Mother's parenting time with the minor child in Greece, the Father shall have up to one (1) full continuous week of unsupervised overnight access with the minor child in Greece, at his own expense, upon not less than two (2) weeks prior written notice to the Mother by e-mail at dasvesta@yahoo.com, setting forth the beginning and ending time for the said access period; and it is further

**ORDERED**, that each parent shall have the opportunity to exercise reasonable telephone contact and video conferencing access with the minor child with a minimum of two (2) telephone contacts and two (2) video conferencing contacts every calendar week, during the periods when the minor child is not with him or her; and it is further

**ORDERED**, that during each party's parenting time with the minor child, it is his or her affirmative duty to make the minor child available for telephone contact and video conferencing access at an appropriate time for the minor child at a time that is agreed between the parties; and it is further

**ORDERED**, that within fifteen (15) days of the date of entry of this Order, each parent shall obtain, at his or her own expense, an Apple I-Mac or other comparable computer capable of facilitating the above ordered video conferencing; and it is further

**ORDERED**, that both parties shall take all reasonable steps to ensure that the minor child maintains his English and Greek languages and shall encourage the minor child's language development in both languages; and it is further

**ORDERED**, that each party shall enroll the minor child in appropriate speech therapy in both English and Greek for the minor child when he is with that party and shall timely provide the other party with the name and contact information of the respective treatment provider in the United States and Greece in order to foster a consistent and collaborative speech therapy program between the two treatment providers; and it is further

**ORDERED**, that the Mother shall use her best efforts to have the Greek criminal firearms, check card fraud and kidnapping charges currently pending against the Father in Greece dismissed; and it is further

**ORDERED**, that if either party fails to comply with the terms and conditions of this Order, the other party may file an appropriate request for an Order to Show Cause in this Court requesting an evidentiary hearing to determine whether the terms and conditions of this Order have been willfully violated and whether any appropriate sanctions should be imposed, which may include the entry of a default judgment against the violating party after an evidentiary hearing thereon, and an award of any and all attorney's fees and expenses incurred since the inception of this case; and it is further

**ORDERED**, that this Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention; and it is further

**ORDERED**, that this Order is made under the authority of 42 U.S.C. 11604; and it is further

**ORDERED**, that this Court retains jurisdiction to modify this Order to effect its primary purpose, namely to provide that the minor child maintain equal contact with both parties for the pendency of the Stay; and it is further

**ORDERED**, that this Order is effective the date below written, and shall continue in force and effect until modified or cancelled by this Court.

**IT IS SO ORDERED:**

1-22-08
Date

Honorable Jeremy Fogel
United State District Judge
United States District Court for the
Northern District of California
San Jose Division

5