## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Status Conference, January 22, 2008
**Case Number:** CV-07-5535-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Not reported

---

**TITLE:**  **DESPINA ASVESTA V. GEORGE PETROUTSAS**

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present: Stephen Cullen | Attorneys Present: B.J. Fadem |

PROCEEDINGS:
Status conference held. Counsel for parties are present telephonically.