AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT
Northern District of California

Despina Asvesta

V.

George Petroutsas

**BILL OF COSTS**

Case Number: C-07-05535 JF

Judgment having been entered in the above entitled action on __1/16/2008__ against __Respondent__,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ 389.00 |
| Fees for service of summons and subpoena ............................................ | 965.10 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,943.15 |
| Fees and disbursements for printing ................................................ | |
| Fees for witnesses (itemize on page two) .............................................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........ | |
| Docket fees under 28 U.S.C. 1923 .................................................. | |
| Costs as shown on Mandate of Court of Appeals ...................................... | |
| Compensation of court-appointed experts ............................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .... | |
| Other costs (please itemize) ........................................................ | 4,660.54 |
| TOTAL | $ 7,957.79 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒    Electronic service by e-mail as set forth below

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: /s/

Name of Attorney: Stephen J. Cullen, pro hac vice

For: Despina Asvesta                                                                Date: 1/30/2008
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court               Deputy Clerk               Date

Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Robert L. Hoover, Esquire Bar # 30684
Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com
robert@hoover-betchel.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

       Petitioner,

v.                                                          Case No.  C-07-05535 JF

GEORGE PETROUTSAS,

       Respondent.
_____/

**PETITIONER'S ITEMIZATION AND DOCUMENTATION FOR REQUESTED COSTS**

      Judgment having been entered in the above entitled action on January 16, 2008 against Respondent, George Petroutsas, the Clerk is requested to tax as costs all items requested in Petitioner's Bill of Costs, and in support thereof Petitioner attaches this itemization and documentation:

      1.    Fees of the clerk are requested in the amount of three hundred eighty nine dollars ($389.00) for filing fees in this matter. Copies of two (2) checks made out to Clerk, U.S. District Court for filing fees are attached hereto and incorporated herein as **Exhibit A**.

2. Fees for service of summons and subpoena are requested in the amount of nine hundred sixty five dollars and ten cents ($965.10) for service of the Show Cause Orders in this matter. Copies of six (6) invoices for service fees are attached hereto and incorporated herein as **Exhibit B**.

3. Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case are requested in the amount of one thousand nine hundred and forty three dollars and fifteen cents ($1,943.15). Copies of four (4) invoices for transcript fees are attached hereto and incorporated herein as **Exhibit C**.

4. Other costs are requested in the amount of four thousand six hundred and sixty dollars and fifty four cents ($4,660.54) for translation of necessary Greek documents. Copies of ten (10) translation invoices are attached hereto and incorporated herein as **Exhibit D**.

Respectfully Submitted,

__/S/_____
Renee C. Day, Esquire
Hoover & Bechtel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-bechtel.com

            ___/S/_____
Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

*Attorneys for Petitioner*

Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Robert L. Hoover, Esquire Bar # 30684
Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com
robert@hoover-betchel.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**
San Jose Division

DESPINA ASVESTA,

      Petitioner,

v.                                                            Case No.  C-07-05535 JF

GEORGE PETROUTSAS,

      Respondent.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of January, 2008, a copy of the foregoing Bill of Costs, along with Petitioner's Itemization and Documentation for Requested Costs, and Petitioner's Exhibits A-D were sent via e-mail at 4:30 p.m. Eastern Standard Time to attorney for the Respondent, BJ Fadem, Esquire at fademlaw@sbcglobal.net.

                                                    _____/s/_____
                                                    Stephen J. Cullen