# EXHIBIT

# A

10/30/2007

CLERK, U.S. DISTRICT COURT                                                **39.00

Thirty-Nine and 00/100*********************************************************************************************

CLERK, U.S. DISTRICT COURT


ASVESTA [FL022605


CLERK, U.S. DISTRICT COURT                                    10/30/2007
                        ASVESTA, FILING FEE                                    39.00


Bank of America-FM    ASVESTA [FL022605                                        39.00


CLERK, U.S. DISTRICT COURT                                    10/30/2007
                        ASVESTA, FILING FEE                                    39.00


Bank of America-FM    ASVESTA [FL022605                                        39.00

10/30/2007

CLERK, U.S. DISTRICT COURT                                                      **350.00

Three Hundred Fifty and 00/100***************************************************************************************

CLERK, U.S. DISTRICT COURT


ASVESTA [FL022605]


CLERK, U.S. DISTRICT COURT              ASVESTA/FED.CRT.FILING            10/30/2007                350.00


Bank of America-FM    ASVESTA [FL022605]                                                            350.00


CLERK, U.S. DISTRICT COURT              ASVESTA/FED.CRT.FILING            10/30/2007                350.00


Bank of America-FM    ASVESTA [FL022605]                                                            350.00

# EXHIBIT

# B



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date: 11/20/07

| | |
|---|---|
| Inv #:  JP78508 | Case No.: C07 05535 (JF) (HRL) |
| SP#: | Court : U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE |
| Client Code: HO50 | Petitioner : DESPINA ASVESTA |

HOOVER & BECHTEL, LLP
1570 THE ALAMEDA, SUITE 101
SAN JOSE, CA 95126
Attn: ANGIE
Atty: RENEE C. DAY, ESQ.

Respondent GEORGE PETROUTSAS

Ref. No.: 0675

DOCUMENT(S):  RE-ISSUED SHOW CAUSE ORDER; MOTION TO RE-ISSUE SHOW CAUSE ORDER FOR NOVEMBER 30, 2007 HEARING

REPORT:  Pick up: AT CLIENT'S OFFICE; Client requests Rush handling ; Service on: BJ FADEM, ESQ., (B): 255 N. MARKET ST. #210, SAN JOSE, CA 95110 - Completed at Business on: 11/20/2007 @ 3:26PM; Declaration(s) re service returned to client on: 11/20/2007

POSTED 11/26/07

FEES AND COSTS:

| | | |
|---|---|---|
| 1 | PICK UP (NO CHARGE) | 0.00 |
| 1 | SPECIAL SERVICE OF PROCESS - SAN JOSE, CA LOCAL | 42.00 |
| 1 | RUSH CHARGE | 15.00 |

DUE AND PAYABLE UPON RECEIPT      **Invoice Total:**      **$57.00**



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date:  11/21/07

| | |
|---|---|
| Inv #:    JP78513 | Case No.: C07 05535 (JF) (HRL) |
| SP#: | Court : U.S. DISTRICT COURT, NORTHERN |
| Client Code: HO50 | DISTRICT OF CALIFORNIA - SAN JOSE |
| | Plaintiff : DESPINA ASVESTA |

HOOVER & BECHTEL, LLP
1570 THE ALAMEDA, SUITE 101
SAN JOSE, CA 95126
Attn: ANGIE
Atty: RENEE C. DAY, ESQ.

Defendant : GEORGE PETROUTSAS

Ref. No.: 0675

DOCUMENT(S):  RE-ISSUED SHOW CAUSE ORDER; MOTION TO RE-ISSUE SHOW CAUSE ORDER FOR NOVEMBER 30, 2007 HEARING

REPORT:  Pick up: AT CLIENT'S OFFICE; ; Service on: MITCHELL PAGE, ESQ., (B): 605 CENTER STREET, SANTA CRUZ, CA 95060 - Completed at Business on: 11/21/2007 @ 10:05AM; Declaration(s) re service returned to client on: 11/21/2007

POSTED 11/26/07

| FEES AND COSTS: | | | |
|---|---|---|---|
| | 1 | PICK UP (NO CHARGE) | 0.00 |
| | 1 | SPECIAL SERVICE OF PROCESS - SANTA CRUZ, CA | 108.00 |

DUE AND PAYABLE UPON RECEIPT          **Invoice Total:**          **$108.00**



County Legal & Notary Service
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax  (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date:  11/21/07

| | |
|---|---|
| Inv #:     JP78514 | Case No.: C07 05535 (JF) (HRL) |
| SP#: | Court : U.S. DISTRICT COURT, NORTHERN |
| Client Code: HO50 | DISTRICT OF CALIFORNIA - SAN JOSE |
| | Plaintiff : DESPINA ASVESTA |

HOOVER & BECHTEL, LLP
1570 THE ALAMEDA, SUITE 101
SAN JOSE, CA 95126
Attn: ANGIE
Atty: RENEE C. DAY, ESQ.

Defendant : GEORGE PETROUTSAS

Ref. No.: 0675

DOCUMENT(S):  RE-ISSUED SHOW CAUSE ORDER; MOTION TO RE-ISSUE SHOW CAUSE ORDER FOR NOVEMBER 30, 2007 HEARING

REPORT:  Pick up: AT CLIENT'S OFFICE; ; Service on: GEORGE PETROUTSAS, (H): 300 PLUM STREET #69, CAPITOLA, CA 95010 - Completed at Home on: 11/21/2007 @ 9:11AM; Declaration(s) re service returned to client on: 11/21/2007

POSTED

| FEES AND COSTS: | 1 | PICK UP (NO CHARGE) | 0.00 |
|---|---|---|---|
| | 1 | SPECIAL SERVICE OF PROCESS - CAPITOLA, CA | 108.00 |

DUE AND PAYABLE UPON RECEIPT          **Invoice Total:**          **$108.00**



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date: 11/21/07

| | |
|---|---|
| Inv #:  JP78566 | Case No.: C07 05535 (JF) (HRL) |
| SP#: | Court : U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE |
| Client Code: HO50 | Plaintiff : DESPINA ASVESTA |

HOOVER & BECHTEL, LLP
1570 THE ALAMEDA, SUITE 101
SAN JOSE, CA 95126
Attn: ANGIE PRUDENCIO
Atty: RENEE DAY, ESQ.

Defendant : GEORGE PETROUTSAS

Ref. No.: 0675

DOCUMENT(S): GO TO U.S.D.C. SAN JOSE IMMEDIATELY AND RESEARCH THE CASE FILE. OBTAIN PROOF THAT THE RESPONDENT (PETROUTSAS) HAS ACCESSED AND REVIEWED THE CASE FILE BETWEEN THE DATES OF 11/08/07 - 11/16/07. IF THERE IS A "SIGN IN" SHEET, OBTAIN A COPY OF IT. AS THE CLIENT WAS STATUSED OF OUR PROGESS, THE CLIENT REQUESTED THAT CERTAIN QUESTIONS BE ASKED OF THE COURT CLERK(S) RE: A POSSIBILITY OF A U.S. MARSHALL SEEING THIS SUBJECT VIEW THE FILE. THE CLIENT ALSO REQUESTED A COPY OF THE SERVICE NOTES (PARTICULARLY THE NON-SERVICE MADE BY DEPUTY U.S.M. TIM SNOBAR). WE MAINTAINED CONTINUAL CONTACT WITH THE CLIENT.

REPORT:  Client requests Rush handling ; Research & Copy: ** 11/21/2007 @ 10:58AM - ALL RESEARCH AND ASSIGNMENT TASKS WERE PERFORMED TO THE CLIENT'S SPECIFICATIONS. COPIES WERE OBTAINED ACCORDING TO THE CLIENT'S REQUEST. THE CLIENT WAS UPDATED WITH ALL SPECIFIC DETAILS. ; 11/21/2007 @ 11:25AM - ALL COPIES OBTAINED WERE RETURNED TO THE CLIENT'S OFICE. - Completed on: 11/21/2007 @ 10:58AM; Declaration(s) re service returned to client on: 11/21/2007

| FEES AND COSTS: | | | |
|---|---|---|---|
| | 1 | SPECIAL COURT SERVICE - U.S.D.C. SAN JOSE | 38.00 |
| | 1 | RUSH CHARGE | 15.00 |
| | 2 | (TOTAL) RESEARCH / COURT / LOCATION TIME ($45/HR) | 90.00 |
| | 1 | SAME DAY RETURN - SAN JOSE LOCAL (NOMINAL FEE) | 17.00 |



| | |
|---|---|
| Copies | |
| **Fee Advance** | 6.00 |
| **Fee Advance Charge** | 0.60 |

DUE AND PAYABLE UPON RECEIPT          **Invoice Total:**          **$166.60**



County Legal & Notary Service
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax  (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date:  11/14/07

| | |
|---|---|
| Inv #:    JP78331 | Case No.: C07 05535 (JF) (HRL) |
| SP#: | Court : U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE |
| Client Code: HO50 | Petitioner : DESPINA ASVESTA |

HOOVER & BECHTEL, LLP
1570 THE ALAMEDA, SUITE 101
SAN JOSE, CA 95126
Attn: ANGIE PRUDENCIO
Atty: RENEE C. DAY, ESQ.

Respondent GEORGE PETROUTSAS

Ref. No.: 0675

DOCUMENT(S):  SEE ATTACHED COVER PAGES FOR A LIST OF DOCUMENTS SERVED

REPORT:  Pick up: AT CLIENT'S OFFICE; Client requests Rush handling ; Service on: MITCHELL A. PAGE, ESQ., (B): 605 CENTER STREET, SANTA CRUZ, CA 95060-3804 - Completed at Business on: 11/14/2007 @ 3:47PM; Declaration (s) re service returned to client on: 11/14/2007

| FEES AND COSTS: | 1 | PICK UP (NO CHARGE) | 0.00 |
|---|---|---|---|
| | 1 | SPECIAL SERVICE OF PROCESS - SANTA CRUZ, CA | 107.00 |
| | 1 | RUSH CHARGE | 25.00 |

DUE AND PAYABLE UPON RECEIPT        **Invoice Total:**        **$132.00**



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date: **11/15/07**

| | |
|---|---|
| Inv #:    JP78370 | Case No.: C07 05535 (JF) (HRL) |
| SP#: | Court : U.S. DISTRICT COURT, NORTHERN |
| Client Code: HO50 | DISTRICT OF CALIFORNIA - SAN JOSE |
| | Plaintiff : DESPINA ASVESTA |

HOOVER & BECHTEL, LLP
1570 THE ALAMEDA, SUITE 101
SAN JOSE, CA 95126
Attn: ANGIE PRUDENCIO
Atty: RENEE C. DAY, ESQ.
DOCUMENT(S):  SEE ATTACHED DOCUMENT LIST

Defendant : GEORGE PETROUTSAS

Ref. No.: 0675

REPORT:  Pick up: AT CLIENT'S OFFICE; Client requests Rush handling ; Service on: GEORGE PETROUTSAS, (H): 300 PLUM STREET, SPACE 69, CAPITOLA, CA 95010 ** 11/15/2007 @ 1:30PM - CLIENT TELEPHONED REQUEST TO OUR OFFICE. THE DOCUMENTS MUST BE PICKED UP IMMEDIATELY.; 11/15/2007 @ 1:57PM - WE PICKED UP THE DOCUMENTS FROM THE CLIENT'S OFFICE. PER THE CLIENT, **PERSONAL SERVICE ONLY.** SERVE TODAY AND PREPARE POS ASAP AND FAX TO CLIENT BY 8:00 A.M. TOMORROW. THE CLIENT HAS A HEARING TOMORROW MORNING AT 9:00 A.M.; 11/15/2007 - WE IMMEDIATELY PROCEEDED TOWARDS 44421 GORDON LANE, MENDOCINO, CA 95460-9590.; 11/15/2007 @ 3:31PM - PER CLIENT, CANCEL SERVICE AND HAVE THE PROCESS SERVER RETURN TO SAN JOSE. ; 11/15/2007 @ 3:42PM - PER CLIENT, SERVE AT 300 PLUM STREET, #69, CAPITOLA, CA. LEAVE IT NEAR THE MAIL BOX OR A CONSPICUOUS PLACE IF NO ONE IS HOME.; 11/15/2007 @ 5:49PM (H) - DOCUMENTS LEFT UP AGAINST THE MAIL BOX.  THIS IS A MOBILE HOME AND THERE WAS NO ONE HOME.; 11/15/2007 @ 11:18PM - POS FAXED TO THE CLIENT. - Completed at Home on: 11/15/2007 @ 5:49PM; Declaration(s) re service returned to client on: 11/15/2007

| FEES AND COSTS: | | | |
|---|---|---|---|
| | 1 | PICK UP (NO CHARGE) | 0.00 |
| | 73 | SPECIAL SERVICE OF PROCESS - 73 MILES OUT (MENDOCINO) ($.75/MILE) | 54.75 |
| | 1 | RUSH CHARGE | 25.00 |
| | 73 | ROUND TRIP RETURN TO SAN JOSE (73 MILES) ($.75/MILE) | 54.75 |
| | 1 | SPECIAL SERVICE / COURIER - CAPITOLA, CA (DIRECT) | 117.00 |
| | 1 | RUSH CHARGE | 25.00 |
| | 1 | DIRECT RETURN FOR POS SIGNATURE - CAPITOLA, CA TO SAN JOSE, CA | 117.00 |
| | 1 | RUSH / AFTER HOURS POS DOCUMENT CREATION (NO CHARGE) | 0.00 |

POSTED

DUE AND PAYABLE UPON RECEIPT          **Invoice Total:**          **$393.50**

# EXHIBIT

# C

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO:  20070074

**MAKE CHECKS PAYABLE TO:**

Renee Day
Hoover & Betchel, LLP
1570 The Alameda, STE 101
San Jose, CA 95126

Phone:   (408) 947-7600

renee@hoover-betchel.com

SUMMER CLANTON
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113
Phone:   (408) 288-6150

Summer_Clanton@cand.uscourts.gov

| CRIMINAL | ☒ CIVIL | DATE ORDERED: 12-18-2007 | DATE DELIVERED: 12-22-2007 |
|---|---|---|---|

**Case Style:** CV-07-5535-JF/HRL, Despina Asvesta v George Petroutsas
12/17/07 Hearing before Judge Fogel.   Original Copy plus Email Copy.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 181 | 4.85 | 877.85 | 181 | 0.90 | 162.90 | | | | 1,040.75 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 1,040.75 |
| | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $1,040.75 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 12-22-2007 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AO 44
(Rev. 12/89) ⊕

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### INVOICE NO.  121707

| Attn:  Angie Prudencio | MAKE CHECK PAYABLE TO: |
|---|---|
| Renee C. Day, Esq.<br>Robert Hoover, Esq.<br>HOOVER & BECHTEL, LLP<br>1570 The Alameda, Suite 101<br>San Jose, CA  95126<br><br>Tel:  408-947-7600<br>Fax:  408-947-7603 | Jana Ridenour, CSR<br>PO Box 720902<br>San Jose, CA  95172<br><br>Phone:  408-390-7935<br>Tax ID:  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<br><br>rpr3xcsr@juno.com |

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED  12-19-07 | DATE COMPLETED  12-26-07 |
|---|---|---|

Transcript of Afternoon Proceedings before The Honorable Jeremy Fogel,
held 12-17-07, Despina Asvesta v. George Petroutsas, (Pages 183-298),
Case No. CV-07-5535-JF/HRL

Original filed with Court Clerk:  12-27-07   (e-transcript sent 12-26-07)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 114 | 4.85 | 552.90 | 114 | .90 | 102.60 | 114 | .60 | 68.40 | $ 723.90 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Charges:  Certified copy mailed by acct. of Hoover & Bechtel | -0- |
|---|---|
| TOTAL | $ 723.90 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| TAX (If Applicable) | |
| LESS AMOUNT OF DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | $ 723.90 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example,  if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE  *Jana L. Ridenour, CSR # 9302* | DATE  12-28-07 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed.)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO:   20070081

Stephen Cullen
Miles & Stockbridge P.C.
One West Pennsylvania Av, STE 900
Towson, MD 21204

Phone:   (410) 823-8140

scullen@milesstockbridge.com

**MAKE CHECKS PAYABLE TO:**

SUMMER CLANTON
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone:    (408) 288-6150

Summer_Clanton@cand.uscourts.gov

*Debbie Pay directly an Asvesta.*

| | | |
|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 01-16-2008 | DATE DELIVERED: 01-17-2008 |

Case Style:  CV-07-5535-JF/HRL, Asvesta v Petroutsas
Hearing before Judge Fogel on 1/16/08

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 21 | 4.85 | 101.85 | | | | | | | 101.85 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 101.85 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:**          **Amt:** | TOTAL DUE: | $101.85 |

## ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
   I certify that the transcript fees  charged  and  page  format  used  comply  with the requirements of this court and the udicial Conference of the United States.

| SIGNATURE | DATE 01-17-2008 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

AO 44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO:  20070083

**—MAKE CHECKS PAYABLE TO:—**

Stephen Cullen
Miles & Stockbridge P.C.
One West Pennsylvania Av, STE 900
Towson, MD 21204

Phone:  (410) 823-8140

scullen@milesstockbridge.com

SUMMER CLANTON
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone:   (408) 288-6150

Summer_Clanton@cand.uscourts.gov

| | | DATE ORDERED: | | DATE DELIVERED: | |
|---|---|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | | 01-17-2008 | | 01-22-2008 |

**Case Style:** CV-07-5535-JF/HRL, Asvesta v Petroutsas
Hearing before Judge Fogel on 1/17/08

*Pay directly*

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 13 | 4.85 | 63.05 | | | | | | | 63.05 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc.  Shipping | |
|---|---|
| MISC. CHARGES: | 13.60 |
| TOTAL: | 76.65 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |

RECEIVED
JAN 22 2008
MILES & STOCKBRIDGE P.C.
TOWSON OFFICE (SJC)

| Date Paid: | Amt: | TOTAL DUE: | $76.65 |
|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | | DATE | |
|---|---|---|---|
| | | | 01-18-2008 |

*(All previous editions of this form are
cancelled and should be destroyed)*

# EXHIBIT

# D

**ΥΠΟΥΡΓΕΙΟ ΕΞΩΤΕΡΙΚΩΝ**
**ΣΤ΄ ΓΕΝ. ΔΙΕΥΘΥΝΣΗ**
**ΜΕΤΑΦΡΑΣΤΙΚΗ ΥΠΗΡΕΣΙΑ**
**ΑΡΙΩΝΟΣ 10 - ΨΥΡΡΗ**
**ΑΘΗΝΑ**

*ΠΡΟΣΟΧΗ: Η παρούσα πρέπει απαραιτήτως να προσκομίζεται κατά την παραλαβή.* Σημειώνεται ότι ο τελικός προσδιορισμός των οφειλομένων μεταφραστικών τελών θα γίνει κατά την παραλαβή των μεταφράσεων *ΩΡΕΣ ΣΥΝΑΛΛΑΓΗΣ με το Κοινό 9 π.μ. - 13 μ.μ.*

Λ.

Τηλ.: Δυτικοευρωπαϊκών & Αραβικών - γλωσσών, Τουρκικής.: 210-3285 723, 725, 726, 729, 730
Τηλ.: Αγγλικής γλώσσας.: 210-3285 731, 732, 734, 735, 736, 738, 740, 741
Τηλ.: Αλβανικά - Ανατολικοευρωπαϊκές γλώσσες: 210-3285 743, 744, 747, 748, 751

Μεταφραστής: Dr. ml / Kα ταβαντση    210 - 9966875

**ΑΠΟΔΕΙΞΗ  ΕΥΡΩ:100**

Ελήφθησαν από τ......................

Ευρώ.........εκατο...........    31 ΙΟΥΛ 2007

Για μετάφραση..............    Ηλ/Νία:............
..........................100

Ημερομηνία παραλαβής
Αθήνα, 31/7............ 2007    Αθήνα, ............27/7............ 2007
**Ο Παραλαβών** 10:00    **Ο Λαβών**

№ 111800

---

**ΥΠΟΥΡΓΕΙΟ ΕΞΩΤΕΡΙΚΩΝ**
**ΣΤ΄ ΓΕΝ. ΔΙΕΥΘΥΝΣΗ**
**ΜΕΤΑΦΡΑΣΤΙΚΗ ΥΠΗΡΕΣΙΑ**
**ΑΡΙΩΝΟΣ 10 - ΨΥΡΡΗ**
**ΑΘΗΝΑ**

*ΠΡΟΣΟΧΗ: Η παρούσα πρέπει απαραιτήτως να προσκομίζεται κατά την παραλαβή.* Σημειώνεται ότι ο τελικός προσδιορισμός των οφειλομένων μεταφραστικών τελών θα γίνει κατά την παραλαβή των μεταφράσεων *ΩΡΕΣ ΣΥΝΑΛΛΑΓΗΣ με το Κοινό 9 π.μ. - 13 μ.μ.*

Τηλ.: Δυτικοευρωπαϊκών & Αραβικών - γλωσσών, Τουρκικής.: 210-3285 723, 725, 726, 729, 730
Τηλ.: Αγγλικής γλώσσας.: 210-3285 731, 732, 734, 735, 736, 738, 740, 741
Τηλ.: Αλβανικά - Ανατολικοευρωπαϊκές γλώσσες: 210-3285 743, 744, 747, 748, 751

Μεταφραστής: Ταχτση    110514

**ΑΠΟΔΕΙΞΗ  ΕΥΡΩ: 200**

Ελήφθησαν από τ.......................

Ευρώ...Τετρακοσια...    ..............................

Για μετάφραση..................    31/7

Ημερομηνία παραλαβής    Αθήνα, ...................... 2007

Αθήνα, .................2007    **Ο Λαβών**
**Ο Παραλαβών**

№ 112634

**ΥΠΟΥΡΓΕΙΟ ΕΞΩΤΕΡΙΚΩΝ**
**ΣΤ΄ ΓΕΝ. ΔΙΕΥΘΥΝΣΗ**
**ΜΕΤΑΦΡΑΣΤΙΚΗ ΥΠΗΡΕΣΙΑ**
**ΑΡΙΩΝΟΣ 10 - ΨΥΡΡΗ**
**ΑΘΗΝΑ**

*ΠΡΟΣΟΧΗ: Η παρούσα πρέπει απαραιτήτως να προσκομίζεται κατά την παραλαβή. Σημειώνεται ότι ο τελικός προσδιορισμός των οφειλομένων μεταφραστικών τελών θα γίνει κατά την παραλαβή των μεταφράσεων ΩΡΕΣ ΣΥΝΑΛΛΑΓΗΣ με το Κοινό 9 π.μ. - 13 μ.μ.*

Τηλ.: Δυτικοευρωπαϊκών & Αραβικών - γλωσσών, Τουρκικής: 210-3285 723, 725, 728, 729, 730
Τηλ.: Αγγλικής γλώσσας: 210-3285 731, 732, 734, 735, 736, 738, 740, 741
Τηλ.: Αλβανικά - Ανατολικοευρωπαϊκές γλώσσες: 210-3285 743, 744, 747, 748, 751

Μεταφραστής:

ΑΠΟΔΕΙΞΗ ΕΥΡΩ:

Ελήφθησαν

Ευρώ

Για μετάφραση

Ημερομηνία παραλαβής

Αθήνα, ......................... 2007

**Ο Παραλαβών**

Αθήνα, ......................... 02/08 ......................... 2007

**Ο Λαβών**

Νο 113859

---

**ΥΠΟΥΡΓΕΙΟ ΕΞΩΤΕΡΙΚΩΝ**
**ΣΤ΄ ΓΕΝ. ΔΙΕΥΘΥΝΣΗ**
**ΜΕΤΑΦΡΑΣΤΙΚΗ ΥΠΗΡΕΣΙΑ**
**ΑΡΙΩΝΟΣ 10 - ΨΥΡΡΗ**
**ΑΘΗΝΑ**

*ΠΡΟΣΟΧΗ: Η παρούσα πρέπει απαραιτήτως να προσκομίζεται κατά την παραλαβή. Σημειώνεται ότι ο τελικός προσδιορισμός των οφειλομένων μεταφραστικών τελών θα γίνει κατά την παραλαβή των μεταφράσεων ΩΡΕΣ ΣΥΝΑΛΛΑΓΗΣ με το Κοινό 9 π.μ. - 13 μ.μ.*

Τηλ.: Δυτικοευρωπαϊκών & Αραβικών - γλωσσών, Τουρκικής: 210-3285 723, 725, 726, 729, 730
Τηλ.: Αγγλικής γλώσσας: 210-3285 731, 732, 734, 735, 736, 738, 740, 741
Τηλ.: Αλβανικά - Ανατολικοευρωπαϊκές γλώσσες: 210-3285 743, 744, 747, 748, 751

Μεταφραστής:

ΑΠΟΔΕΙΞΗ ΕΥΡΩ:

Ελήφθησαν από τ.

Ευρώ

Για μετάφραση

Ημερομηνία παραλαβής

Αθήνα, ......................... 2007

**Ο Παραλαβών**

Αθήνα, ......................... 30/07 ......................... 2007

**Ο Λαβών**

Νο 112514

**ΥΠΟΥΡΓΕΙΟ ΕΞΩΤΕΡΙΚΩΝ**
**ΣΤ΄ ΓΕΝ. ΔΙΕΥΘΥΝΣΗ**
**ΜΕΤΑΦΡΑΣΤΙΚΗ ΥΠΗΡΕΣΙΑ**
**ΑΡΙΩΝΟΣ 10 - ΨΥΡΡΗ**
**ΑΘΗΝΑ**

*ΠΡΟΣΟΧΗ: Η παρούσα πρέπει απαραιτήτως να προσκομίζεται κατά την παραλαβή. Σημειώνεται ότι ο τελικός προσδιορισμός των οφειλομένων μεταφραστικών τελών θα γίνει κατά την παραλαβή των μεταφράσεων ΩΡΕΣ ΣΥΝΑΛΛΑΓΗΣ με το Κοινό 9 π.μ. - 13 μ.μ.*

Jν.

Τηλ.: Δυτικοευρωπαϊκών & Αραβικών - γλωσσών, Τουρκικής.: 210-3285 723, 725, 726, 729, 730
Τηλ.: Αγγλικής γλώσσας.: 210-3285 731, 732, 734, 735, 736, 738, 740, 741
Τηλ.: Αλβανικά - Ανατολικοευρωπαϊκές γλώσσες.: 210-3285 743, 744, 747, 748, 751

Μεταφραστής:

**ΑΠΟΔΕΙΞΗ  ΕΥΡΩ:** 300

ΠΑΡΕΛΗΦΘΗ

Ελήφθησαν από τ.

Ευρώ

Για μετάφραση

Ημερομηνία παραλαβής

Αθήνα, ................... 2007

**Ο Παραλαβών**

Αθήνα, ................... 2007

**Ο Λαβών**

№ 117462

---

**ΥΠΟΥΡΓΕΙΟ ΕΞΩΤΕΡΙΚΩΝ**
**ΣΤ΄ ΓΕΝ. ΔΙΕΥΘΥΝΣΗ**
**ΜΕΤΑΦΡΑΣΤΙΚΗ ΥΠΗΡΕΣΙΑ**
**ΑΡΙΩΝΟΣ 10 - ΨΥΡΡΗ**
**ΑΘΗΝΑ**

*ΠΡΟΣΟΧΗ: Η παρούσα πρέπει απαραιτήτως να προσκομίζεται κατά την παραλαβή. Σημειώνεται ότι ο τελικός προσδιορισμός των οφειλομένων μεταφραστικών τελών θα γίνει κατά την παραλαβή των μεταφράσεων ΩΡΕΣ ΣΥΝΑΛΛΑΓΗΣ με το Κοινό 9 π.μ. - 13 μ.μ.*

Τηλ.: Δυτικοευρωπαϊκών & Αραβικών - γλωσσών, Τουρκικής.: 210-3285 723, 725, 726, 729, 730
Τηλ.: Αγγλικής γλώσσας.: 210-3285 731, 732, 734, 735, 736, 738, 740, 741
Τηλ.: Αλβανικά - Ανατολικοευρωπαϊκές γλώσσες.: 210-3285 743, 744, 747, 748, 751

Μεταφραστής:                 № 117462

**ΑΠΟΔΕΙΞΗ  ΕΥΡΩ:** 240

ΠΑΡΕΛΗΦΘΗ

Ελήφθησαν από τ.                    Ημ/νία: 05 ΣΕΠ. 2007

Ευρώ

Για μετάφραση

Ημερομηνία παραλαβής

Αθήνα, ................... 2007      Αθήνα, 03/09 2007

**Ο Παραλαβών**                **Ο Λαβών**

№ 126010

ΥΠΟΥΡΓΕΙΟ ΕΞΩΤΕΡΙΚΩΝ
ΣΤ΄ ΓΕΝ. ΔΙΕΥΘΥΝΣΗ
ΜΕΤΑΦΡΑΣΤΙΚΗ ΥΠΗΡΕΣΙΑ
ΑΡΙΩΝΟΣ 10 - ΨΥΡΡΗ
ΑΘΗΝΑ

**ΠΡΟΣΟΧΗ:** *Η παρούσα πρέπει απαραιτήτως να προσκομίζεται κατά την παραλαβή.* Σημειώνεται ότι ο τελικός προσδιορισμός των οφειλομένων μεταφραστικών τελών θα γίνει κατά την παραλαβή των μεταφράσεων *ΩΡΕΣ ΣΥΝΑΛΛΑΓΗΣ με το Κοινό  9 π.μ. - 13 μ.μ.*

Τηλ.: Δυτικοευρωπαϊκών & Αραβικών - γλωσσών, Τουρκικής: 210-3285 723, 725, 726, 729, 730
Τηλ.: Αγγλικής γλώσσας: 210-3285 731, 732, 734, 735, 736, 738, 740, 741
Τηλ.: Αλβανικά - Ανατολικοευρωπαϊκές γλώσσες: 210-3285 743, 744, 747, 748, 751

Μεταφραστής:...........................

№

## ΑΠΟΔΕΙΞΗ   ΕΥΡΩ: 400

Ελήφθησαν από τ...........................

Ευρώ...........................

Για μετάφραση...........................

Ημερομηνία παραλαβής  29/10

Αθήνα, ........................... 2007

**Ο Παραλαβών**

Αθήνα, 10/9 ........................... 2007

**Ο Λαβών**

№ 130196

---

ΥΡΓΕΙΟ ΕΞΩΤΕΡΙΚΩΝ
Γ΄ ΓΕΝ. ΔΙΕΥΘΥΝΣΗ
ΑΦΡΑΣΤΙΚΗ ΥΠΗΡΕΣΙΑ
ΑΡΙΩΝΟΣ 10 - ΨΥΡΡΗ
ΑΘΗΝΑ

**ΠΡΟΣΟΧΗ:** *Η παρούσα πρέπει απαραιτήτως να προσκομίζεται κατά την παραλαβή.* Σημειώνεται ότι ο τελικός προσδιορισμός των οφειλομένων μεταφραστικών τελών θα γίνει κατά την παραλαβή των μεταφράσεων *ΩΡΕΣ ΣΥΝΑΛΛΑΓΗΣ με το Κοινό  9 π.μ. - 13 μ.μ.*

Δυτικοευρωπαϊκών & Αραβικών - γλωσσών, Τουρκικής: 210-3285 723, 725, 726, 729, 730
. Αγγλικής γλώσσας: 210-3285 731, 732, 734, 735, 736, 738, 740, 741
: Αλβανικά - Ανατολικοευρωπαϊκές γλώσσες: 210-3285 743, 744, 747, 748, 751

№ 175739.

ͺͺραστής:...........................

## ΑΠΟΔΕΙΞΗ  ΕΥΡΩ: 225

ΠΑΡΑΛΗΦΘΗ

ͺͺησαν από τ...........................

ͺͺφραση...........................

Ημερομηνία παραλαβής  2007

α, ........................... 2007

**Ο Παραλαβών**

Αθήνα, 07/19 ........................... 2007

**Ο Λαβών**

Δεληγιάννη Άννα

№ 176633

**ΥΠΟΥΡΓΕΙΟ ΕΞΩΤΕΡΙΚΩΝ**
**ΣΤ΄ ΓΕΝ. ΔΙΕΥΘΥΝΣΗ**
**ΜΕΤΑΦΡΑΣΤΙΚΗ ΥΠΗΡΕΣΙΑ**
**ΑΡΙΩΝΟΣ 10 - ΨΥΡΡΗ**
**ΑΘΗΝΑ**

*ΠΡΟΣΟΧΗ: Η παρούσα πρέπει απαραιτήτως να προσκομίζεται κατά την παραλαβή.*
Σημειώνεται ότι ο τελικός προσδιορισμός των οφειλομένων μεταφραστικών τελών θα γίνει κατά την παραλαβή των μεταφράσεων
*ΩΡΕΣ ΣΥΝΑΛΛΑΓΗΣ με το Κοινό 9 π.μ. - 13 μ.μ.*

Τηλ.: Δυτικοευρωπαϊκών & Αραβικών γλωσσών, Τουρκικής.: 210-3285 723, 725, 726, 729, 730
Τηλ.: Αγγλικής γλώσσας.: 210-3285 731, 732, 734, 735, 736, 738, 740, 741
Τηλ.: Αλβανικά - Ανατολικοευρωπαϊκές γλώσσες.: 210-3285 743, 744, 747, 748, 751

Μεταφραστής:.............................

ΑΠΟΔΕΙΞΗ ΕΥΡΩ: 50 †

Ελήφθησαν από τ ...........................................................
.........................................................................

Ευρώ......................
Για μετάφραση........... *Απ / Ελληνικα /*

Ημερομηνία παραλαβής ......4/2/ 2008          Αθήνα, ...... 29/1/...... 2008

Αθήνα, ............................ 2008          Ο Λαβών
      Ο Παραλαβών                                 Λιάκου ......

№ 14529

---

**ΥΠΟΥΡΓΕΙΟ ΕΞΩΤΕΡΙΚΩΝ**
**ΣΤ΄ ΓΕΝ. ΔΙΕΥΘΥΝΣΗ**
**ΜΕΤΑΦΡΑΣΤΙΚΗ ΥΠΗΡΕΣΙΑ**
**ΑΡΙΩΝΟΣ 10 - ΨΥΡΡΗ**
**ΑΘΗΝΑ**

*ΠΡΟΣΟΧΗ: Η παρούσα πρέπει απαραιτήτως να προσκομίζεται κατά την παραλαβή.*
Σημειώνεται ότι ο τελικός προσδιορισμός των οφειλομένων μεταφραστικών τελών θα γίνει κατά την παραλαβή των μεταφράσεων
*ΩΡΕΣ ΣΥΝΑΛΛΑΓΗΣ με το Κοινό 9 π.μ. - 13 μ.μ.*

Τηλ.: Δυτικοευρωπαϊκών & Αραβικών - γλωσσών, Τουρκικής.: 210-3285 723, 725, 726, 729, 730
Τηλ.: Αγγλικής γλώσσας.: 210-3285 731, 732, 734, 735, 736, 738, 740, 741
Τηλ.: Αλβανικά - Ανατολικοευρωπαϊκές γλώσσες.: 210-3285 743, 744, 747, 748, 751

Μεταφραστής:.............................

ΑΠΟΔΕΙΞΗ ΕΥΡΩ: 300 †

Ελήφθησαν από τ ........................ ΠΑΡΕΛΗΦΘΗ

Ευρώ...... *Τριακοσια*
Για μετάφραση...........

Ημερομηνία παραλαβής ......4/12          Αθήνα, ...... 5/12/...... 2007

Αθήνα, ............................ 2007          Ο Λαβών
      Ο Παραλαβών
      13:30                                      № 175139



## ΗΜΕΡΟΛΟΓΙΟ ΕΜΒΟΛΙΑΣΜΩΝ[1]

| Εμβόλιο | 1η δόση | 2η δόση | 3η δόση | 4η δόση | 5η δόση | 6η δόση[3] | Παρατηρήσεις |
|---|---|---|---|---|---|---|---|
| Διφθερίτιδος Τετάνου Κοκύτη (DTP ή DTaP) | 5/00/2/8/05 | 18/8/05 | 2/2/06 | φερ/φ 15/12/2006 | 15/12/2006 | Μεινωρμέτ A' 14/2/06 B' 18/11/06 | |
| Πολιομυελίτιδος (Polio) | 18/8/2005 | 19/9/2005 | ιδιο 2/2/06 | | ✕ | Α' 14/2/06 B' 18/4/06 | |
| Αιμοφίλου της ινφλουέντζας - b (Hib) | 18/8/05 | 19/9/05 | 2/2/06 | | ✕ | Α' 14/5/07 B' 2/4/06 Γ' | |
| Ηπατίτιδος Β (HepB) | 20/4/05 | 13/9/05 | 2/2/06 | | | A' 14/2/06 Γ' 14/5/07 Β' | |
| Ιλαράς Παρωτίτιδος Ερυθράς (MMR) | μΥ'/ιλ. 26/8/06 | 4-67 | | | | Γ' 15/10/7 | |
| Φυματίνη (Mantoux)[2] | | | | PCV (Pneumat) Pneumo-23 19/3/05 PCV 18/7/05 | | ΑΛΛΑ ΕΜΒΟΛΙΑ A' A' B' B' | |
| Φυματίωσης (BCG) | | | | | | νατι νάς 13/11/06 6×η | |

18   19

1) Όταν γίνεται εμβολιασμός, σημειώνεται ημερομηνία-τρέχουσα-επιγραφή-εφεστώσα-κατατρο
2) Σημειώνεται και το αποτέλεσμα της φυματικής δοκιμασίας

3) 6η δόση γίνεται για Τέτανο και Διφθερίτιδα με τη μορφή του "Διπλού εμβολίου ενηλίκων".