B J Fadem, Esquire, Bar #118819
LAW OFFICES OF B J FADEM, APC
255 N. Market Street, Suite 210
San Jose, California 95110
408-280-1220 (voice)
408-292-4100 (fax)
fademlaw@sbcglobal.net

FILED

2008 FEB -8 P 1:19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

    Petitioner

v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

    Respondent

Case No.   C 07 05535 JF

OBJECTION TO BILL
OF COSTS

RESPONDENT HEREBY OBJECTS TO PETITIONER'S BILL OF COSTS AS FOLLOWS:

1. Specifically with regard to the costs for translation – costs specifically prohibited by statute; and

2. All costs pursuant to the discretion of the Court.

3. Pursuant to the local rules, a meet and confer has not been able to be scheduled until Monday, February 11, 2008 due to counsels' calendars.

Dated: 2/8/08

                           /s/
                       B J Fadem