# PROOF OF SERVICE    FILED

TITLE OF CASE: DESPINA ASVESTA VS. GEORGE PETROUTSAS
CASE NUMBER: C-07-05535 JF/HRL

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

I am employed in the County of Santa Clara, State of California, over the age of eighteen years, and am not a party to the within entitled action: my business address is: JAMES SQUARE - 255 North Market Street, Suite 210, San Jose, California 95113.

On February 8, 2008, I served the foregoing document(s) described as OBJECTION TO BILL OF COSTS on concerned parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

[XX] BY MAIL. I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Jose, California. Executed on February 8, 2008 2/8/08, at San Jose, California.

>   RENEE DAY, ESQ.
>   HOOVER & BETCHEL, L.L.P.
>   THE GARDEN ALAMEDA
>   1570 THE ALAMEDA, SUITE 101
>   SAN JOSE, CA 95126

[XX] BY FACSIMILE

>   RENEE DAY, ESQ.
>   HOOVER & BETCHEL, L.L.P.
>   FAX #: 408-947-7603

[] BY PERSONAL SERVICE: I caused such document(s) to be delivered to __ at the address listed below. Executed February 8, 2008.

[xx] STATE: I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

[XX] FEDERAL: I declare that I am employed in this office of a member of the Bar of this Court at whose direction the service was made.

Dated: 2/8/2008

MICHELLE SANCHEZ

```
                        ********************
                        ***   TX REPORT   ***
                        ********************

        TRANSMISSION OK

        TX/RX NO                0142
        CONNECTION TEL          14089477603
        SUBADDRESS
        CONNECTION ID
        ST. TIME                02/08 12:33
        USAGE T                 00'59
        PGS. SENT               2
        RESULT                  OK
```

## PROOF OF SERVICE FILED

TITLE OF CASE: DESPINA ASVESTA VS. GEORGE PETROUTSAS
CASE NUMBER: C-07-05535 JF/HRL

RICHARD W. WIEKING
CLERK

I am employed in the County of Santa Clara, State of California, over the age of eighteen years, and am not a party to the within entitled action: my business address is: JAMES SQUARE - 255 North Market Street, Suite 210, San Jose, California 95113.

On February 8, 2008, I served the foregoing document(s) described as OBJECTION TO BILL OF COSTS on concerned parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

[XX]  BY MAIL. I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Jose, California. Executed on February 8, 2008 2/8/08, at San Jose, California.

>   STEPHEN CULLEN
>   KELLY POWERS
>   MILES & STOCKBRIDGE
>   ONE WEST PENNSYLVANIA AVENUE, SUITE 900
>   TOWSON, MD 21204-5076

[XX]  BY FACSIMILE

>   STEPHEN CULLEN
>   KELLY POWERS
>   MILES & STOCKBRIDGE
>   410-823-8123

[]  BY PERSONAL SERVICE: I caused such document(s) to be delivered to __ at the address listed below. Executed February 8, 2008.

[xx]  STATE: I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

[xx]  FEDERAL: I declare that I am employed in this office of a member of the Bar of this Court at whose direction the service was made.

Dated: 2/8/2008

_____
MICHELLE SANCHEZ

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

TRANSMISSION OK

TX/RX NO                  0141
CONNECTION TEL            0430426080397353500
SUBADDRESS
CONNECTION ID
ST. TIME                  02/08 12:31
USAGE T                   00'45
PGS. SENT                     2
RESULT                    OK
```