Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Robert L. Hoover, Esquire Bar # 30684
Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com
robert@hoover-betchel.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

      Petitioner,

v.                                                                                     Case No.  C-07-05535 JF

GEORGE PETROUTSAS,

      Respondent.

_____/

### PETITIONER'S FIRST[1] ADVISORY MOTION REGARDING GREEK PROCEEDINGS

Petitioner, Despina Asvesta, by and through her undersigned attorneys, hereby files this Petitioner's Advisory Motion Regarding Greek Proceedings relating to certain pending criminal charges against the Respondent, George Petroutsas, in Greece, and states as follows:

    1.     On January 17, 2008, this Court issued an Order Directing Return of Minor Child to Country of Habitual Residence and Immediate Stay Pending Appeal.

    2.     On January 22, 2008, this Court issued an Order for Child Access During the Period of Immediate Stay Pending Appeal of This Court's Order Directing Return of Minor

---

[1] Petitioner is still in the process of attempting to use her best efforts to impact the pending Greek kidnapping charges and will advise the Court separately in a timely manner regarding her progress in connection with these charges.

1

Child to Country of Habitual Residence (the "Access Order"), ordering the Petitioner to use her best efforts to have the Greek criminal firearms, check card fraud and kidnapping charges currently pending against the Father in Greece dismissed.

3. Upon her return to Greece after the evidentiary hearing in this matter, as required by this Court's Access Order, Petitioner immediately contacted the Greek Police, Security Department of Attica.

4. On February 5, 2008, the Greek Police, Security Department of Attica issued a Certificate to the Petitioner. The Certificate establishes that pursuant to the Greek Penal Code Article 386 as to fraud and Law 2168/93 as to weapons and explosives, such crimes are prosecuted ex officio. A copy of the said Certificate is attached hereto and incorporated herein as **Exhibit A**.

5. Criminal charges in Greece that are prosecuted ex officio may not be recalled by the complaining witness or any other party because they are prosecuted solely by the state. A copy of the Affidavit of Greek Attorney Regarding Greek Criminal Charges is attached hereto and incorporated herein as **Exhibit B**.

6. Despite Petitioner's best efforts, she can not prevent criminal charges in Greece against the Respondent for fraud, weapons and explosives from proceeding at the sole direction of the Greek state. See **Exhibit B**.

        Respectfully Submitted,
        __/S/_____
        Renee C. Day, Esquire
        Hoover & Bechtel, L.L.P.
        The Garden Alameda
        1570 The Alameda, Suite 101
        San Jose, California 95126
        (408) 947-7600
        (408) 947-7603 (fax)
        renee@hoover-bechtel.com

\_\_\_/S/_____
Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

*Attorneys for Petitioner*