# EXHIBIT

# A

ΕΠΙΣΗΜΗ ΜΕΤΑΦΡΑΣΗ    TRADUCTION OFFICIELLE    OFFICIAL TRANSLATION

No.: 16990 -1/1

HELLENIC REPUBLIC
GREEK POLICE
SECURITY DEPARTMENT OF ATTICA
SECURITY SUB-DIRECTORATE OF WEST ATTICA
POLICE DEPARTMENT OF AGHIA VARVARA
St. Sarafi 10, Postcode: 12351 Aghia Varvara
Tel.: 210-5612818
Ref. no.: 1047/2/9-Θ

## CERTIFICATE

This is to certify that according to the Greek Legislation, the violations of a) **ARTICLE 386 OF THE PENAL CODE «FRAUD»** and b) **LAW 2168/93 «ON WEAPONS AND EXPLOSIVES»** are prosecuted ex officio.

This certificate is issued to **Despina ASVESTA**, father's name: **Georgios**, upon her request, in order to be used by a foreign Court of Justice.

Aghia Varvara, 5 Feb. 2008
The Commanding Officer
Panagiotis Kasselakis
Police Officer A'
(signature - seal)

Accurate Translation of the attached Greek document
Athens,   6/02/2008
The Translator
Aliki Assimacopoulos

ΕΛΛΗΝΙΚΗ ΔΗΜΟΚΡΑΤΙΑ, ΥΠΟΥΡΓΕΙΟ ΕΞΩΤΕΡΙΚΩΝ
ΜΕΤΑΦΡΑΣΤΙΚΗ ΥΠΗΡΕΣΙΑ
REPUBLIQUE HELLENIQUE , MINISTERE DES AFFAIRES ETRANGERES
SERVICE DE TRADUCTION

# EXHIBIT

# B

Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Robert L. Hoover, Esquire Bar # 30684
Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com
robert@hoover-betchel.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,

    Petitioner,

v.                                  Case No. C-07-05535 JF

GEORGE PETROUTSAS,

    Respondent.

_____/

### AFFIDAVIT OF GREEK ATTORNEY
### REGARDING GREEK CRIMINAL CHARGES

I, Joseph-Dimitrios E. Paraschos, Esquire, hereby depose and say as follows:

1.    I am over the age of eighteen (18), I am competent to be a witness, and I have personal knowledge of the facts and matters stated in this Affidavit.

2.    I am a lawyer in good standing in Greece.

3.    I am qualified to interpret the laws of Greece.

4.    Pursuant to the Greek Penal Code Article 386 as to fraud and Law 2168/93 as to weapons and explosives, these crimes are prosecuted ex officio.

5.    Criminal charges in Greece that are prosecuted ex officio may not be recalled by the

complaining witness or any other party because they are prosecuted by the state.

6. Based on my education, training, legal expertise and legal experience, I hold the opinion to a reasonable degree of legal certainty that despite Petitioner's best efforts, she can not prevent or interfere with criminal charges in Greece against the Respondent for fraud and weapons from proceeding at the direction of the Greek state.

7. I hereby certify that I fluently speak, read and write the English language.

I HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE OF THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.

_____
Joseph-Dimitrios R. Paraschos, Esquire

Affidavit of Greek Attorney
Regarding Greek Criminal Charges