| | |
|---|---|
| Stephen J. Cullen, Esquire<br>*pro hac vice*<br>Kelly A. Powers, Esquire<br>*pro hac vice*<br>Miles & Stockbridge P.C.<br>One West Pennsylvania Avenue<br>Suite 900<br>Towson, Maryland 21204<br>(410) 821-6565<br>(410) 385-3709 (fax)<br>scullen@milesstockbridge.com<br>kpowers@milesstockbridge.com | Robert L. Hoover, Esquire Bar # 30684<br>Renee C. Day, Esquire, Bar # 221252<br>Hoover & Betchel, L.L.P.<br>The Garden Alameda<br>1570 The Alameda, Suite 101<br>San Jose, California 95126<br>(408) 947-7600<br>(408) 947-7603 (fax)<br>renee@hoover-betchel.com<br>robert@hoover-betchel.com |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,

      Petitioner,

v.                                                                              Case No. C-07-05535 JF

GEORGE PETROUTSAS,

      Respondent.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of February, 2008, a copy of the foregoing Petitioner's First Advisory Motion Regarding Greek Proceedings, along with Exhibits A-B, was served on BJ Fadem, Esquire, attorney for the Respondent, via e-mail at 5:15 p.m. Eastern Standard Time to: fademlaw@sbcglobal.net.

                                       __/S/_____
                                       Kelly A. Powers, Esquire
                                       *pro hac vice*