## PROOF OF SERVICE FILED

TITLE OF CASE: DESPINA ASVESTA VS. GEORGE PETROUTSAS
CASE NUMBER: C-07-05535 JF/HRL

08 FEB 13 P 4: 27

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

I GEORGE A. PETROUTSAS, am a party to the within entitled action: my address is:
300 Plum St. # 69 Capitola, CA 95010

On February 13, 2008, I served the foregoing document(s) described as MOTION OF APPEAL; EMERGENCY MOTION UNDER CIRCUIT RULE 27-3; CIRCUIT RULE 27-3 CERTIFICATE; EMERGENCY REQUEST FOR IMMEDIATE STAY OF ORDER PENDING APPEAL on all concerned parties in this action by FACSIMILE AS Follows:

[ ]   BY MAIL. I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Jose, California. Executed on February 13, 2008 2/13/08, at San Jose, California.

[XX]  BY FACSIMILE

    RENEE DAY, ESQ.
    HOOVER & BETCHEL, L.L.P.
    THE GARDEN ALAMEDA
    1570 THE ALAMEDA, SUITE 101
    SAN JOSE, CA 95126
    FAX #: 408-947-7603

    KELLY A. POWERS
    STEVEN CULLEN
    MILES AND STOCKBRIDGE, P.C.
    ONE WEST PENNSYLVANIA AVENUE
    SUITE 900
    TOWNSON, MD 21204-5076
    FAX: 401-823-8123

[ ]   BY PERSONAL SERVICE: I caused such document(s) to be delivered to __ at the address listed below. Executed February 13, 2008.

[xx]  STATE: I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

[ ]   FEDERAL: I declare that I am employed in this office of a member of the Bar of this Court at whose direction the service was made.

Dated: 2/13/2008

_____
GEORGE A. PETROUTSAS