Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Robert L. Hoover, Esquire Bar # 30684
Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com
robert@hoover-betchel.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

      Petitioner,

v.                                                Case No. C-07-05535 JF

GEORGE PETROUTSAS,

      Respondent.
_____/

### PETITIONER'S ADVISORY MEMORANDUM REGARDING STATUS OF APPEAL

Petitioner, Despina Asvesta, by and through her undersigned attorneys, hereby files this Advisory Memorandum Regarding Status of Appeal, and states as follows:

1. On February 13, 2008, the Respondent filed a *pro se* Notice of Appeal in this Court. A copy of said Notice of Appeal and this Court's Notice of Appeal Notification Form are attached hereto and incorporated herein collectively as **Exhibit A**.

2. On February 13, 2008, Respondent filed a *pro se* "Emergency Motion Circuit Court Rule 27-3" in the Court of Appeals. A copy of said Motion is attached hereto as **Exhibit B**.

1

3. Respondent simultaneously filed a substantively identical *pro se* "Emergency Request for Immediate Stay of Order Pending Appeal in this Court." A copy of said Request is attached hereto and incorporated herein as **Exhibit C**.

4. On February 22, 2008, Petitioner filed a Response to Respondent's "Emergency Motion Circuit Court Rule 27-3" in the Court of Appeals for the Ninth Circuit. A copy of said Response is attached hereto and incorporated herein as **Exhibit D**.

5. This matter is now proceeding in the Court of Appeals for the Ninth Circuit. If this Court, however, decides to rule on Respondent's "Emergency Request for Immediate Stay of Order Pending Appeal" filed in this Court, Petitioner respectfully requests that her Response filed in the Court of Appeals for the Ninth Circuit and incorporated herein as **Exhibit D** be considered as a response to the Respondent's Request filed in this Court.

Respectfully Submitted,

\_\_/S/_____
Renee C. Day, Esquire
Hoover & Bechtel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-bechtel.com

/S/
Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

*Attorneys for Petitioner*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of February, 2008, a copy of the foregoing Advisory Memorandum Regarding Status of Appeal was sent via Federal Express to:

George A. Petroutsas
300 Plum Street, #69
Capitola, California 95010

*Pro se Respondent*

/S/
Kelly A. Powers

3