UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
AMENDED NOTICE OF APPEAL NOTIFICATION FORM

RECEIVED
KATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
FEB 2 1 2008
FILED_____
DOCKETED_____
DATE    INIT

Please Fill Out Completely

2008 FEB 26 PM

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

February 20, 2008

**CASE INFORMATION**
Short Case Title: DESPINA ASVESTA -v- GEORGE PETROUTSAS
Court of Appeals No. (leave blank if a unassigned    08-15365
U.S. District Court, Division & Judge Name: San Jose; Jeremy Fogel
Criminal and/or Civil Case No.: CV 07-05535 JF
Date Complaint/Indictment/Petition Filed: 10/31/2007
Date Appealed order/judgment *entered* 1/17/2008
Date NOA *filed* 2/13/2008
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)    ☐ denied in full (send record)
                         ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: Summer Clanton 408-288-6150

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 2/13/2008                Date Docket Fee Billed:
Date FP granted:                                Date FP denied:
Is FP pending? ☐ yes ☐ no                      Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: George Petroutsas           Appellee Counsel: Rennee C. Day
300 Plum Street                                 Hoover & Betchel. Llp
Space 69                                        The Garden Alameda
Capitola, CA 95010                              1570 The Alameda, Suite 101
831-840-2962                                    San Jose, CA 95126
IN PRO SE                                       408-947-7600
☐ retained ☐ CJA ☐ FPD ☐ Pro Se ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:             9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Gordana Macic
                                                    408-535-5382

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
2008 FEB 26 PM 3:20
RICHARD W. WIEKING
CLERK
NO DIST OF CA S.J.

February 14, 2008

**CASE INFORMATION:**
Short Case Title: DESPINA ASVESTA -v- GEORGE PETROUTSAS
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Jose; Jeremy Fogel
Criminal and/or Civil Case No.: CV 07-05535 JF
Date Complaint/Indictment/Petition Filed: 10/31/2007
Date Appealed order/judgment *entered* 1/17/2008
Date NOA *filed* 2/13/2008
Date(s) of Indictment   Plea Hearing   Sentencing

**08-15365**

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: Summer Clanton 408-288-6150

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 2/13/2008
Date FP granted:
Is FP pending? ☐ yes ☐ no
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

Date Docket Fee Billed:
Date FP denied:
Was FP limited ☐? Revoked ☐?

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: George Petroutsas
22 Platonos Street
Space 69
Capitola, CA 95010

Appellee Counsel: Rennee C. Day
Hoover & Betchel, LLP
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, CA 95126
408-947-7600

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                    Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:         9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Gordana Macic
408-535-5382