AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Northern District of California

Despina Asvesta

V.

George Petroutsas

**BILL OF COSTS**

Case Number: C-07-05535 JF

Judgment having been entered in the above entitled action on 1/16/2008 against Respondent,
Date
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk ................................................... | $ 350.00 | 989.00 |
| Disallowed $39.00 as outside the ambit of LR 54-3 (a) (1) | | |
| Fees for service of summons and subpoena ......................... | 763.50 | 965.10 |
| Disallwed $201.60 as outside the ambit of LR 54-3 | | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 | 1,943.15 |
| Disallowed $1943.15 as outside the ambit of LR 54-3 (b) | | |
| Fees and disbursements for printing ................................ | | |
| Fees for witnesses (itemize on page two) ........................... | 0.00 | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case .............. | | |
| Docket fees under 28 U.S.C. 1923 ................................... | | |
| Costs as shown on Mandate of Court of Appeals ..................... | | |
| Compensation of court-appointed experts ........................... | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | | |
| Other costs (please itemize) ........................................ | 3887.47 | 4,660.54 |
| Disallowed $773.07 as outside the ambit of LR 54 | TOTAL $ | 7,957.79 |
| | total $5000.97 | |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: /s/

Name of Attorney: Stephen J. Cullen, pro hac vice

For: Despina Asvesta    Date: 1/30/2008
Name of Claiming Party

Costs are taxed in the amount of $5000.97 and included in the judgment.

RICHARD W. WIEKING    By: Sandy Morris    2-29-08
Clerk of Court            Deputy Clerk  Sandy Morris    Date