B J Fadem, Esq.
CBN #118819
LAW OFFICES OF B J FADEM, APC
255 N. Market Street, Suite 210
San Jose, CA 95110
Voice: 408-280-1220
Fax:   408-292-4100
fademlaw@sbcglobal.net



FILED
MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES COURT OF APPEALS
# NINTH CIRCUIT

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

    Petitioner

v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

    Respondent

_____/

No.       08-15365
Case No.  C 07 05535 JF

SUBSTITUTION OF
ATTORNEYS

THE COURT AND ALL PARTIES ARE NOTIFIED THAT: Respondent,

GEORGE PETROUTSAS, formerly in pro se, hereby substitutes B J Fadem, Esq.

[California Bar Number 118819] of The Law Offices of B J Fadem, APC; 255 N. Market

Street, Suite 210, San Jose, California; 408-280-1220 as his attorney of record for the

purposes of the appeal filed herein.

    I hereby consent to this substitution:

Asvesta vs. Petroutsas                - 1 -                Substitution of Attorney
08-15365

Dated: 3/4/08

GEORGE PETROUTSAS,
Respondent

I hereby accept this substitution:

Dated: 3\3\08

B J FADEM, ESQ.