B J Fadem, Esq.
CBN #118819
LAW OFFICES OF B J FADEM, APC
255 N. Market Street, Suite 210
San Jose, CA 95110
Voice: 408-280-1220
Fax:    408-292-4100
fademlaw@sbcglobal.net



FILED
MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES COURT OF APPEALS
## NINTH CIRCUIT

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

        Petitioner

v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California 95010

        Respondent

_____/

No.     08-15365
Case No.   C 07 05535 JF

NOTICE OF
TRANSCRIPTS TO BE
ORDERED AND ISSUES
ON APPEAL
[9th Cir. R. 10-3.1(a)]

Respondent, GEORGE PETROUTSAS, hereby files his notice of transcripts to be ordered and identification of issues on appeal pursuant to 9th Circuit Rule 10-3.1(a):

TRANSCRIPTS:    Respondent intends to order all transcripts from the federal court matter of Asvesta vs. Petroutsas, District Court Number CV-07-05535-JF.

ISSUES ON APPEAL:

1. The Greek Order dismissing Respondent's Hague Petition should not have been given comity by the United States District Court;

2. The United States District Court abused it's discretion and failed to follow the appropriate procedures pursuant to the Hague Convention as it applies to International Parental Kidnapping Crime Act;

3. The evidence presented fails to support the United States District Court's Order;

4. Respondent did not violate the Santa Cruz Superior Court order and, even if he had, said violation is immaterial to a Petition pursuant to the Hague and the United States District Court abused it's discretion in considering and incorporating said facts into it's order;

5. The evidence presented clearly supports that the minor child's country of habitual residence is the United States;

6. The evidence presented clearly supports that the minor child was wrongfully retained by Petitioner in Greece; and

7. Respondent did not wrongfully abduct the minor child from Greece when he returned him to the United States.

Dated:  March 3, 2008

B J Fadem, Esq.
Attorney for Respondent