## PROOF OF SERVICE

TITLE OF CASE: DESPINA ASVESTA VS. GEORGE PETROUTSAS
CASE NUMBER: C-07-05535 JF/HRL

I am employed in the County of Santa Clara, State of California, over the age of eighteen years, and am not a party to the within entitled action: my business address is: JAMES SQUARE - 255 North Market Street, Suite 210, San Jose, California 95113.

On March 4, 2008, I served the foregoing document(s) described as NOTICE OF TRANSCRIPTS TO BE ORDERED AND ISSUES OF APPEAL, SUBSTITUTION OF ATTORNEY on concerned parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

[XX]   BY MAIL. I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Jose, California. Executed on March 4, 2008 3/4/08, at San Jose, California.

> UNITED STATES DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> SAN JOSE DIVISION
> 2112 ROBERT F. PECKHAM FEDERAL
> BLDG & COURTHOUSE
> 280 SOUTH FIRST STREET
> SAN JOSE, CA 95113-3002

[]   BY FACSIMILE

[]   BY PERSONAL SERVICE: I caused such document(s) to be delivered to at the address listed below. Executed March 4, 2008.

[xx]   STATE: I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

[XX]   FEDERAL: I declare that I am employed in this office of a member of the Bar of this Court at whose direction the service was made.

Dated: 3/4/2008

*Michelle Sanchez* (signature)
MICHELLE SANCHEZ