# EXHIBIT

# A

Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Robert L. Hoover, Esquire Bar # 30684
Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com
robert@hoover-betchel.com

**Filed**

JAN 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,

       Petitioner,

v.                              Case No. C-07-05535 JF

GEORGE PETROUTSAS,

       Respondent.

_____/

### ORDER FOR CHILD ACCESS DURING THE PERIOD OF IMMEDIATE STAY PENDING APPEAL OF THIS COURT'S ORDER DIRECTING RETURN OF MINOR CHILD TO COUNTRY OF HABITUAL RESIDENCE.

Pursuant to the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention") and the International Child Abduction Remedies Act, 42 U.S.C. 11601 et. seq., during the period of the immediate stay of this Court's Order Directing Return of Minor Child to Country of Habitual Residence, it is hereby

**ORDERED**, that Despina Asvesta, a/k/a Despoina Asvesta, (the "Mother") has the exclusive right to the custody of Andonios Georgios Petroutsas, date of birth May 21, 2005, (the "minor child") for the limited purpose of returning the minor child to Greece; and it is further

1

**ORDERED**, that neither party shall file any further custody action relating to the minor child anywhere in the world without the express leave of this Court; and it is further

**ORDERED**, that the parties shall have equal parenting time with the minor child during the period of this immediate stay in accordance with the schedule set forth herein (which schedule may be truncated or extended by this Court) and subject to further Order of this Court; and it is further

**ORDERED**, that the minor child shall be with the Respondent, George Petroutsas, (the "Father") in the United States from the entry of this Order until May 1, 2008; and it is further

**ORDERED**, that from May 1, 2008 until August 1, 2008, the minor child shall be with the Mother in Greece; and it is further

**ORDERED**, that from August 1, 2008 until November 1, 2008, the minor child shall be with the Father in the United States; and it is further

**ORDERED**, that from November 1, 2008 until February 1, 2009, the minor child shall be with the Mother in Greece; and it is further

**ORDERED**, that from February 1, 2009 until May 1, 2009, the minor child shall be with the Father in the United States; and it is further

**ORDERED**, that from May 1, 2009 until August 1, 2009, the minor child shall be with the Mother in Greece; and it is further

**ORDERED**, that the Mother shall be responsible for transporting the minor child to and from the United States and Greece for the Father's parenting time, at the Father's sole expense, such expenses to solely constitute the reasonable airline fares and reasonable lodging for the Mother and the minor child; and it is further

**ORDERED**, that the Mother shall arrange all travel for herself and for the minor child for the alternating parenting time and shall make the initial payment for any travel and lodging expenses incurred for herself and on behalf of the minor child. The Mother shall promptly provide all receipts to the Father by e-mail, who shall reimburse the Mother within ten (10) days of receiving said receipts; and it is further

**ORDERED**, that the Greek Passport No. 785007 for the minor child who is named therein as "Andonios Geor Petroutsas", the United States Passport No. 057887269 for the minor child who is named therein as "Andonios Georgios Petroutsas" and the United States Passport No. 428640876 for the minor child who is named therein as "Andonios Georgios Petroutsas" currently held by this Court shall be released to the Mother forthwith; and it is further

**ORDERED**, that each party shall timely execute any and all required airline consents for the minor child's travel between the United States and Greece for the limited purpose of the alternating access schedule as set forth herein; and it is further

**ORDERED**, that during the Father's parenting time with the minor child in the United States, the Mother shall have up to one (1) full continuous week of unsupervised overnight access with the minor child in the United States, at her own expense, upon not less than two (2) weeks prior written notice to the Father by e-mail at gpetroutsas@yahoo.com, setting forth the beginning and ending time for the said access period; and it is further

**ORDERED**, that during the Mother's parenting time with the minor child in Greece, the Father shall have up to one (1) full continuous week of unsupervised overnight access with the minor child in Greece, at his own expense, upon not less than two (2) weeks prior written notice to the Mother by e-mail at dasvesta@yahoo.com, setting forth the beginning and ending time for the said access period; and it is further

**ORDERED,** that each parent shall have the opportunity to exercise reasonable telephone contact and video conferencing access with the minor child with a minimum of two (2) telephone contacts and two (2) video conferencing contacts every calendar week, during the periods when the minor child is not with him or her; and it is further

**ORDERED,** that during each party's parenting time with the minor child, it is his or her affirmative duty to make the minor child available for telephone contact and video conferencing access at an appropriate time for the minor child at a time that is agreed between the parties; and it is further

**ORDERED,** that within fifteen (15) days of the date of entry of this Order, each parent shall obtain, at his or her own expense, an Apple I-Mac or other comparable computer capable of facilitating the above ordered video conferencing; and it is further

**ORDERED,** that both parties shall take all reasonable steps to ensure that the minor child maintains his English and Greek languages and shall encourage the minor child's language development in both languages; and it is further

**ORDERED,** that each party shall enroll the minor child in appropriate speech therapy in both English and Greek for the minor child when he is with that party and shall timely provide the other party with the name and contact information of the respective treatment provider in the United States and Greece in order to foster a consistent and collaborative speech therapy program between the two treatment providers; and it is further

**ORDERED,** that the Mother shall use her best efforts to have the Greek criminal firearms, check card fraud and kidnapping charges currently pending against the Father in Greece dismissed; and it is further

**ORDERED**, that if either party fails to comply with the terms and conditions of this Order, the other party may file an appropriate request for an Order to Show Cause in this Court requesting an evidentiary hearing to determine whether the terms and conditions of this Order have been willfully violated and whether any appropriate sanctions should be imposed, which may include the entry of a default judgment against the violating party after an evidentiary hearing thereon, and an award of any and all attorney's fees and expenses incurred since the inception of this case; and it is further

**ORDERED**, that this Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention; and it is further

**ORDERED**, that this Order is made under the authority of 42 U.S.C. 11604; and it is further

**ORDERED**, that this Court retains jurisdiction to modify this Order to effect its primary purpose, namely to provide that the minor child maintain equal contact with both parties for the pendency of the Stay; and it is further

**ORDERED**, that this Order is effective the date below written, and shall continue in force and effect until modified or cancelled by this Court.

IT IS SO ORDERED:

1-22-08
Date

Honorable Jeremy Fogel
United State District Judge
United States District Court for the
Northern District of California
San Jose Division

5

# EXHIBIT

# B

**George Petroutsas:** Kalimera
**DESPINA ASVESTA:** invita me
**George Petroutsas:** prin arxisoume thelo na sou po oti, magnitofono tis sizitisis mas giati exis dilosi oti sou sterizo ton Andoni, kai episis oti den tiro tin sinfonia tou dikastί, me to na min vazo ton Andoni mprsta stin camera etc. Ean den sinfonis me tin magnitofonisi tora, tha mporo na exo martira edo se 3 ores.... apofasise kai pes mou ti thelis na kanis.
**DESPINA ASVESTA:** I do not agree to your recording me. If I understand correctly you are saying that I have said that you deprive me of Andoni and that you do not obey by the court's rules to put Andoni in front of the camera. Right? Well, I do not consent to being recorded and I'm telling you now that I can not carry the conversation in three hours.
**George Petroutsas:** **apofasise kai pes mou ti thelis na kanis.**
**DESPINA ASVESTA:** You are blackmailing me!!! I want to talk to my son with no cameras and microphones and I can only do it now. So, you tell me, will you do it yes or no?
**George Petroutsas:** **isos alli ora pou tha exo martira, tha mpori na exo kapion se 2 ores, or video now, apofasise kai pes mou ti thelis na kanis.**
**DESPINA ASVESTA:** I do not understand your greek.
**George Petroutsas:** **apofasise kai pes mou ti thelis na kanis.**
**George Petroutsas:** **asta pexnidia!**
**DESPINA ASVESTA:** No cameras George! I want to speak to my son now! Where does it say in the order that you will record me??
**George Petroutsas:** **mpori na exo kapion se 2 ores, apofasise kai pes mou ti thelis na kanis.**
**DESPINA ASVESTA:** End of discusion
**George Petroutsas:** **your choice, Goodnight.**

George Petroutsas has signed out. (24/2/2008 9:09 πμ)

**DESPINA ASVESTA:** This is called blackmale

despina asvesta: hi is
George Petroutsas:

You have not run the Call Setup Assistant. We recommend you run the assistant if you have problems with your microphone.

despina asvesta: pick up the phone
George Petroutsas: speak in the mic
despina asvesta: pick up the phone
George Petroutsas: speak, we can here u..
despina asvesta: pick up the phone
despina asvesta: the reason???
George Petroutsas: we can hear u
George Petroutsas: tell costa that u do.
George Petroutsas: and we can hear u
George Petroutsas: a mic
George Petroutsas: tell costa we can hear u just fine.
despina asvesta: pick up the phone for the last time!
George Petroutsas: we arent going to do this again, speak in the mic we can hear you
George Petroutsas: tell him that we hear you
George Petroutsas: yell then costa??????????
despina asvesta: im speaking, but you do not respond. Pick up the phone and stop playing games!!!
George Petroutsas: no games
George Petroutsas: I hear you.
George Petroutsas: just fine.
George Petroutsas: no joke here.
George Petroutsas: no games.
despina asvesta: pick up the phone I do not hear Andoni
George Petroutsas: I can hear just fine.
George Petroutsas: yes I can.
George Petroutsas: yes again.
George Petroutsas: turn your volume up.
George Petroutsas: we hear
despina asvesta: vale to paidi sto stefono
George Petroutsas: ok WE DID ITnnnnnn
despina asvesta: you did what???

**DESPINA ASVESTA:** George, this is the last time you call without previous notice in order for me to communicate with my son. Our agreement was Monday and Tuesday at 8:00 Greek time. Will you accept this or not?

**George Petroutsas:** Actually your last communication with me was to select 2 days this week, to have the video conference, due to the change in his schedule. Friday and Sat 10am work for his schedule. NOW since your on line, and we are as well, would you like to see and hear Andoni? I know he would like to see and hear his Mommy

**DESPINA ASVESTA:** When you select two days, you do not call last minute. You provide notice. Unfortunately, these two days do not work for me due to last minute notice. As for now, I would love to see my son, since you have not allowed me to talk or see him for more than a week. So, please connect. As always, I do not CONSENT TO BEING TAPED.

**George Petroutsas:** how about today and Thursday, do those days work for you?

**DESPINA ASVESTA:** Today and Sunday.

**George Petroutsas:** ok today and Sunday

**George Petroutsas:** I will connect, give me few minutes

**DESPINA ASVESTA:** Did you understand that you will not tape me when I am online?

**DESPINA ASVESTA:** Are you taping me or not??

**DESPINA ASVESTA:** I'm waiting for your answer

**DESPINA ASVESTA:** Are you taping me or not? I'm waiting for your answer

**DESPINA ASVESTA:** Do you understand that I do not consent to being taped, yes or no?

**George Petroutsas:** yes

**DESPINA ASVESTA:** Are you taping me, yes or no?

**George Petroutsas:** yes

**DESPINA ASVESTA:** I do not want to be taped. We are you doing this?

**George Petroutsas:** you will ALWAYS be taped. The question is "Do you want to conference with Andoni"???

**DESPINA ASVESTA:** Do you set the rules George?

**George Petroutsas:** Do you want to conference with Andoni today???

**DESPINA ASVESTA:** You do not have my permission!! Connect though if this the only way for me to talk to my baby!!

(8:59 μμ on 20/2/2008)

(Alt+Shift+P)

# EXHIBIT

# C

**Powers, Kelly A.**

| | |
|---|---|
| **From:** | despina asvesta [dasvesta@yahoo.com] |
| **Sent:** | Wednesday, March 19, 2008 2:59 PM |
| **To:** | Powers, Kelly A. |
| **Subject:** | Fwd: Communication with Andoni |


*George Petroutsas <gpetroutsas@yahoo.com>* wrote:

> Date: Mon, 10 Mar 2008 16:32:33 -0700 (PDT)
> From: George Petroutsas <gpetroutsas@yahoo.com>
> Subject: Communication with Andoni
> To: Despina ASVESTA <dasvesta@yahoo.com>
>
> Dear Despoina,
>
> You have not requested a video conference for the past 2 weeks, and you haven't communicated with our son since Feb 20. In the spirit of keeping this communication between Andoni and yourself alive, I would like to propose that future communications not be recorded.
> **We are available this week:**
> **Tuesday 11:00am - 2pm**
> **Wednesday 1pm - 2pm**
> **Thursday 10am - 2pm**
> **Friday 1pm - 2pm**
> **Saturday 10am - 2pm**
> **Sunday 11am - 1pm**
>
> Let me know when you would like to video conference.
>
> George

---

Never miss a thing. <u>Make Yahoo your homepage.</u>

3/24/2008

# EXHIBIT

# D

### Powers, Kelly A.

| | |
|---|---|
| **From:** | despina asvesta [dasvesta@yahoo.com] |
| **Sent:** | Wednesday, March 19, 2008 4:08 PM |
| **To:** | George Petroutsas |
| **Cc:** | Powers, Kelly A.; Cullen, Stephen J. |
| **Subject:** | Communication |

I agree that the conversations should not be recorded. I would like to have communication with Andoni this week on Friday and Sunday 9pm my time.
Despina

Never miss a thing. Make Yahoo your homepage.

3/24/2008

# EXHIBIT

# E

**Powers, Kelly A.**

| | |
|---|---|
| **From:** | despina asvesta [dasvesta@yahoo.com] |
| **Sent:** | Saturday, March 22, 2008 5:10 AM |
| **To:** | Powers, Kelly A.; Cullen, Stephen J. |
| **Subject:** | Fwd: Communication |

**George Petroutsas <gpetroutsas@yahoo.com>** wrote:

> Date: Fri, 21 Mar 2008 18:41:01 -0700 (PDT)
> From: George Petroutsas <gpetroutsas@yahoo.com>
> Subject: Communication
> To: despina asvesta <dasvesta@yahoo.com>
>
> Tuesday is not possible, please select any other day.
>
> ----- Original Message ----
> From: despina asvesta <dasvesta@yahoo.com>
> To: George Petroutsas <gpetroutsas@yahoo.com>
> Cc: Steven Cullen <scullen@milesstockbridge.com>; kelly powers <kpowers@milesstockbridge.com>
> Sent: Thursday, March 20, 2008 11:42:49 AM
> Subject: Re: Communication
>
> Sunday is confirmed. I want Tuesday the 26th at 8 or 9pm my time.
>
> **George Petroutsas <gpetroutsas@yahoo.com>** wrote:
>
>> Despoina,
>>
>> Please take another look at Andoni's schedule, that I sent to you on March 10.
>> I can confirm Sunday 11am.
>> We are not available Friday 11am.
>> Please select another time that suites you.
>> Also, this Thursday 3/20 we are visiting another preschool that we have been trying to get into,
>> so we will be there form 12pm to 1pm, we are availble after that, until 6:30 pm.
>>
>> George
>>
>> **Sent: 3/10/08**
>> **We are available this week:**

3/24/2008

Tuesday 11:00am - 2pm
Wednesday 1pm - 2pm
Thursday 10am - 2pm
Friday 1pm - 2pm
Saturday 10am - 2pm
Sunday 11am - 1pm

Let me know when you would like to video conference.

George

 **Saturday 10am - 2pm**
Add to Calendar

----- Original Message ----
From: despina asvesta <dasvesta@yahoo.com>
To: George Petroutsas <gpetroutsas@yahoo.com>
Cc: kelly powers <kpowers@milesstockbridge.com>; Steven Cullen <scullen@milesstockbridge.com>
Sent: Wednesday, March 19, 2008 1:07:30 PM
Subject: Communication

I agree that the conversations should not be recorded. I would like to have communication with Andoni this week on Friday and Sunday 9pm my time.
Despina

Never miss a thing. Make Yahoo your homepage.

Never miss a thing. Make Yahoo your homepage.

Never miss a thing. Make Yahoo your homepage.

3/24/2008