Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Robert L. Hoover, Esquire Bar # 30684
Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com
robert@hoover-betchel.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

      Petitioner,

v.                                                     Case No.  C-07-05535 JF

GEORGE PETROUTSAS,

      Respondent.
_____/

### SHOW CAUSE ORDER

      Upon consideration of the Petitioner's Petition for Contempt and Request for Show Cause Order, it is this _____ day of _____, 2008, by the United States District Court for the Northern District of California hereby ORDERED

      1.    That provided that a copy of this Show Cause Order and the Petition for Contempt are served upon the Respondent, George Petroutsas, or his attorney of record, on or before the _____ day of _____, 2008;

      2.    Respondent shall file an Answer to the Petition for Contempt on or before the _____ day of _____, 2008; and

2

3.  All parties shall appear before a this Court in person at the United States District Court for the Northern District of California, on the _____ day of April, 2008, at _____ a.m./p.m. for a Show Cause Hearing.

**IT IS SO ORDERED:**

_____          _____
Date                         Honorable Jeremy Fogel
                             United State District Judge
                             United States District Court for the
                             Northern District of California
                             San Jose Division