# EXHIBIT

# A

Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Robert L. Hoover, Esquire Bar # 30684
Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com
robert@hoover-betchel.com



**Filed**

JAN 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

      Petitioner,

    v.

GEORGE PETROUTSAS,

      Respondent.

_____/

Case No. C-07-05535 JF

### ORDER FOR CHILD ACCESS DURING THE PERIOD OF IMMEDIATE STAY PENDING APPEAL OF THIS COURT'S ORDER DIRECTING RETURN OF MINOR CHILD TO COUNTRY OF HABITUAL RESIDENCE.

Pursuant to the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention") and the International Child Abduction Remedies Act, 42 U.S.C. 11601 et. seq., during the period of the immediate stay of this Court's Order Directing Return of Minor Child to Country of Habitual Residence, it is hereby

**ORDERED**, that Despina Asvesta, a/k/a Despoina Asvesta, (the "Mother") has the exclusive right to the custody of A█████ G█████ P█████, date of birth █████, 2005, (the "minor child") for the limited purpose of returning the minor child to Greece; and it is further

1

**ORDERED,** that neither party shall file any further custody action relating to the minor child anywhere in the world without the express leave of this Court; and it is further

**ORDERED,** that the parties shall have equal parenting time with the minor child during the period of this immediate stay in accordance with the schedule set forth herein (which schedule may be truncated or extended by this Court) and subject to further Order of this Court; and it is further

**ORDERED,** that the minor child shall be with the Respondent, George Petroutsas, (the "Father") in the United States from the entry of this Order until May 1, 2008; and it is further

**ORDERED,** that from May 1, 2008 until August 1, 2008, the minor child shall be with the Mother in Greece; and it is further

**ORDERED,** that from August 1, 2008 until November 1, 2008, the minor child shall be with the Father in the United States; and it is further

**ORDERED,** that from November 1, 2008 until February 1, 2009, the minor child shall be with the Mother in Greece; and it is further

**ORDERED,** that from February 1, 2009 until May 1, 2009, the minor child shall be with the Father in the United States; and it is further

**ORDERED,** that from May 1, 2009 until August 1, 2009, the minor child shall be with the Mother in Greece; and it is further

**ORDERED,** that the Mother shall be responsible for transporting the minor child to and from the United States and Greece for the Father's parenting time, at the Father's sole expense, such expenses to solely constitute the reasonable airline fares and reasonable lodging for the Mother and the minor child; and it is further

2

**ORDERED,** that the Mother shall arrange all travel for herself and for the minor child for the alternating parenting time and shall make the initial payment for any travel and lodging expenses incurred for herself and on behalf of the minor child. The Mother shall promptly provide all receipts to the Father by e-mail, who shall reimburse the Mother within ten (10) days of receiving said receipts; and it is further

**ORDERED,** that the Greek Passport No. 785007 for the minor child who is named therein as "A███████ G██ P████████", the United States Passport No. 057887269 for the minor child who is named therein as "A███████ G████████ P████████" and the United States Passport No. 428640876 for the minor child who is named therein as "A███████ G████████ P████████" currently held by this Court shall be released to the Mother forthwith; and it is further

**ORDERED,** that each party shall timely execute any and all required airline consents for the minor child's travel between the United States and Greece for the limited purpose of the alternating access schedule as set forth herein; and it is further

**ORDERED,** that during the Father's parenting time with the minor child in the United States, the Mother shall have up to one (1) full continuous week of unsupervised overnight access with the minor child in the United States, at her own expense, upon not less than two (2) weeks prior written notice to the Father by e-mail at gpetroutsas@yahoo.com, setting forth the beginning and ending time for the said access period; and it is further

**ORDERED,** that during the Mother's parenting time with the minor child in Greece, the Father shall have up to one (1) full continuous week of unsupervised overnight access with the minor child in Greece, at his own expense, upon not less than two (2) weeks prior written notice to the Mother by e-mail at dasvesta@yahoo.com, setting forth the beginning and ending time for the said access period; and it is further

3

**ORDERED**, that each parent shall have the opportunity to exercise reasonable telephone contact and video conferencing access with the minor child with a minimum of two (2) telephone contacts and two (2) video conferencing contacts every calendar week, during the periods when the minor child is not with him or her; and it is further

**ORDERED**, that during each party's parenting time with the minor child, it is his or her affirmative duty to make the minor child available for telephone contact and video conferencing access at an appropriate time for the minor child at a time that is agreed between the parties; and it is further

**ORDERED**, that within fifteen (15) days of the date of entry of this Order, each parent shall obtain, at his or her own expense, an Apple I-Mac or other comparable computer capable of facilitating the above ordered video conferencing; and it is further

**ORDERED**, that both parties shall take all reasonable steps to ensure that the minor child maintains his English and Greek languages and shall encourage the minor child's language development in both languages; and it is further

**ORDERED**, that each party shall enroll the minor child in appropriate speech therapy in both English and Greek for the minor child when he is with that party and shall timely provide the other party with the name and contact information of the respective treatment provider in the United States and Greece in order to foster a consistent and collaborative speech therapy program between the two treatment providers; and it is further

**ORDERED**, that the Mother shall use her best efforts to have the Greek criminal firearms, check card fraud and kidnapping charges currently pending against the Father in Greece dismissed; and it is further

4

**ORDERED**, that if either party fails to comply with the terms and conditions of this Order, the other party may file an appropriate request for an Order to Show Cause in this Court requesting an evidentiary hearing to determine whether the terms and conditions of this Order have been willfully violated and whether any appropriate sanctions should be imposed, which may include the entry of a default judgment against the violating party after an evidentiary hearing thereon, and an award of any and all attorney's fees and expenses incurred since the inception of this case; and it is further

**ORDERED**, that this Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention; and it is further

**ORDERED**, that this Order is made under the authority of 42 U.S.C. 11604; and it is further

**ORDERED**, that this Court retains jurisdiction to modify this Order to effect its primary purpose, namely to provide that the minor child maintain equal contact with both parties for the pendency of the Stay; and it is further

**ORDERED**, that this Order is effective the date below written, and shall continue in force and effect until modified or cancelled by this Court.

**IT IS SO ORDERED:**

1.22 - 05
_____
Date

_____
Honorable Jeremy Fogel
United State District Judge
United States District Court for the
Northern District of California
San Jose Division

5

# EXHIBIT

# B

**Powers, Kelly A.**

| | |
|---|---|
| **From:** | despina asvesta [dasvesta@yahoo.com] |
| **Sent:** | Tuesday, April 01, 2008 9:52 AM |
| **To:** | Cullen, Stephen J.; George Petroutsas |
| **Cc:** | Powers, Kelly A. |
| **Subject:** | Fwd: A████'s schedule |

Where are you located?

*George Petroutsas <gpetroutsas@yahoo.com>* wrote:

> Date: Mon, 31 Mar 2008 16:59:26 -0700 (PDT)
> From: George Petroutsas <gpetroutsas@yahoo.com>
> Subject: Andoni's schedule
> To: despina asvesta <dasvesta@yahoo.com>
>
> Despina,
> The hours of availability are based around his school, swimming and church
> schedule, I hope that answers your question on why you can only speak to him
> those given hours. Also, during the hours that he is in school, i work.  If these
> times and dates do not suite you what are some alternative days and times that
> do? I will see what I can do to shift his schedule around.
>
> George
>
>
> ----- Original Message ----
> From: despina asvesta <dasvesta@yahoo.com>
> To: George Petroutsas <gpetroutsas@yahoo.com>
> Cc: Steven Cullen <scullen@milesstockbridge.com>; kelly powers
> <kpowers@milesstockbridge.com>
> Sent: Monday, March 31, 2008 10:31:39 AM
> Subject: Re: Andonis
>
> I'm asking you for the last time! Where is my child? Since he is in a spring break, why are these
> the only hours I can talk to him? Where are you located?
>
> *George Petroutsas <gpetroutsas@yahoo.com>* wrote:
>
>
> # Hello Despina,
> # It has been a week since you have requested to
> # communicate with A████ and I would gladly set up a
> # video conference with him. A████ is fine and safe

4/1/2008

with me. We are enjoying his spring break and spending time with family.

His availability this week is:
Monday 1pm-5pm
Tuesday 10am-2pm
Wednesday 1pm-5pm
Thursday 10am-2pm
Friday 1pm-5pm
Saturday 10am-2pm
Sunday 1pm-5pm

I suggest that before we conference A██████ in from now on, you and I should calmly test our computers to make sure we hear one another and then I will bring A█████ in, this way he doesn't have to go through all the commotion of hearing your frustration as you get organized each time.

George

----- Original Message ----
From: despina asvesta <dasvesta@yahoo.com>
To: George Petroutsas <gpetroutsas@yahoo.com>; Steven Cullen <scullen@milesstockbridge.com>
Cc: Kristin Cox <kristin@hoover-bechtel.com>; kelly powers <kpowers@milesstockbridge.com>
Sent: Monday, March 31, 2008 7:04:16 AM
Subject: Andonis

George,
It has been a week and you still have not replied to my last e-mail. I'm asking you for the last time. Where are you located? I have the right to know where A█████ is.
Despina

OMG, Sweet deal for Yahoo! users/friends: Get A Month of Blockbuster Total Access, No Cost. W00t

Like movies? Here's a limited-time offer: Blockbuster Total Access for one month at no cost.

4/1/2008

Page 3 of 3

You rock. That's why Blockbuster's offering you <u>one month of Blockbuster Total Access</u>, No Cost.

**Powers, Kelly A.**

| | |
|---|---|
| **From:** | despina asvesta [dasvesta@yahoo.com] |
| **Sent:** | Monday, March 24, 2008 12:53 PM |
| **To:** | George Petroutsas |
| **Cc:** | Cullen, Stephen J.; Powers, Kelly A. |
| **Subject:** | Re: A██████'s School |

I never consent to your recordings and still you are not answering my questions.

*George Petroutsas <gpetroutsas@yahoo.com>* wrote:

> # Despina, it did happen and it is recorded (to your knowledge). This is exactly why our communications must be record and documented.
> # George
>
> ----- Original Message ----
> From: despina asvesta <dasvesta@yahoo.com>
> To: George Petroutsas <gpetroutsas@yahoo.com>
> Cc: Steven Cullen <scullen@milesstockbridge.com>; kelly powers <kpowers@milesstockbridge.com>
> Sent: Monday, March 24, 2008 9:38:38 AM
> Subject: Re: A██████'s School
>
> "Never happened" regarded what you said about the fisrt communications. Still, you haven't answered my questions.
> 1. Are you in Santa Cruz now?
> 2. A██████'s speech therapist's information.
>
> *George Petroutsas <gpetroutsas@yahoo.com>* wrote:
>
> > # Despina,
> > # bellow is the correspondence between us that you say "never happened".
> > # I have highlighted the information in red for your convenience.
> >
> > # George
> >
> > ---
> >
> > From: **despina asvesta (dasvesta@yahoo.com)**
> > To: **George Petroutsas**

4/1/2008

Date: **Wednesday, March 5, 2008 11:27:51 AM**
Cc: **Steven Cullen; kelly powers**
Subject: **Re: ██████'s Schools**

**Thank you for the information. Have you tried to hire a private Greek tutor for A████
since there is no Greek school? If you need a referral, I am happy to provide you with the
names of some private tutors located in Monterey.**

---

*George Petroutsas <gpetroutsas@yahoo.com>* **wrote:**

> **Despina,**
> **As indicaated in Judge Fogel's order, I am writing to inform you**
> **that A████ is currently enrolled in Life Spring Preschool**
> **www.lifespringpreschool.com A████'s English instructor in**
> **Greece can communicate with Erin Hite for details on curriculum**
> **etc.**
> **Regarding Greek School, I have attached a letter from Mrs Polixeni**
> **Manoli from the Consulate General of Greece.**
>
> **George**

----- Original Message ----
From: despina asvesta <dasvesta@yahoo.com>
To: George Petroutsas <gpetroutsas@yahoo.com>
Cc: Steven Cullen <scullen@milesstockbridge.com>; kelly powers
<kpowers@milesstockbridge.com>
Sent: Sunday, March 23, 2008 10:46:07 PM
Subject: Re: communication

That never happened. Regarding today's communication, that hour is too late for me.
I also asked you where you are located and you have not answered yet.

*George Petroutsas <gpetroutsas@yahoo.com>* wrote:

> Despina,
>
> On March 4th I gave you A████'s school
> information, on March 5th you sent me confirmation
> and thanked me for that information. Regarding
> today's communication, we heard you just fine.
> A████ was able to hear you and see you. our

microphone was on and in proper working order, it was tested in a previous video conference just minutes before our conference to make sure anything does not go wrong. I seem to recall our first conferences where you did not even know you had a microphone at all, and I brought it to your attention, when all you had to do was turn up your volume on your computer. Could this also be the case? I suggest that before we conference A██████ in from now on, you and I should "calmly" test our computers to make sure we hear one another and then i will bring A█████ in, this way we doesn't have to go through all the commotion of getting organized, each time.

As for Monday, March 24 he is out of school by 12:30pm and I can get on by 1:00, please confirm.

George

----- Original Message ----
From: despina asvesta <dasvesta@yahoo.com>
To: George Petroutsas <gpetroutsas@yahoo.com>
Cc: Steven Cullen <scullen@milesstockbridge.com>; kelly powers <kpowers@milesstockbridge.com>
Sent: Sunday, March 23, 2008 11:33:50 AM
Subject: communication

George,
1.I asked you twice where A█████ is located right now and you did not answer to me. Instead, you logged out of messanger. I want to know where my son is and in addition the school's information and phone numbers in order to communicate with the teacher.
2. Who is his speech therapist and what is his progress?
3. I want to speak with my son, with speakers on tommorow, same time.
Despina

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

# EXHIBIT

# C

Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Robert L. Hoover, Esquire Bar # 30684
Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com
robert@hoover-betchel.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

DESPINA ASVESTA,

       Petitioner,

  v.

GEORGE PETROUTSAS,

       Respondent.

_____/

Case No. C-07-05535 JF

### AFFIDAVIT OF DESPINA ASVESTA

I, Despina Asvesta, hereby depose and say as follows:

1.     I am over the age of eighteen (18), I am competent to be a witness, and I have personal knowledge of the facts and matters stated in this Affidavit.

2.     I am the mother of the minor child, A. G. P. born in 2005.

3.     A.G.P. is currently with the Respondent for the Respondent's parenting time pursuant to this Court's Order for Child Access During the Period of Immediate Stay Pending Appeal of This Court's Order Directing Return of Minor Child to Country of Habitual Residence.

4.     Throughout the Respondent's current parenting time with A.G.P. he has engaged in

a purposeful scheme to undermine any meaningful telephone and video contacts I have attempted to have with A.G.P.

5.     During a recent partial video conference with A.G.P., I became concerned as to A.G.P.'s location because he did not appear to be in the Respondent's home.

6.     The Respondent refuses to disclose the location of our minor child to me despite my repeated inquiries as to the minor child's whereabouts.

7.     On March 4, 2008, I was informed by the Respondent that A.G.P. was enrolled in the LifeSpring Academic Preschool, located at 1255 41st Avenue, Capitola, California 95010, and that A.G.P.'s teacher is Erin Hite.

8.     On April 1, 2008, I contacted Erin Hite, the LifeSpring Academic Preschool by telephone regarding A.G.P.'s attendance and whereabouts. I identified myself as the mother of A. G. P.

9.     Erin Hite informed me that the Respondent had removed A.G. P. from the preschool but refused to disclose any further information regarding my son's attendance and/or whereabouts because the Respondent had instructed her not to disclose any information regarding when A.G.P. was removed from the LifeSpring Academic Preschool program and whether he would be returning.

10.     In the April 1, 2008 telephone conversation, Erin Hite confirmed that the LifeSpring Academic Preschool program operates on a year-round schedule and does not have a spring break vacation period from the regular school session.

11.    I hereby certify that I fluently speak, read and write the English language.


I HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE OF THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.

Despina Asvesta

# EXHIBIT

# D

**Powers, Kelly A.**

| | |
|---|---|
| **From:** | Cullen, Stephen J. |
| **Sent:** | Tuesday, April 01, 2008 5:23 PM |
| **To:** | Powers, Kelly A.; despina asvesta; Kristin Cox |
| **Subject:** | FW: Conversation with Despina Asvesta |

---

**From:** George Petroutsas [mailto:gpetroutsas@yahoo.com]
**Sent:** Tuesday, April 01, 2008 4:07 PM
**To:** B.J. Fadem
**Subject:** Fw: Conversation with Despina Asvesta

----- Forwarded Message ----
From: Erin Townely <erin.lspreschool@sbcglobal.net>
To: gpetroutsas@yahoo.com
Sent: Tuesday, April 1, 2008 11:01:44 AM
Subject: Conversation with Despina Asvesta

Hi George,

Below is a quick recap of the conversation I had with the person who claimed to be Despina Asvesta. I wrote it as if I was recapping the conversation rather than telling it to you.

Let me know if there is anything else you need.

I received a call on 4/1/08 here at LifeSpring Preschool from a person who claims they were Despina Asvesta calling from Greece.

The person told me that she was told her son, A██ P████, attended our school and asked if we were on Spring Break.

I told her we went to school year round and did not have a Spring Break.

She asked me if A██ attended our school to which a replied "yes"

The woman on the phone then started to question me about whether or not A██ was here today and when was the last time he attended our school. At this time I told her I was instructed by A██'s father that I can talk with her about A██ and what he did at school, but she needed to talk with A██'s father about his attendance.

She then told me I was lying, she knew that A██ and his father had been in Florida for over a week and that A██ had been abducted by his father. She continued to tell me that A██'s father was part

4/1/2008

of a child abduction ring, that she had been looking for A███ for months and that if I did not tell her the truth she would be contacting her attorney and sueing me.

I then told her that I had court papers showing the father had custody at this time and that I was not able to answer any more of her question about when A███ was here or wasn't here, especially since I could not verify who I was actually talking too.

She told me of course I could verify because she had told me who she was and that I could see on my phone she was calling from Greece (which I do not have caller ID).

I told her I was sorry that I could not tell her any more about A███'s attendance.

She then asked for my name, which I gave, and then told me I would be receiving papers in the mail because she was sueing me.

At this time we hung up.  I was never asked about A███'s schooling or anything other than his attendance.

I then called George and told him about the conversation.

4/1/2008

# EXHIBIT

# E

s.f. bayarea craigslist > south bay > real estate for sale                    email this posting to a friend

*Stating a discriminatory preference in a housing post is illegal - please flag discriminatory posts as prohibited*

**Avoid scams and fraud by dealing locally!** Beware any arrangement involving Western Union, Moneygram, wire transfer, or a landlord/owner who is out of the country or cannot meet you in person. *More info*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# $210000 NEW MANUFACTURED HOME IN PARK (REDUCED) (watsonville)

Reply to: gpetroutsas@yahoo.com
Date: 2008-03-26, 7:54PM PDT

Brand New Manufactured Home - Ready to move in!
3bed 2 bath - 1500 sq. ft. Full front porch!
Pinto Lake Estates #136 - Amenities include pool, clubhouse. Rent $514.00 per month.
Beautifully landscaped, convenient location - close to schools and shops.
Priced to sell!

Contact George: 831-840-2962

Financing available 10% down on qualified buyers!!!

 

 

· it's NOT ok to contact this poster with services or other commercial interests

PostingID: 620065748

Copyright © 2008 craigslist, inc.     terms of use     privacy policy     feedback forum