Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Robert L. Hoover, Esquire Bar # 30684
Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com
robert@hoover-betchel.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

      Petitioner,

v.                                    Case No. C-07-05535 JF

GEORGE PETROUTSAS,

      Respondent.
_____/

### SHOW CAUSE ORDER

Upon consideration of the Petitioner's Emergency Motion to Modify Order for Child Access During the Period of Immediate Stay Pending Appeal of This Court's Order Directing Return of Minor Child to Country of Habitual Residence and Request for Order to Show Cause and Emergency Hearing, it is this _____ day of _____, 2008, by the United States District Court for the Northern District of California hereby ORDERED

    1.    That provided that a copy of this Show Cause Order and the Petition for Contempt are served upon the Respondent, George Petroutsas, or his attorney of record, on or before the _____ day of April, 2008;

2. Respondent shall file an Answer to the Petition for Contempt on or before the _____ day of April, 2008; and

3. All parties shall appear before a this Court in person at the United States District Court for the Northern District of California, on the _____ day of April, 2008, at _____ a.m./p.m. for a Show Cause Hearing.

**IT IS SO ORDERED:**

_____
Date

_____
Honorable Jeremy Fogel
United State District Judge
United States District Court for the
Northern District of California
San Jose Division