NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

RENEE C. DAY, ESQ.
HOOVER & BECHTEL, LLP
1570 THE ALAMEDA, SUITE 101
SAN JOSE, CA 95126
Telephone: (408) 947-7600

Attorney for: Petitioner

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| DESPINA ASVESTA | CASE NUMBER |
|---|---|
| Plaintiff, | C-07-05535 JF |
| GEORGE PETROUTSAS | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SHOW CAUSE ORDER; PETITIONER'S PETITION FOR CONTEMPT AND REQUEST FOR SHOW CAUSE ORDER; EMERGENCY MOTION TO MODIFY ORDER FOR CHILD ACCESS DURING THE PERIOD OF IMMEDIATE STAY PENDING APPEAL OF THIS COURT'S ORDER DIRECTING RETURN OF MINOR CHILD TO COUNTRY OF HABITUAL RESIDENCE AND REQUEST FOR ORDER TO SHOW CAUSE AND EMERGENCY HEARING

in the within action by personally delivering true copies thereof to the person served as follows:

Served          : BJ FADEM, ESQ.

By Serving      :Brenda Martinez, Office Manager / Authorized To
                 Accept Service Of Process

Address         : ( Business )

                 255 N. Market Street, Suite 210
                 San Jose, Ca 95110

Date of Service : April 8, 2008

Time of Service : 4:00PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: April 8, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1183

Signature: _____
                        MATTHEW CLARK