UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Show Cause Hearing, April 21, 2008
**Case Number:** CV-07-5535-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | DESPINA ASVESTA V. GEORGE PETROUTSAS | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Stephen Cullen, Kelly Powers | Attorneys Present: BJ Fadem |

PROCEEDINGS:

   Show cause hearing held. Parties are present. After a recess, counsel recite the settlement agreement. The Court adopts the agreement and so orders. The Court retains jurisdiction.