Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Robert L. Hoover, Esquire Bar # 30684
Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com
robert@hoover-betchel.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**
San Jose Division

DESPINA ASVESTA,

      Petitioner,

      v.                                                                            Case No.  C-07-05535 JF

GEORGE PETROUTSAS,

      Respondent.
_____/

**CONSENT ORDER MODIFYING ORDER FOR CHILD ACCESS DURING THE PERIOD OF IMMEDIATE STAY PENDING APPEAL OF THIS COURT'S ORDER DIRECTING RETURN OF MINOR CHILD TO COUNTRY OF HABITUAL RESIDENCE DATED JANUARY 22, 2008**

Upon consideration of the Petitioner's Petition for Contempt and Request for Show Cause Order, Petitioner's Emergency Motion to Modify Order for Child Access During the Period of Immediate Stay Pending Appeal of This Court's Order Directing Return of Minor Child to Country of Habitual Residence and Request for Order to Show Cause and Emergency Hearing, and the agreement of the parties placed on the record in open court on April 21, 2008, both parties having appeared represented by counsel, it is this 21st day of April, 2008, pursuant to the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague

1

Convention") and the International Child Abduction Remedies Act, 42 U.S.C. 11601 et. seq., during the period of the immediate stay of this Court's Order Directing Return of Minor Child to Country of Habitual Residence, hereby **ORDERED**:

1. That by agreement of the parties, the Petitioner, Despina Asvesta a/k/a Despoina Asvesta, (the "Mother") shall have unsupervised visitation with the minor child, Andonios Georgios Petroutsas, date of birth May 21, 2005, (the "minor child"), on April 21, 2008 from 1:30 p.m. until 5:30 p.m., with the child exchange to be at the South Market Street Marriott Hotel;

2. That by agreement of the parties, pursuant to this Court's Order for Child Access During the Period of Immediate Stay Pending Appeal of This Court's Order Directing Return of Minor Child to Country of Habitual Residence (the "Access Order"), the Mother shall have one (1) full continuous week of unsupervised overnight access with the minor child in the United States, from April 24, 2008 at 2:00 p.m. until May 1, 2008, at which time the Mother's three (3) month parenting time from May 1, 2008 until August 1, 2008 in Greece shall begin;

3. That by agreement of the parties, on April 24, 2008 at 2:00 p.m., the Respondent, George Petroutsas, (the "Father"), shall deliver the minor child to the Mother at the Starbucks located at 1140 Locust Street, Walnut Creek, California, telephone number (925) 930-8797;

4. That by agreement of the parties, the Father shall have unsupervised visitation with the minor child on Tuesday, April 29, 2008 from 12:00 noon until 4:00 p.m.;

5. That by agreement of the parties, drop off and pick up of the minor child for the Father's April 29, 2008 visitation period shall take place at the Starbucks located at 1140 Locust Street, Walnut Creek, California, telephone number (925) 930-8797;

6.  That by agreement of the parties, during the Mother's visitation period with the minor child from April 24, 2008 until May 1, 2008 in California, the Father may have reasonable additional visitation with the minor child in Sacramento at times to be agreed by the parties;

7.  That by agreement of the parties, the Father shall fully cooperate in obtaining a new Greek passport for the minor child and shall go to the Greek Consulate in San Francisco, California forthwith to complete any and all necessary paperwork to obtain said passport;

8.  That by agreement of the parties, each party will provide the other with written notification, including address and telephone number, e-mail notification being sufficient, if the minor child is removed overnight from the Northern District of California or from the Region of Attica, Greece;

9.  That by agreement of the parties, all video and telephone conferencing between the parties and the minor child may be recorded by either or both parties;

10. That by agreement of the parties, the Father shall purchase a web camera with a built in omni-directional microphone to facilitate the videoconferencing sessions between the Mother and minor child forthwith;

11. That this Court reserves jurisdiction with respect to any further orders regarding the Mother's obligations pursuant to the Access Order to use her best efforts to have the Greek criminal firearms, check card fraud and kidnapping charges currently pending against the Father in Greece dismissed;

12. That this Court reserves jurisdiction with respect to any orders regarding an alternate sovereign nation in which the Father may exercise his one (1) week unsupervised visitation during the Mother's parenting time in the event that he is not able to enter Greece to exercise said visitation because of pending criminal charges against him;

13. That all terms and conditions of this Court's Order Directing Return of Minor Child to Country of Habitual Residence and Immediate Stay Pending Appeal and this Court's Access Order shall remain in full force and effect except as modified herein;

14. That this Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention;

15. That this Order is made under the authority of 42 U.S.C. 11604;

16. That this Court retains jurisdiction to modify this Order to effect its primary purpose, namely to provide that the minor child maintain equal contact with both parties for the pendency of the Stay;

17. That this Order is effective beginning April 21, 2008, the date said Order was placed on the record in open court, and shall continue in force and effect until modified or cancelled by this Court.

**IT IS SO ORDERED:**

5/21/08
Date  nunc pro tunc to 4/21/08

Honorable Jeremy Fogel
United State District Judge
United States District Court for the
Northern District of California
San Jose Division