**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

June 2, 2008

Judge Richard Paez
U.S. Courthouse
125 South Grand Avenue
Suite 204
Pasadena, CA 91105

**CASE NUMBER: CV 07-05535 JF**

**CASE TITLE: DESPINA ASVESTA-v-GEORGE PETROUTSAS**

USCA Case Number: 08-15365

Dear Sir/Madam:

    Enclosed is the Two Court Files and One Expando File in the above captioned case.

Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Gordana Macic* (signature)

by: Gordana Macic
Case Systems Administrator

cc: Counsel of Record