**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# RECORD TRANSMITTAL FORM

**Date:**

**To:**   **Judge Richard Paez**            (X)  Check here if record is being
         **U.S. Courthouse**                    sent directly to a Judge
         **125 South Grand Avenue, Suite 204**
         **Pasadena, CA 91105**

**From:**

**DC No:**          **C07-5535 JF**          **Appeal No:**   **08-15365**

**Short Title:**   **Asvesta v. Petroutsas**

**Composition of Record**

**Clerk's Files in Two**   **volumes**            (X) original         ( ) certified copy

 Bulky docs.  **One**  volumes (folders)    docket#__84 and 85_____

**Reporter's**
**Transcripts   in __Three_____volumes**         (X ) original        ( ) certified
                                                                        copy

**Exhibits:**    in _____envelopes          ( ) under seal
              in _____boxes              ( ) under seal

**Other:**_____
_____
_____

**(please note any documents filed under seal)**

**Acknowledgment:**_____   **Date:**_____

# DISTRICT COURT RECORD ATTACHED

# THESE ARE ORIGINAL DOCUMENTS

# PLEASE DO NOT DISCARD

**PLEASE CHECK CONTENTS OF RECORD AGAINST THE ENCLOSED TRANSMITTAL.**

**TO: SAN FRANCISCO STAFF ATTORNEYS:** WHEN YOU ARE FINISHED WITH THIS RECORD, PLEASE CHECK CONTENTS OF RECORD AGAINST THE TRANSMITTAL AND PLACE THE RECORD ON THE BOOKSHELF IN THE LIBRARY AREA ON THE MEZZANINE LEVEL.  SIGN THE CASE UP ON THE CLIPBOARD.  DO NOT RETURN BY INNER-OFFICE MAIL.

**TO: SAN FRANCISCO LAW CLERKS:** PLEASE RETURN RECORDS BY INNER-OFFICE MAIL BINS TO THE RECORDS UNIT

**TO: ALL LAW CLERKS OUTSIDE OF SAN FRANCISCO**: WHEN YOU ARE FINISHED WITH THIS RECORD, PLEASE CHECK CONTENTS OF RECORD AGAINST THE TRANSMITTAL AND RETURN DIRECTLY TO THE DISTRICT COURT.  PLEASE CONTACT THE RECORDS UNIT AT (415) 556-9920 IF ANYTHING IS MISSING.  SEND AN E-MAIL TO **CA09Records** WITH A LIST OF WHAT IS BEING RETURNED.

PLEASE NOTE: **Bankruptcy Appellate Panel** briefs appear similar to 9th circuit briefs.  They will be stamped **"ORIGINAL RETURN TO BAP"**.  Do not discard these as they are part of the original record.