UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Status Conference, July 25, 2008
**Case Number:** CV-07-5535-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Not reported

---

TITLE:       **DESPINA ASVESTA V. GEORGE PETROUTSAS**

**PLAINTIFF**                                                 **DEFENDANT**

Attorneys Present: Kelly Powers                    Attorneys Present: BJ Fadem

---

PROCEEDINGS:
    Status conference held. Parties are present.