Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland  21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Robert L. Hoover, Esquire Bar # 30684
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
robert@ hoover-bechtel.com

DESPINA ASVESTA,

    Petitioner,

v.                                     Case No.  C-07-05535 JF

GEORGE PETROUTSAS,

    Respondent.

_____/

## AFFIDAVIT OF DESPINA ASVESTA

I, Despina Asvesta, hereby depose and say as follows:

1. I am over the age of eighteen (18), I am competent to be a witness, and I have personal knowledge of the facts and matters stated in this Affidavit.

2. I am the mother of the minor child, A. G. P. born in 2005.

3. A.G.P. is currently with the Respondent for the Respondent's parenting time pursuant to this Court's Order for Child Access During the Period of Immediate Stay Pending Appeal of This Court's Order Directing Return of Minor Child to Country of Habitual Residence ("Access Order").

4. Respondent has refused to reimburse me for the expenses I have incurred, specifically for my airline ticket for transporting the minor child from Greece to the United States to

begin the Respondent's parenting time on August 1, 2008.

5. The Access Order requires me to make and pay for all travel arrangements for myself and my son, and also requires Mr. Petroutsas to reimburse me for the arrangements of my choosing.

6. Nevertheless, I had agreed to allow Mr. Petroutsas to book the necessary tickets using his Lufthansa frequent flyer miles in order to save him as much money on the parenting time transfers as possible.

7. On July 7, 2008, I received an e-mail from Mr. Petroutsas. informing me that he had used his frequent flyer miles to book a ticket only for our three year old son on Lufthansa departing from Athens and arriving in Greece with almost a two hour layover in Frankfurt, Germany.

8. In his July 7, 2008 e-mail, Mr. Petroutsas further informed me that he only had enough frequent flyer miles to book our son's ticket and therefore did not book my ticket. He "recommended" that I book my own ticket as ordered in the Access Order, asking me to "please note" our son's flight information.

9. At the time Mr. Petroutsas booked the ticket for our son, I had not yet confirmed any travel arrangements with Mr. Petroutsas.

10. Our son is only three years old and cannot travel from Greece to the United States by himself both as a practical matter and pursuant to Lufthansa regulations. Although less expensive flights on other airlines were available, I had no alternative but to book a ticket for myself on the same flight that Mr. Petroutsas booked for our son, regardless of the cost.

11. On July 9, 2008, I booked my ticket at a cost of 4,223.05 Euro, which at the exchange rate at the time of purchase was equal to $6,465.57 U.S. Dollars.

Affidavit of Despina Asvesta                                           2

12. I immediately submitted my itinerary by e-mail to Mr. Petroutsas.

13. Mr. Petroutsas has refused to reimburse me for the cost of my travel to the United States with our son for the parenting time exchange on August 1, 2008.

14. On July 20, 2008, Mr. Petroutsas e-mailed me to explain that he is only willing to reimburse me for what he considers to be the average cost of a roundtrip flight between Greece and San Francisco - $1,527.21.

15. I returned the minor child to California as ordered on August 1, 2008.

16. As of the date of signing this affidavit, I have not received the payment in the amount of two thousand dollars ($2,000.00) from Mr. Petroutsas as ordered by the Court on July 25, 2008 as a temporary resolution of this matter.

17. I hereby certify that I fluently speak, read and write the English language.

I HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE OF THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.

08/11/2008
Dated

Despina Asvesta

Affidavit of Despina Asvesta