# EXHIBIT

# A

Stephen J. Cullen, Esquire
*pro hac vice*
Kelly A. Powers, Esquire
*pro hac vice*
Miles & Stockbridge P.C.
One West Pennsylvania Avenue
Suite 900
Towson, Maryland 21204
(410) 821-6565
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

Robert L. Hoover, Esquire Bar # 30684
Renee C. Day, Esquire, Bar # 221252
Hoover & Betchel, L.L.P.
The Garden Alameda
1570 The Alameda, Suite 101
San Jose, California 95126
(408) 947-7600
(408) 947-7603 (fax)
renee@hoover-betchel.com
robert@hoover-betchel.com

**Filed**

JAN 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

      Petitioner,

v.

GEORGE PETROUTSAS,

      Respondent.

_____/

Case No. C-07-05535 JF

### ORDER FOR CHILD ACCESS DURING THE PERIOD OF IMMEDIATE STAY PENDING APPEAL OF THIS COURT'S ORDER DIRECTING RETURN OF MINOR CHILD TO COUNTRY OF HABITUAL RESIDENCE

Pursuant to the 1980 Convention on the Civil Aspects of International Child Abduction

(the "Hague Convention") and the International Child Abduction Remedies Act, 42 U.S.C.

11601 et. seq., during the period of the immediate stay of this Court's Order Directing Return of

Minor Child to Country of Habitual Residence, it is hereby

**ORDERED**, that Despina Asvesta, a/k/a Despoina Asvesta, (the "Mother") has the

exclusive right to the custody of Andonios Georgios Petroutsas, date of birth May 21, 2005, (the

"minor child") for the limited purpose of returning the minor child to Greece; and it is further

1

**ORDERED**, that neither party shall file any further custody action relating to the minor child anywhere in the world without the express leave of this Court; and it is further

**ORDERED**, that the parties shall have equal parenting time with the minor child during the period of this immediate stay in accordance with the schedule set forth herein (which schedule may be truncated or extended by this Court) and subject to further Order of this Court; and it is further

**ORDERED**, that the minor child shall be with the Respondent, George Petroutsas, (the "Father") in the United States from the entry of this Order until May 1, 2008; and it is further

**ORDERED**, that from May 1, 2008 until August 1, 2008, the minor child shall be with the Mother in Greece; and it is further

**ORDERED**, that from August 1, 2008 until November 1, 2008, the minor child shall be with the Father in the United States; and it is further

~~**ORDERED**, that from November 1, 2008 until February 1, 2009, the minor child shall~~ be with the Mother in Greece; and it is further

**ORDERED**, that from February 1, 2009 until May 1, 2009, the minor child shall be with the Father in the United States; and it is further

**ORDERED**, that from May 1, 2009 until August 1, 2009, the minor child shall be with the Mother in Greece; and it is further

**ORDERED**, that the Mother shall be responsible for transporting the minor child to and from the United States and Greece for the Father's parenting time, at the Father's sole expense, such expenses to solely constitute the reasonable airline fares and reasonable lodging for the Mother and the minor child; and it is further

ORDERED, that the Mother shall arrange all travel for herself and for the minor child

for the alternating parenting time and shall make the initial payment for any travel and lodging

expenses incurred for herself and on behalf of the minor child. The Mother shall promptly

provide all receipts to the Father by e-mail, who shall reimburse the Mother within ten (10) days

of receiving said receipts; and it is further

ORDERED, that the Greek Passport No. 785007 for the minor child who is named

therein as "Andonios Geor Petroutsas", the United States Passport No. 057887269 for the minor

child who is named therein as "Andonios Georgios Petroutsas" and the United States Passport

No. 428640876 for the minor child who is named therein as "Andonios Georgios Petroutsas"

currently held by this Court shall be released to the Mother forthwith; and it is further

ORDERED, that each party shall timely execute any and all required airline consents for

the minor child's travel between the United States and Greece for the limited purpose of the

alternating access schedule as set forth herein; and it is further

ORDERED, that during the Father's parenting time with the minor child in the United

States, the Mother shall have up to one (1) full continuous week of unsupervised overnight

access with the minor child in the United States, at her own expense, upon not less than two (2)

weeks prior written notice to the Father by e-mail at gpetroutsas@yahoo.com, setting forth the

beginning and ending time for the said access period; and it is further

ORDERED, that during the Mother's parenting time with the minor child in Greece, the

Father shall have up to one (1) full continuous week of unsupervised overnight access with the

minor child in Greece, at his own expense, upon not less than two (2) weeks prior written notice

to the Mother by e-mail at dasvesta@yahoo.com, setting forth the beginning and ending time for

the said access period; and it is further

**ORDERED**, that each parent shall have the opportunity to exercise reasonable telephone contact and video conferencing access with the minor child with a minimum of two (2) telephone contacts and two (2) video conferencing contacts every calendar week, during the periods when the minor child is not with him or her; and it is further

**ORDERED**, that during each party's parenting time with the minor child, it is his or her affirmative duty to make the minor child available for telephone contact and video conferencing access at an appropriate time for the minor child at a time that is agreed between the parties; and it is further

**ORDERED**, that within fifteen (15) days of the date of entry of this Order, each parent shall obtain, at his or her own expense, an Apple I-Mac or other comparable computer capable of facilitating the above ordered video conferencing; and it is further

**ORDERED**, that both parties shall take all reasonable steps to ensure that the minor child maintains his English and Greek languages and shall encourage the minor child's language development in both languages; and it is further

**ORDERED**, that each party shall enroll the minor child in appropriate speech therapy in both English and Greek for the minor child when he is with that party and shall timely provide the other party with the name and contact information of the respective treatment provider in the United States and Greece in order to foster a consistent and collaborative speech therapy program between the two treatment providers; and it is further

**ORDERED**, that the Mother shall use her best efforts to have the Greek criminal firearms, check card fraud and kidnapping charges currently pending against the Father in Greece dismissed; and it is further

**ORDERED**, that if either party fails to comply with the terms and conditions of this

Order, the other party may file an appropriate request for an Order to Show Cause in this Court

requesting an evidentiary hearing to determine whether the terms and conditions of this Order

have been willfully violated and whether any appropriate sanctions should be imposed, which

may include the entry of a default judgment against the violating party after an evidentiary

hearing thereon, and an award of any and all attorney's fees and expenses incurred since the

inception of this case; and it is further

**ORDERED**, that this Order is not a determination of the merits of any custody issues

within the meaning of Article 19 of the Hague Convention; and it is further

**ORDERED**, that this Order is made under the authority of 42 U.S.C. 11604; and it is

further

**ORDERED**, that this Court retains jurisdiction to modify this Order to effect its primary

purpose, namely to provide that the minor child maintain equal contact with both parties for the

pendency of the Stay; and it is further

**ORDERED**, that this Order is effective the date below written, and shall continue in

force and effect until modified or cancelled by this Court.

**IT IS SO ORDERED**;

1. 22 · 08
_____
Date

_____
Honorable Jeremy Fogel
United State District Judge
United States District Court for the
Northern District of California
San Jose Division

# EXHIBIT

# B

# MILES & STOCKBRIDGE P.C.

**Kelly A. Powers**
Direct Dial: 410.823.8161
Direct Fax: 410.697.6008
kpowers@milesstockbridge.com

July 25, 2008

## VIA FIRST CLASS MAIL AND FACSIMILE: (408) 545-5163

The Honorable Jeremy Fogel
United States District Court for the Northern District of California
San Jose Division, 5th Floor
280 South First Street
San Jose, California 95113

Re:    <u>Asvesta v. Petroutsas</u>
       Case No.: C-07-05535 JF
       TEMPORARY RESOLUTION WITHOUT PREJUDICE

Dear Judge Fogel:

Thank you very much for taking time today to assist us in reaching a temporary resolution with respect to reimbursement of Ms. Asvesta's travel expenses associated with returning the child to California on August 1, 2008. We are most grateful for the Court's assistance in this matter.

I write to confirm the terms of the temporary resolution reached in our telephone conference today. The terms are without prejudice to any claims or defenses of either party with respect to the issue of reimbursement of Ms. Asvesta's travel expenses for returning the child to California on August 1, 2008. The terms of the temporary resolution are as follows:

1.     Ms. Asvesta shall return the minor child to California as scheduled on August 1, 2008 pursuant to this Court's Order for Child Access During the Period of Immediate Stay ("Access Order") entered on January 22, 2008.

2.     Mr. Petroutsas shall submit reimbursement to Ms. Asvesta in the amount of two thousand dollars ($2,000.00) forthwith. The payment shall be sent forthwith to Petitioner's counsel, Stephen J. Cullen, Esquire and Kelly A. Powers, Esquire, Miles & Stockbridge P.C., One West Pennsylvania Avenue, Suite 900, Towson, Maryland 21204.

3.     The parties may contact this Court after August 8, 2008 for further assistance in reaching a final resolution on the issue of reimbursement of Ms. Asvesta's travel expenses associated with returning the child to California on August 1, 2008.

One West Pennsylvania Avenue, Suite 900, Towson, MD 21204-5076 • 410.821.6565 • Fax: 410.823.8123 • www.milesstockbridge.com

Baltimore, MD • Cambridge, MD • Columbia, MD • Easton, MD • Frederick, MD • McLean, VA • Rockville, MD

The Honorable Jeremy Fogel
July 25, 2008
Page 2

MILES & STOCKBRIDGE P.C.

Thank you very much.

Very truly yours,

Kelly A. Powers

KAP :dfg

cc :    Ms. Despina Asvesta (via e-mail)
        BJ Fadem, Esquire (via e-mail)
        Stephen J. Cullen, Esquire (via e-mail)