| | |
|---|---|
| Stephen J. Cullen, Esquire<br>*pro hac vice*<br>Kelly A. Powers, Esquire<br>*pro hac vice*<br>Miles & Stockbridge P.C.<br>One West Pennsylvania Avenue<br>Suite 900<br>Towson, Maryland  21204<br>(410) 821-6565<br>(410) 385-3709 (fax)<br>scullen@milesstockbridge.com<br>kpowers@milesstockbridge.com | Robert L. Hoover, Esquire Bar # 30684<br>Hoover & Betchel, L.L.P.<br>The Garden Alameda<br>1570 The Alameda, Suite 101<br>San Jose, California 95126<br>(408) 947-7600<br>(408) 947-7603 (fax)<br>robert@ hoover-bechtel.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

      Petitioner,

      v.                                          Case No.  C-07-05535 JF

GEORGE PETROUTSAS,

      Respondent.
_____/

**<u>ORDER ENFORCING CERTAIN FINANCIAL ASPECTS OF ACCESS ORDER</u>**

      Upon consideration of the Petitioner's Motion to Enforce Certain Financial Aspects of Access Order, it is this _____ day of _____, 2008, by the United States District Court for the Northern District of California hereby ORDERED

      1.    The Respondent shall pay forthwith to the Petitioner the amount of six thousand four hundred and sixty five dollars and fifty seven cents ($6,465.57) as reimbursement for Petitioner's travel expenses for transporting the minor child to California on August 1, 2008 pursuant to this Court's Access Order;

2. The Respondent's payment shall be sent forthwith to Petitioner's counsel, Stephen J. Cullen, Esquire and Kelly A. Powers, Esquire, Miles & Stockbridge P.C., One West Pennsylvania Avenue, Suite 900, Towson, Maryland 21204.

**IT IS SO ORDERED:**

_____          _____
Date                             Honorable Jeremy Fogel
                                 United State District Judge
                                 United States District Court for the
                                 Northern District of California
                                 San Jose Division