| | |
|---|---|
| Stephen J. Cullen, Esquire<br>*pro hac vice*<br>Kelly A. Powers, Esquire<br>*pro hac vice*<br>Miles & Stockbridge P.C.<br>One West Pennsylvania Avenue<br>Suite 900<br>Towson, Maryland  21204<br>(410) 821-6565<br>(410) 385-3709 (fax)<br>scullen@milesstockbridge.com<br>kpowers@milesstockbridge.com | Robert L. Hoover, Esquire Bar # 30684<br>Hoover & Betchel, L.L.P.<br>The Garden Alameda<br>1570 The Alameda, Suite 101<br>San Jose, California 95126<br>(408) 947-7600<br>(408) 947-7603 (fax)<br>robert@ hoover-bechtel.com |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

DESPINA ASVESTA,

      Petitioner,

      v.                                                        Case No.  C-07-05535 JF

GEORGE PETROUTSAS,

      Respondent.

_____/

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2008, a copy of Petitioner's Motion to Enforce Certain Financial Aspects of Access Order, along with a copy of the Exhibits, Affidavit of Despina Asvesta and Proposed Order was served via electronic filing to B.J. Fadem, Esquire, counsel for the Respondent, to fademlaw@sbcglobal.net pursuant to General Order 45. A copy of this Court's Notice of Electronic Filing is attached hereto.

                                                _____/s/_____
                                                   Kelly A. Powers

**Powers, Kelly A.**

| | |
|---|---|
| From: | ECF-CAND@cand.uscourts.gov |
| Sent: | Monday, August 11, 2008 5:37 PM |
| To: | efiling@cand.uscourts.gov |
| Subject: | Activity in Case 5:07-cv-05535-JF Asvesta v. Petroutsas Motion to Enforce Judgment |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available*.
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Powers, Kelly entered on 8/11/2008 2:36 PM and filed on 8/11/2008
**Case Name:**       Asvesta v. Petroutsas
**Case Number:**     5:07-cv-5535
**Filer:**           Despina Asvesta
**WARNING: CASE CLOSED on 02/05/2008**
**Document Number:** 98

Docket Text:
MOTION to Enforce Judgment *Motion to Enforce Certain Financial Aspects of Access Order* filed by Despina Asvesta. (Attachments: # (1) Affidavit of Despina Asvesta, # (2) Exhibit to Petitioner's Motion to Enforce, # (3) Proposed Order Enforcing Certain Financial Aspects of Access Order)(Powers, Kelly) (Filed on 8/11/2008)

8/11/2008

**5:07-cv-5535 Notice has been electronically mailed to:**

B. J. Fadem     fademlaw@sbcglobal.net

Katherine D. Fones     kfones@milesstockbridge.com

Kelly A Powers     kpowers@milesstockbridge.com

Renee C. Day     renee@hoover-bechtel.com, angie@hoover-bechtel.com, chavez@hoover-bechtel.com

Stephen John Cullen     scullen@milesstockbridge.com

**5:07-cv-5535 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\kpowers\Desktop\Asvesta v. Petroutsas Motion to Enforce Certain Financial Aspects of Access Order.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/11/2008] [FileNumber=4599896-0]
[8f4a57a277a74f928b3c236b622cb50f3559036829852160b8251a2516042f032f11f
1104875acdf79e993424fe332c1eceb2af94eca1a025ca167fc5d7ff26f]]
**Document description:** Affidavit of Despina Asvesta
**Original filename:** C:\Documents and Settings\kpowers\Desktop\Asvesta v. Petroutsas Affidavit of Despina Asvesta in Support of Motion to Enforce Certain Financial Aspects of Access Order.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/11/2008] [FileNumber=4599896-1]
[8576c1a9308116ba53485a99c68ed36f84780bf6ae8616659647e482e3714e28ec51c
23094dbfa07d4677cbe0b8b746c1c8e9c04b2da45c375952a023695a185]]
**Document description:** Exhibit to Petitioner's Motion to Enforce
**Original filename:** C:\Documents and Settings\kpowers\Desktop\Exhibits to Asvesta v. Petroutsas Motion to Enforce Certain Financial Aspects of Access Order.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/11/2008] [FileNumber=4599896-2]
[951fe16643636b11fdf656ba76bb3137f1f781a829bdb300c7a89fcce05db444f6e41
c2e96ed04a34b5f02b090f66e38de001ac5b070a7a874098da64f12c30e]]
**Document description:** Proposed Order Enforcing Certain Financial Aspects of Access Order
**Original filename:** C:\Documents and Settings\kpowers\Desktop\Asvesta v. Petroutsas Proposed Order Enforcing Certain Financial Aspects of Access Order.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/11/2008] [FileNumber=4599896-3]
[81138882ecdcae9d3e5947ea5db6287b34283f39043d0d1ed95b767f87b317863b633
2f0063d8ea79ab64f43d96310ec7f72d9716b58517c6dd4c88182987f6d]]

8/11/2008