B J Fadem, Esq.
LAW OFFICES OF B J FADEM, APC
255 N. Market Street, Suite 210
San Jose, CA 95110
408-280-1220
Attorney for Respondent

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

DESPINA ASVESTA,
22 Platonos Street
Nikaia, 18454
Piraeus, Greece

    Petitioner

    v.

GEORGE PETROUTSAS
300 Plum Street, SPC 69
Capitola, California  95010

    Respondent

_____/

Case No.   C 07 05535 JF

SUBSTITUTION OF ATTORNEYS

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:  Respondent, GEORGE PETROUTSAS, formerly represented by B J Fadem, Esq. [California Bar Number 118819] of The Law Offices of B J Fadem, APC; 255 N. Market Street, Suite 210, San Jose, California; 408-280-1220 as his attorney of record hereby substitutes C. Athena Roussos [California Bar Number 192244]; 9630 Bruceville Rd., Suite 106-386, Elk Grove, CA 95757, 916-509-1444; as his attorney of record.

This substitution may be executed in counterparts and a facsimile signature may be deemed to have the same force and effect as an original.

I hereby consent to this substitution:

Dated: 8/11/08

_____
GEORGE PETROUTSAS,
Respondent

I hereby consent to this substitution:

Dated: 8/14/08

_____
B J FADEM, ESQ.

I hereby accept to this substitution:

Dated: 8/12/08

_____
C. ATHENA ROUSSOS, ESQ.