C. Athena Roussos, Bar # 192244
Attorney at Law
9630 Bruceville Road, Suite 106-386
Elk Grove, CA 95757
(916) 509-1444
(916) 670-7921 Fax
Email: athena@athenaroussoslaw.com

Attorney for Respondent,
George Petroutsas

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| DESPINA ASVESTA,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE PETROUTSAS,<br><br>    Respondent. | **Case No. C-07-05535 JF** |

## OPPOSITION TO PETITIONER'S MOTION TO ENFORCE CERTAIN FINANCIAL ASPECTS OF ACCESS ORDER

Respondent George Petroutsas submits this opposition in response to Petitioner Despina Asvesta's Motion to Enforce Certain Financial Aspects of Access Order. This opposition is based on the Declaration of George Petroutsas and Declaration of Brenda Martinez, filed concurrently with this opposition.

Ms. Asvesta seeks reimbursement of approximately $6,500 for her roundtrip airfare between Greece and California, to bring the parties' child to California in August, under the terms of this court's parental access order dated January 22, 2008. Ms. Asvesta

purchased this ticket at the last minute, and scheduled her return on the same flight without staying overnight. The airfare would have been far more reasonable had she booked travel at an earlier date and stayed overnight.

Mr. Petroutsas asked Ms. Asvesta to provide her dates of travel so that he could attempt to purchase tickets for her and the child in February. He planned to try to use his flight miles for both her ticket and the child's ticket. Ms. Asvesta refused this request, stating that she did not want Mr. Petroutsas to book their travel yet. Mr. Petroutsas went ahead and booked A.P.'s ticket, using flight miles, at that time, since he was purchasing a round-trip ticket for A.P. to go to Greece in May, and return in August, and a return ticket was mandatory. But he could not purchase Ms. Asvesta's ticket, because she refused to give dates when she would travel. Mr. Petroutsas made a further request in mid-June, and Ms. Asvesta again refused. She did not inform Mr. Petroutsas of when she could travel until early July 2008, even though the child was supposed to return to the United States by August 1, 2008.

When Ms. Asvesta finally provided the date for her flight to the United States, Mr. Petroutsas learned from the airline that he did not have enough flight miles for the last-minute ticket, and he immediately informed her of that fact, and Ms. Asvesta purchased her own ticket. She apparently decided to return on the same flight, without staying even one night in California. The fact that she would not stay over one night, and the last-minute booking during peak summer season, resulted in an extraordinarily high price for the airfare.

Because Ms. Asvesta could have obtained a far more reasonable price for the airfare by simply booking the travel earlier and staying over one night in the United

Opposition to Petitioner's Motion    2
to Enforce Certain Financial Aspects
of Access Order

States, it is unreasonable to require Mr. Petroutsas to pay approximately $6,500.00 for a single round-trip ticket from Greece to California. The motion should be denied.

Dated:  August 20, 2008                                  Respectfully submitted,


                                                         By:   /s/  C. Athena Roussos
                                                                  C. Athena Roussos
                                                         Attorney for Respondent,
                                                         George Petroutsas