# EXHIBIT 1

----- Forwarded Message ----
From: George Petroutsas <gpetroutsas@yahoo.com>
To: despina asvesta <dasvesta@yahoo.com>
Sent: Thursday, February 14, 2008 8:35:02 PM
Subject: TICKETS

*Dear Despina,*

*Thank you for your patients on this matter.*

*Your confirmation # is **ZJ2B6D**, Andoni's is **ZJ2FWX**.*
*The tickets have been issued and as soon as I receive them, I will send them to you.*

*George*

----- Original Message ----
From: despina asvesta <dasvesta@yahoo.com>
To: "gpetroutsas@yahoo.com" <gpetroutsas@yahoo.com>
Sent: Thursday, February 14, 2008 6:28:00 AM
Subject: Re: Tickets

Friday is the last day, otherwise I will confirm my booking with BA. When are you planning to go to the Greek Consulate?

*"gpetroutsas@yahoo.com" <gpetroutsas@yahoo.com> wrote:*

> Still have not heard back. Please give till Friday, thanks.
>
> Sent from my iPhone
>
> On Feb 13, 2008, at 10:05 PM, despina asvesta <dasvesta@yahoo.com> wrote:
>
>> Communication will take place Monday and Tuesday at the same time. Also, I need to know what you have done with my tickets because today I will book them with British Airways.

8/20/2008

**EXHIBIT 2**

----- Forwarded Message ----
From: despina asvesta <dasvesta@yahoo.com>
To: George Petroutsas <gpetroutsas@yahoo.com>
Cc: Stephen Cullen <scullen@milesstockbridge.com>; kelly powers <kpowers@milesstockbridge.com>
Sent: Saturday, June 21, 2008 12:08:23 AM
Subject: Re: Your airline ticket

I will tell you as soon as I'm ready and I won't be ready by Monday. I will have a definite answer for you in July. You can always come and pick Andoni up from here August 1st. There is no warrant for you and I have never asked your arrest as you said. You can verify that with the head of the police department, Mr Grammenos.
As for where we are going to spend our vacation I will let you know in time.
For the time being,
you can communicate with Andoni on Tuesday and Thursday at 9:00 video
Monday and Wednesday at 9:00 phone.
Despina

**George Petroutsas <gpetroutsas@yahoo.com> wrote:**

> It is my understanding, by you, that you are leaving for holiday for the month of July. Therefore, you will not be going to work for the month of July, is that correct? why couldn't you tell me by Monday. The only reason I am asking is because it is high season and tickets will be extremely expensive, if booked last minute. Can you arrange this with your manager before you leave for holiday?
>
> Also, where are you going for holiday? will the weekly video and tel. communications be interrupted?
>
> Please advise,
>
> George
>
> ----- Original Message ----
> From: despina asvesta <dasvesta@yahoo.com>
> To: George Petroutsas <gpetroutsas@yahoo.com>
> Sent: Friday, June 20, 2008 8:24:23 AM
> Subject: Re: Your airline ticket
>
> I cannot let you lnow by Monday. I will let you know by mid July as I need to arrange it with my manager.

8/19/2008

*George Petroutsas <gpetroutsas@yahoo.com>* wrote:

ok,
please let me know by Monday.

----- Original Message ----
From: despina asvesta <dasvesta@yahoo.com>
To: George <gpetroutsas@yahoo.com>
Sent: Thursday, June 19, 2008 9:32:36 PM
Subject: Re: Your airline ticket

No. I will let you know of the time and dates that suit as both.

*George <gpetroutsas@yahoo.com>* wrote:

> Despina, can I book your flight back to the States the same as Andoni's itinerary?
> Please advise.
>
> George
>
> Sent from my iPhone

**EXHIBIT 3**

----- Forwarded Message ----
From: George Petroutsas <gpetroutsas@yahoo.com>
To: Despina ASVESTA <dasvesta@yahoo.com>
Sent: Monday, July 7, 2008 11:45:44 AM
Subject: Travel arrangements for August 1

Despina,

I'm still waiting for you to answer my request that we try to communicate with the Skype software.
let me know your thoughts on that.

Also, regarding your flight arrangements, please note that I checked the miles on my Lufthansa Miles and More program and I do not have enough miles for your flight. I recommend that you book and purchase your ticket as originally agreed in the Access Order. Please note that Andoni is already booked to travel on the August 1 flights back to the US **(flight #'s LH33855 and LH9052)**.

George


----- Original Message ----
From: despina asvesta <dasvesta@yahoo.com>
To: George Petroutsas <gpetroutsas@yahoo.com>
Cc: Stephen Cullen <scullen@milesstockbridge.com>; kelly powers <kpowers@milesstockbridge.com>
Sent: Friday, July 4, 2008 2:20:17 AM
Subject: Travel arrangements for August 1

George,

This is the information for the flight that I need. Andoni and I will leave Greece on August 1st in the morning and arrive in San Francisco in the afternoon to meet you at the airport. I will then leave San Francisco on August 1st as well, a few hours later.

These are the only flights that will work for me, please send me the confirmation of the tickets, unless you change your mind and decide that you would like to come to Greece to pick up Andoni on August 1.


**August 1, 2008:**

8/19/2008

Athens    Frankfurt
**06:00**    08:00         LH3385

Frankfurt San Francisco
14:00    **16:19**         LH9052

**August 1, 2008:**

San Francisco Frankfurt
**18:56**    15:00 +1      LH9127

Frankfurt    Athens
21:25    **01:05 +1**      LH3384

Thank you,

Despina

8/19/2008

# EXHIBIT 4

----- Forwarded Message ----
From: despina asvesta <dasvesta@yahoo.com>
To: George Petroutsas <gpetroutsas@yahoo.com>
Cc: Stephen Cullen <scullen@milesstockbridge.com>; kelly powers <kpowers@milesstockbridge.com>
Sent: Wednesday, July 9, 2008 5:38:37 AM
Subject: Fw: Passenger Receipt, Departure 01-August-2008; 3EL5NU

George,

I have purchased my ticket to bring Andoni to you, according to the court order. Below you will find the receipt for my ticket to bring Andoni to you on August 1. As you had already arranged for his ticket, I made my arrangments to match the flight you had scheduled for him. We arrive at 11:55 a.m. on August 1. I will also be returning to Greece on August 1, that evening.

Please see that the ticket cost 4223.05 euro and I paid that amount in cash, which at today's rate of exchange equals $6,465.57. Again, according to the court order, please send the reimbursement for this amount to my attorney, Stephen Cullen (you should have the address). The court order states within ten days from receiving the receipts. It is 3:35 p.m. on July 9, 2008 Greek time, or 5:35 a.m. on July 9, 2008 US time which means that the tenth day is on July 19, 2008, according to both US and Greek time.

Thank you. Andoni will be looking forward to seeing you at the airport on August 1, 2008.

~Despina


--- On **Wed, 7/9/08, Lufthansa** *<itinerary@pcsoffice02.de>* wrote:

> From: Lufthansa <itinerary@pcsoffice02.de>
> Subject: Passenger Receipt, Departure 01-August-2008; 3EL5NU
> To: DASVESTA@YAHOO.COM
> Date: Wednesday, July 9, 2008, 4:29 AM
>
> ```
> Lufthansa Athens
> 18-20, Sorou str.
> GR-151 25 Marousi Athens
> Greece
>
> Phone:   (+30) 210 6175200
> Phone:   (+30) 210 6175350
> ```

8/19/2008

Fax: (+30) 210 6108922
E-Mail: ath.mm@dlh.de

Your E-Mail Passenger Receipt 1/2

*** Please print this receipt and retain it throughout your journey. ***

Travel dates for: ASVESTA/DESPOINAMRS

Reservation code: 3EL5NU

Ticketnumber: 220-2194278722

---

Flight: LH3385
 operated by: LUFTHANSA
from: ATHENS GR INT E VENIZELOSC
to: FRANKFURT DE INTL
Departure: 01. August, 06:00 h
Arrival: 01. August, 08:00 h
Class: Economy
 Class (Y)
Booking status: confirmed
Free baggage allowance: PC
Fare basis: YR

---

Flight: LH454
 operated by: LUFTHANSA
from: FRANKFURT DE INTL
to: SAN FRANCISCO CA INTL
Departure: 01. August, 09:45 h
Arrival: 01. August, 11:55 h
Class: Economy Class (Y)
Booking status: confirmed
Free baggage allowance: PC
Fare basis: YR

---

Flight: LH9127
 operated by: UNITED AIRLINES
from: SAN FRANCISCO CA INTL
to: FRANKFURT DE INTL
Departure: 01. August, 18:56 h
Arrival: 02. August, 15:00 h
Class: Economy Class (Y)
Booking status: confirmed
Free baggage allowance: PC
Fare basis: YR

---

Flight: LH3384
 operated by: LUFTHANSA
from: FRANKFURT DE INTL
to: ATHENS GR INT E VENIZELOSC
Departure:
 02. August, 21:25 h
Arrival: 03. August, 01:05 h

```
Class:   Economy Class (Y)
Booking status:  confirmed
Free baggage allowance:  PC
Fare basis:  YR
_____

Your fare details:
Fare Calculation:  ATH LH X/FRA LH SFO M2993.36LH X/FRA LH ATH
M2993.36NUC5986.72END ROE0.642811 XF SFO4.5
Fare:  EUR 3849.00
Taxes, Fees, Charges:  EUR 264.00 YQAC   EUR 22.00 GRAE   EUR 12.16 WPDP   EUR
4.11 WQSE   EUR 23.46 RAEB   EUR 13.10 DESE   EUR 3.50 YCAE   EUR 9.81 USAP   EUR
9.81 USAS   EUR 3.18 XACO   EUR 4.46 XYCR   EUR 1.59 AYSE   EUR 2.87 XF
```
**Total:   EUR 4223.05**
```
_____
Your payment details:
Form of payment:  CASH
Endorsements/Restrictions:   CHG BA FOC/CNX BA FOC
_____
Validating data:
Issued by:  Deutsche Lufthansa Aktiengesellschaft
Date of issue:  09JUL08
Place of issue:  ATHLH0050
Issuing agency:  27490816


Important Notice:
If the passenger's journey involves an ultimate destination or stop in a
country other than the country of departure, the Warsaw Convention may be
applicable and the Convention governs and in most cases limits the liability of
carriers for death or personal injury and in respect of loss or damage to
baggage. In the event of death or personal injury Lufthansa German Airlines
does not invoke limits of liability and waives for any such damages up to a sum
in national currency equivalent to 100.000 Special Drawing Rights the defence to
have taken all necessary meassures to avoid the damage. Furthermore Lufthansa
German Airlines makes advance payments in accordance with European Community
law. Carriage is subject to applicable conditions of carriage, tariff and other
conditions of Lufthansa German Airlines.

Corporate Headquarters: Deutsche Lufthansa
 Aktiengesellschaft, Köln
Registration: Amtsgericht Köln HR B 2168
Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Executive Board: Wolfgang Mayrhuber (Vorsitzender/Chairman), Stephan Gemkow,
Stefan Lauer
===========================================================
Lufthansa Athens
18-20, Sorou str.
GR-151 25 Marousi Athens
Greece

Phone:  (+30) 210 6175200
Phone:  (+30) 210 6175350
Fax:  (+30) 210 6108922
E-Mail:  ath.mm@dlh.de

Your E-Mail Passenger Receipt 2/2

Travel dates for: ASVESTA/DESPOINAMRS

Reservation code: 3EL5NU
```

8/19/2008

Ticketnumber: 220-2194278722


Total as per Passenger Receipt:  EUR 4223.05
Ticket Service Charge:  EUR 45.00
Grand Total:  EUR 4268.05

Form of payment:  CASH

Issued by:  Deutsche Lufthansa Aktiengesellschaft
Date of issue:  09JUL08
Issuing agency:  27490816


Corporate Headquarters: Deutsche Lufthansa Aktiengesellschaft, Köln
Registration: Amtsgericht Köln HR B 2168
Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Executive Board: Wolfgang Mayrhuber (Vorsitzender/Chairman), Stephan Gemkow,
Stefan Lauer
==============================================================
Lufthansa Athens
18-20, Sorou str.
GR-151 25 Marousi Athens
Greece

Phone:  (+30) 210 6175200
Phone:  (+30) 210 6175350
Fax:    (+30) 210 6108922
E-Mail: ath.mm@dlh.de


Your E-Mail Passenger Receipt

*** Please print this receipt and retain it throughout your journey. ***

Travel dates for: ASVESTA/DESPOINAMRS

Reservation code: 3EL5NU

Ticketnumber: 220-2194278722


_____


Flight:  LH3385
 operated by: LUFTHANSA
from:  ATHENS GR INT E VENIZELOSC
to:    FRANKFURT DE INTL
Departure:
  01. August, 06:00 h
Arrival:  01. August, 08:00 h
Class:  Economy Class (Y)
Booking status:  confirmed
Free baggage allowance:  PC
Fare basis:  YR

_____


Flight:  LH454
 operated by: LUFTHANSA
from:  FRANKFURT DE INTL
to:    SAN FRANCISCO CA INTL
Departure:  01. August, 09:45 h
Arrival:  01. August, 11:55 h

8/19/2008

```
Class:   Economy Class (Y)
Booking status:   confirmed
Free baggage allowance:   PC
Fare basis:   YR
```

---
---

```
Flight:  LH9127
 operated by: UNITED AIRLINES
from:  SAN FRANCISCO CA INTL
to:   FRANKFURT DE INTL
Departure:  01. August, 18:56 h
Arrival:  02. August, 15:00 h
Class:   Economy Class (Y)
Booking status:   confirmed
Free baggage allowance:   PC
Fare basis:   YR
```

---
---

```
Flight:  LH3384
 operated by: LUFTHANSA

from:   FRANKFURT DE INTL
to:   ATHENS GR INT E VENIZELOSC
Departure:  02. August, 21:25 h
Arrival:  03. August, 01:05 h
Class:   Economy Class (Y)
Booking status:   confirmed
Free baggage allowance:   PC
Fare basis:   YR
```

---

```
Your fare details:
Fare Calculation:   ATH LH X/FRA LH SFO M2993.36LH X/FRA LH ATH
M2993.36NUC5986.72END ROE0.642811 XF SFO4.5
Fare:  EUR 3849.00
Taxes, Fees, Charges:   EUR 264.00 YQAC   EUR 22.00 GRAE   EUR 12.16 WPDP   EUR
4.11 WQSE   EUR 23.46 RAEB   EUR 13.10 DESE   EUR 3.50 YCAE   EUR 9.81 USAP   EUR
9.81 USAS   EUR 3.18 XACO   EUR 4.46 XYCR   EUR 1.59 AYSE   EUR 2.87 XF
Total:   EUR 4223.05
```

---

```
Your payment details:
Form of payment:  CASH
Endorsements/Restrictions:   CHG BA FOC/CNX BA FOC
```

---

```
Validating data:
Issued by:  Deutsche Lufthansa Aktiengesellschaft
Date of issue:  09JUL08

Place of issue:  ATHLH0050
Issuing agency:  27490816
```

---

```
Important Notice:
If the passenger's journey involves an ultimate destination or stop in a
country other than the country of departure, the Warsaw Convention may be
applicable and the Convention governs and in most cases limits the liability of
carriers for death or personal injury and in respect of loss or damage to
baggage. In the event of death or personal injury Lufthansa German Airlines
does not invoke limits of liability and waives for any such damages up to a sum
in national currency equivalent to 100.000 Special Drawing Rights the defence to
have taken all necessary meassures to avoid the damage. Furthermore Lufthansa
```

German Airlines makes advance payments in accordance with European Community law. Carriage is subject to applicable conditions of carriage, tariff and other conditions of Lufthansa German Airlines.

Corporate Headquarters: Deutsche Lufthansa Aktiengesellschaft, Köln
Registration: Amtsgericht Köln HR B 2168
Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Executive Board: Wolfgang Mayrhuber (Vorsitzender/Chairman), Stephan Gemkow, Stefan Lauer

**EXHIBIT 5**

----- Forwarded Message ----
From: George Petroutsas <gpetroutsas@yahoo.com>
To: Despina ASVESTA <dasvesta@yahoo.com>
Sent: Sunday, July 20, 2008 10:56:42 AM
Subject: Airline Ticket

Despina,
I am very frustrated that you waited until the last minute to book your flight to bring Andoni back to the US and now expect me to reimburse you for $6,465.57. This is not a reasonable amount for a round-trip ticket and surely you do not expect me to cover the entire cost of this ticket.
We were given Judge Fogel's order with specific co-parenting dates in January. It was very clear that on May 1st and on August 1st there would be travel involved. I specifically asked for your permission to book your return flight to the U.S when I booked Andoni's flight 5 months ago.
Over the last 3 months I have asked you on numerous occasions to provide me with your travel plans so I could make the necessary arrangements for your flights. It is obvious that you have intentionally delayed the booking of your ticket into the peak-season to inflate the amount I must now reimburse you. You can imagine my frustration, with the games and insinuations that have surfaced recently about you informing the Greek police to have me detained during my visit with Andoni in June. I was forced to cancel my tickets and tried to propose a visit in July instead. Your excuses have ranged from your work schedule to your pre-planned and pre-paid holiday in July. You were quick to inform me that I was not allowed to visit Andoni during the month of July, as you are taking him on vacation and the hotel and transportation were already booked, and paid for. Yet every time we have had a videoconference, you have been located in your home, in Nikea and not on vacation at all.
I am tired of the games, Despina. I am tired of the courts and lawyers and the money we have thrown away. I wish you would be reasonable and instead of continually bickering and making up scenarios to play out in the court. Come to your senses where we could both work together to raise and co-parent the wonderful child we have together. If we had each put aside a fraction of the money we have given to the lawyers we could have paid for Andoni's college education by now.
As I'm sure you are aware, the 9th Circuit Court would like us to try mediation again. I sincerely hope that you will consider mediating this time around. It looks like Judge Fogel had the foresight to lead us into mediation the last time, but I do not see how mediation can work for us when you refuse to participate.
I have been completely blind sighted by the cost of your airline ticket being more than 3 times the amount we have ever paid for round-trip travel to Greece. I want to honor Judge Fogel's Access Order completely, but I simply do not have this kind of money.
I can afford to reimburse you the cost of an average round-trip ticket $1,527.21, even $2,000.00, and we deduct the remaining $4,938.00 from the $57,000.00 that you owe me as per the Santa Cruz Superior Court Order #FLSFL022605 from our dissolution of marriage dated August 21, 2006.
I am sure that this is not what you expected and that your lawyers will advise you to take me to court

8/19/2008

yet again, but it would be wiser if spent this money on co-parenting Andoni rather than paying attorneys and wasting the court's time. You may have the funds to afford these games; I simply do not have it. I am sorry.

George

8/19/2008