C. Athena Roussos, Bar # 192244
Attorney at Law
9630 Bruceville Road, Suite 106-386
Elk Grove, CA 95757
(916) 509-1444
(916) 670-7921 Fax
Email: athena@athenaroussoslaw.com

Attorney for Respondent,
George Petroutsas

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| DESPINA ASVESTA,<br><br>　　Petitioner,<br><br>v.<br><br>GEORGE PETROUTSAS,<br><br>　　Respondent. | Case No. C-07-05535 JF |

**DECLARATON OF BRENDA MARTINEZ**

I, Brenda Martinez, state as follows:

1.　　I am a law clerk with the Law Offices of B.J. Fadem, former counsel of record for George Petroutsas in this matter. I have personal knowledge of the matters stated in this declaration, and if called upon to do so, could and would testify to these matters.

2.　　On August 12, 2008, I personally mailed a cashier's check from George Petroutsas to Stephen Cullen, counsel for Despina Asvesta. True and correct copies of the cover letter and the check are attached as <u>Exhibit 1</u>.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 20, 2008, at San Jose, California.

                        /s/ Brenda Martinez
                        BRENDA MARTINEZ


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document. Executed on August 20, 2008 at Elk Grove, California.

                        /s/ C. Athena Roussos
                        C. Athena Roussos

**EXHIBIT 1**

# LAW OFFICES OF B J FADEM

*A Professional Corporation*
<u>Certified Family Law Specialist ~ State Board of Specialization</u>

B J Fadem – Attorney at Law
Ann Larsen – Attorney at Law
Tad Prizant – Sr. Paralegal
Brenda Martinez – Law Clerk

*JAMES SQUARE*
255 N. Market St., Suite 210
San Jose, CA 95110
VOICE: 408 280 1220/FAX: 408 292 4100
www.fademlaw.com

August 12, 2008

Stephen J. Cullen
Miles & Stockbridge
One West Pennsylvania Avenue
Suite 900
**Towson, MD 21204-5076**

    **Re: Asvesta v. Petroutsas**
    **Case #: 08-15365**

Dear Mr. Cullen:

Pursuant to Judge Fogel's Order you will find a cashier's check in the amount of $2000.00 for reimbursement.

Should you have any questions, please do not hesitate to contact our office.

Thank you for your attention in this matter.

Sincerely,
LAW OFFICES OF B J FADEM, P.C.

Brenda Martinez
Law Clerk to BJ FADEM

08/20/2008 09:59 FAX 408 292 4100   JAMES SQUARE LAW OFFICES   ☒002

