\*\*E-Filed 11/18/08\*\*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

DESPINA ASVESTA,

              Petitioner,

    v.

GEORGE PETROUTSAS,

              Respondent.

Case Number C 07-5535 JF

**ORDER[1] RE AWARD OF ATTORNEYS' FEES IN CONNECTION WITH MOTION TO ENFORCE CERTAIN FINANCIAL ASPECTS OF ACCESS ORDER**

RE: Docket No. 105, 111

On September 29, 2009, Petitioner filed a motion to compel reimbursement of airfare purchased to transport the minor child from the United States to Greece on November 1, 2008. ("Motion to Enforce Certain Financial Aspects of Access Order," or "Motion to Enforce"). By an Order dated November 3, 2008, the Court granted Petitioner's motion, finding that the airfare purchased by Petitioner was reasonable and that Respondent would bear Petitioner's reasonable attorneys' fees. In response to the Order, Petitioner has submitted an affidavit setting forth fees

---

[1] This disposition is not designated for publication in the official reports.

she incurred since September 10, 2008.  Petitioner claims to have incurred $3,246.00 in fees, of which $2,251.50 arose in connection with her most recent Motion to Enforce.  The Court finds that these fees are somewhat excessive in light of the relatively straightforward nature of the required work, which consisted of preparing a declaration, drafting fairly simple moving papers and a short reply brief, and engaging in routine communications by telephone and email.  The Court, in its broad discretion to determine the reasonableness of an award of attorneys' fees, finds that an award of $1,500 is appropriate and orders Respondent to reimburse Petitioner in that amount.

**IT IS SO ORDERED.**

DATED: 11/18/08

JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2  B. J. Fadem     fademlaw@sbcglobal.net

3  Carmenella Athena Roussos     athena@athenaroussoslaw.com

4  Katherine D. Fones     kfones@milesstockbridge.com

5  Kelly A Powers     kpowers@milesstockbridge.com

6  Renee C. Day     renee@hoover-bechtel.com, angie@hoover-bechtel.com, chavez@hoover-bechtel.com

7  Stephen John Cullen     scullen@milesstockbridge.com

3

Case No. C 07-5535 JF
ORDER RE MOTION TO ENFORCE / ATTORNEYS' FEES
(JFLC3)