1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-Filed 6/11/09**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

DESPINA ASVESTA,

               Petitioner,

       v.

GEORGE PETROUTSAS,

               Respondent.

Case Number C 07-5535 JF

**ORDER[1] RE SCHEDULING OF TELEPHONIC AND VIDEO CONTACTS BETWEEN PARENTS AND MINOR CHILD PURSUANT TO ACCESS ORDER**

On June 10, 2009, the Court held a telephonic conference with counsel for Petitioner and Respondent in order to resolve a dispute over the appropriate timing of certain telephone and video communications with the parties' minor child. The Access Order provides that each parent shall have telephone or video contact with the minor child during periods when the child is with the other parent. As discussed during the telephonic conference, the following rules will govern the scheduling of communications pursuant to the Access Order:

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 07-5535 JF
ORDER RE SCHEDULING OF TELEPHONIC AND VIDEO CONTACTS BETWEEN PARENTS AND MINOR
CHILD PURSUANT TO ACCESS ORDER
(JFLC3)

1    ▪ During the child's time with Petitioner in Greece, mid-week contacts shall occur at 8

2    PM Athens time (1 PM Florida time).

3    ▪ During the child's time with Respondent in the United States, mid-week contacts shall

4    occur at 11:30 PM Athens Time (4:30 PM Florida time).

5    ▪ During the child's time with either parent, weekend contacts may occur at any mutually

6    agreeable time when both Petitioner and Respondent reasonably may be expected to be awake.

7

8    **IT IS SO ORDERED.**

9    DATED: 6/11/09

10   _____
     JEREMY FOGEL
11   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 07-5535 JF
ORDER RE SCHEDULING OF TELEPHONIC AND VIDEO CONTACTS BETWEEN PARENTS AND MINOR
CHILD PURSUANT TO ACCESS ORDER
(JFLC3)

1   This Order has been served upon the following persons:

2   B. J. Fadem     fademlaw@sbcglobal.net

3   Carmenella Athena Roussos     athena@athenaroussoslaw.com

4   Katherine D. Fones     kfones@milesstockbridge.com

5   Kelly A Powers     kpowers@milesstockbridge.com

6   Renee C. Day     renee@hoover-bechtel.com, angie@hoover-bechtel.com,
    chavez@hoover-bechtel.com

7   Stephen John Cullen     scullen@milesstockbridge.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-5535 JF
ORDER RE SCHEDULING OF TELEPHONIC AND VIDEO CONTACTS BETWEEN PARENTS AND MINOR
CHILD PURSUANT TO ACCESS ORDER
(JFLC3)