\*\*E-Filed 6/25/10\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

DESPINA ASVESTA,

    Petitioner,

    v.

GEORGE PETROUTSAS,

    Respondent.

Case Number C 07-5535 JF

**ORDER[1] REQUESTING BRIEFING**

RE: Docket No. 185

    On April 30, 2010, following its denial of Mother's Hague Petition, the Court issued an order amending the parental access order that had been in effect since January 22, 2008. Among other things, the April 30 order provided that Mother would have parenting time with the child in Greece from May 1, 2010, until June 19, 2010. On June 24, 2010, Father filed a petition for contempt, alleging that Mother has failed to return the child to the United States in violation of the April 30 order. Mother shall file her response to the motion, if any, on or before June 29,

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 07-5535 JF
ORDER REQUESTING BRIEFING
(JFLC3)

2010. Father may file a reply to Mother's response, if any, on or before July 1, 2010. The matter thereafter will be taken under submission; the Court will notify counsel when and if a hearing is scheduled.

**IT IS SO ORDERED.**

DATED: 6/25/10

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 07-5535 JF
ORDER REQUESTING BRIEFING
(JFLC3)