**E-Filed 7/15/10**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DESPINA ASVESTA,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE PETROUTSAS,<br><br>    Respondent. | Case Number C 07-5535JF (HRL)<br><br>**ORDER[1] GRANTING MOTIONS TO WITHDRAW AS COUNSEL**<br><br>RE: DOC. NOS. 188, 189 |

    Stephen J. Cullen, Kelly A. Powers, Katherine D. Fones, and Miles & Stockbridge, P.C., all of whom appear *pro hac vice*, move to withdraw as counsel of record for Petitioner Despina Asvesta. Local counsel Robert L. Hoover also moves to withdraw. Neither Petitioner nor Respondent has opposed the motions. Under Local Rule 7-11(c), the motions are appropriate for determination without a hearing.

    Good cause therefor appearing, the motions to withdraw as counsel of record for Petitioner are GRANTED. Mr. Cullen shall continue to accept service of documents on behalf of

//

//

---

[1] This disposition is not designated for publication in the official reports.

1 | Petitioner until Petitioner provides a new address of record to the Court.

2 | **IT IS SO ORDERED**

3 | DATED: 7/15/10

4 |                                         JEREMY FOGEL
                                        United States District Judge

2

Case No. C 07-5535 JF (HRL)
ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL
(JFLC3)